UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-03800-SVW-AGR | Date | June 24, 2011 |
|---|---|---|---|
| Title | Monte Cahn v. Oversee.net et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:** IN CHAMBERS ORDER re [6] MOTION to Dismiss Second, Fifth, Seventh, Eighth, Ninth, Tenth Claims for Relief filed by defendants Jefff Kupietzky, Lawrence Ng, Oversee.net

    On June 22, 2011, plaintiff filed a first amended complaint. The Court deems the motion to dismiss, referenced above, moot. The hearing is vacated.

| | : |
|---|---|
| Initials of Preparer | PMC |