William A. Delgado (State Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner @willenken.com
**WILLENKEN WILSON LOH & LIEB LLP**
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Tel: (213) 955-9240 ■ Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFF KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV11-03800 SVW (AGRx) |
| Plaintiff, | |
| v. | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT; DECLARATION OF TODD H. GREENE** |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | |
| Defendants. | |
| | DATE: August 15, 2011 |
| | TIME: 1:30 p.m. |
| | PLACE: Crtrm. 6 |

Defendants respectfully request that the Court take judicial notice of the excerpts from the documents titled Oversee.net Employment Agreement (ex. 1 hereto) and Oversee.net 2007 Management Incentive Plan (ex. 2 hereto) for the sole purpose of noting the contents of the choice of law provisions therein.  Judicial notice is necessary to allow the Court to make a choice of law determination for the purpose of ruling on the Motion to Dismiss filed herewith.

Judicial notice is appropriate pursuant to Federal Rule of Evidence 201(b)(2), which allows judicial notice of a fact "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  While the effect of these choice of law provisions may be in dispute, the fact that they are contained in contracts between plaintiff Cahn and defendant Oversee.net is not reasonably subject to dispute.

Dated:  July 15, 2011                           WILLENKEN WILSON LOH & LIEB LLP

By: */s/ William A. Delgado*                         .
    William A. Delgado
    Attorneys for Defendants OVERSEE.NET,
    JEFF KUPIETZKY, and LAWRENCE NG

## DECLARATION OF TODD H. GREENE

I, Todd H. Greene, declare as follows:

1. I am the General Counsel of Oversee.net, defendant herein. All of the matters stated herein are true based upon my review of the business records of Oversee.net.

2. Based upon a review of those records:

- Exhibit 1 is a true and correct copy of the relevant excerpts of Mr. Cahn's Employment Agreement containing the choice of law provision; and

- Exhibit 2 is a true and correct copy of the relevant excerpt of the Oversee.net Management Incentive Plan ("MIP") containing the choice of law provision. Although there was an amendment to the MIP, it did not affect the choice of law provision.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed the 14th day of July, 2011, at Los Angeles, California.

_____
Todd H. Greene

-3-
DEFENDANTS' RJN ISO MOTION TO DISMISS FIRST AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  June 15, 2011   WILLENKEN WILSON LOH & LIEB LLP


By: */s/ William A. Delgado*            .
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFF KUPIETZKY, and LAWRENCE NG