William A. Delgado (State Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner @willenken.com
**WILLENKEN WILSON LOH & LIEB LLP**
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Tel: (213) 955-9240 ■ Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFF KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV11-03800 SVW (AGRx) |
| Plaintiff, | |
| v. | **DECLARATION OF TODD H. GREENE IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | |
| Defendants. | |

## DECLARATION OF TODD H. GREENE

I, Todd H. Greene, do hereby declare as follows:

1. I am over the age of eighteen. At all dates and times herein, I have been Senior Vice-President and General Counsel at Oversee.net ("Oversee"), defendant in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, I could competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of the relevant excerpts from the Oversee Employee Handbook ("Handbook"), dated January 2009, to which Mr. Cahn was subject while he was employed at Oversee.

3. Page 27 of the Handbook contains a section entitled "Use of Communication Systems and Company Property." In that section, it states that "[d]esks, **computers**, telephones, etc., are **Company property**…" (emphasis added). It further states that "[b]ecause Company property is provided to assist you with performing your job, you must use them for official Company business only."

4. Page 29 of the Handbook contains a section entitled "Computer and E-mail Use." In that section, it states that "**[c]omputers**, computer files, the e-mail system, and software furnished to employees are **Company property** intended for business use." (emphasis added).

5. Oversee provided Mr. Cahn a company laptop in the Summer of 2010. It is that laptop which is the subject of this application for temporary restraining order.

6. By virtue of his position as President of Moniker Online Services, LLC ("Moniker"), a subsidiary of Oversee.net, Mr. Cahn would have had access to confidential and proprietary business information, including contracts, business plans, financial information, financial projections, presentations communications, and customer lists.

//
//

7. During his employment, Mr. Cahn would have also had privileged communications via e-mail with in-house and outside counsel for Oversee and its subsidiaries regarding pending lawsuits including, for example, *Mainstream Advertising, Inc. v. Moniker Online Services, LLC, et al.*, Case No. LC090961, a case currently pending in Van Nuys, in which Oversee and Moniker are defendants and *Guillen v. Direct Information Pvt. Ltd.*, Case No. BC418220, a case currently pending in Los Angeles, in which Moniker and Mr. Cahn are third party witnesses.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed the 19th day of July, 2011, at Los Angeles, California.

_____
Todd H. Greene

-3-
DECLARATION OF TODD H. GREENE ISO OF *EX PARTE* APPLICATION FOR TRO

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  June 20, 2011               WILLENKEN WILSON LOH & LIEB LLP

                                    By: */s/ William A. Delgado*                    .
                                        William A. Delgado
                                        Attorneys for Defendants OVERSEE.NET,
                                        JEFF KUPIETZKY, and LAWRENCE NG