1
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
   E-Mail: barber@lbbslaw.com
2
KENNETH D. WATNICK, SB# 150936
   E-Mail: watnick@lbbslaw.com
3
SHAWNA T. RASUL, SB# 252201
   E-Mail: rasul@lbbslaw.com
4
SONJA HARRINGTON, SB# 261053
   E-Mail: sharrington@lbbslaw.com
5
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
6
Telephone: 213.250.1800
Facsimile: 213.250.7900
7

8   Attorneys for MONTE CAHN, an individual

9
UNITED STATES DISTRICT COURT

10
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12

| | |
|---|---|
| MONTE CAHN, an individual, | CASE NO. CV11-03800 SVW (AGRx) |
| Plaintiff, | The Hon. Stephen V. Wilson |
| v. | **MONTE CAHN'S NOTICE OF ERRATA RE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and Does 1 through 10, | |
| Defendants. | DATE:    August 15, 2011<br>TIME:     1:30 p.m.<br>PLACE:   Crtrm. 6 |
| | COMPLAINT FILED:  May, 3, 2011<br>TRIAL DATE:        TBD |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

MONTE CAHN'S NOTICE OF ERRATA RE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

**TO THE COURT AND COUNSEL OF RECORD FOR ALL PARTIES:**

Plaintiff Monte Cahn ("Cahn") hereby submits this Notice of Errata to correct typographical errors in its Opposition to Oversee.net ("Oversee"), Jeff Kupietzky ("Kupietzky") and Lawrence Ng's ("Ng") (collectively "Defendants") Motion to Dismiss First Amended Complaint ("Motion to Dismiss").  This document was filed as Document No. 18.

## ERRATA WITH RESPECT TO OPPOSITION TO MOTION TO DISMISS

1. Page 1, line 15 refers to "Cahn's **forth** claim".  Cahn intended to refer to "Cahn's **fourth** claim".

2. Page 1, line 26 states that "damages are permitted on a contract claim when a plaintiff is **fraudulent** induced…".  The sentence should read "damages are permitted on a contract claim when a plaintiff is **fraudulently** induced…".

3. Page 2, lines 2 and 8 refer to "Defendants**'** ".  Cahn intended to refer to "Defendants".

4. Page 2, line 23 refers to "Moinker".  Cahn intended to refer to "Moniker".

5. Page 3, line 2 states that "Oversee also had to induce Cahn to **joint** Oversee".  The sentence should read "Oversee also had to induce Cahn to **join** Oversee".

6. Page 7, lines 17 and 20 refer to "paragraphs 24A-M of Complaint".  Cahn intended to refer to "paragraphs 24A-M of **the** Complaint".

7. Page 10, line 21 refers to "paragraphs 24A-M of Complaint".  Cahn intended to refer to "paragraphs 24A-M of **the** Complaint".

8. Page 13, line 24 states that "Oversee deliberately, and strategically, omits **that** other…".  The sentence should read "Oversee deliberately, and strategically, omits **the** other…".

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

9.    Page 19, line 24 states that "Defendants' request to strike Cahn's prayer for punitive damages **such** be denied".  The sentence should read "Defendants request to strike Cahn's prayer for punitive damages **should** be denied".

Cahn apologizes for any inconvenience or confusion this may have caused the Court.

DATED: July 27, 2011        JOHN L. BARBER
KENNETH D. WATNICK
SHAWNA T. RASUL
SONJA HARRINGTON
**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   /s/ Sonja Harrington
     Sonja Harrington
     Attorneys for MONTE CAHN

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW