UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-03800-SVW-AGRx | Date | August 4, 2011 |
|---|---|---|---|
| Title | Monte Cahn v. Oversee.Net et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re DEFENDANTS' MOTION TO DISMISS [12]

   The Court, on its own Motion, continues the hearing on the above-listed Motion currently set for August 15, 2011 to August 29, 2011 at 1:30 p.m.

                                                                                                                           :
                                                              Initials of Preparer                    PMC