UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-03800-SVW (AGRx) | Date | August 26, 2011 |
|---|---|---|---|
| Title | Monte Cahn v. Oversee.net, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re DEFENDANT'S MOTION TO DISMISS, MOTION TO STRIKE

     Upon review of the parties' briefs, the Court concludes that the Motion is suitable for determination without oral argument. Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing scheduled for Monday, August 29, 2011 at 1:30pm is VACATED.  The status conference scheduled for 3:00pm on Monday August 29, 2011 will proceed as scheduled.

:

Initials of Preparer     PMC