UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | No. CV 11-03800-SVW (AGRx) | Date | October 14, 2011 |
|---|---|---|---|
| Title | Cahn v. Oversee.net, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re PLAINTIFF'S EX PARTE APPLICATION to Continue Deadline for Expert Reports from October 19, 2011 to November 22, 2011 [36]

On October 13, 2011, Plaintiff filed an *ex parte* Application to Continue Deadline for Expert Reports from October 19, 2011 to November 22, 2011. The Court hereby GRANTS Plaintiff a two week extension to November 2, 2011 for exchange of his initial expert report.

:

Initials of Preparer     PMC