William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFF KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV11-03800 SVW (AGRx) |
| Plaintiff, | |
| v. | **STIPULATION TO SEAL DOCUMENTS INADVERTENTLY FILED UNSEALED** |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | |
| Defendants. | |

122101.1

This Stipulation to Seal Documents Inadvertently Filed Unsealed is made and entered into by and between Plaintiff Monte Cahn and Defendants Oversee.net ("Oversee"), Jeff Kupietzky, and Lawrence Ng (collectively, "Defendants"), by and through their respective counsel with reference to the following facts:

WHEREAS, on October 27, 2011, Plaintiff filed an Ex Parte Application to Continue the Deadline for Expert Reports [Docket No. 44] ("Application");

WHEREAS, Plaintiff also filed the Declaration of Sonja Harrington in support of the Application ("Harrington Declaration");

WHEREAS, the Harrington Declaration attached as "Exhibit 5" thereto a copy of the Management Incentive Plan ("MIP"), which was designated as "Confidential" pursuant to the Protective Order governing the production of Confidential Materials in this action [Docket No. 38];

WHEREAS, the Harrington Declaration attached as Exhibit 7 portions of the rough transcript from the October 26, 2011 deposition of Jeff Kupietzky, including pages 197, 198-200, 205 and 215 of the transcript ("Kupietzky Transcript"), which were designated as "Confidential" at the deposition, and which contain information that is Confidential pursuant to the Protective Order;

WHEREAS, the Protective Order provides that Confidential Materials may only be included in pleadings or motions if reasonably necessary to the proceeding and the filing party seeks leave from the Court to file such documents under seal;

WHEREAS, Plaintiff inadvertently filed the MIP and the portions of the Kupietzky Transcript without requesting that it be sealed;

WHEREAS, Plaintiff and Defendants agree that the MIP and the aforementioned portions of the Kupietzky Transcripts should have been filed under seal in the first instance;

NOW, THEREFORE, Plaintiff and Defendants stipulate to the following:

1.      The Clerk of the Court shall seal the Exhibits to the Declaration of Sonja Harrington filed on October 27, 2011 in support of Plaintiff's Ex Parte Application

1   (Docket No. 44-1), and remove public access thereto through the ECF system.

2        2.     Exhibit A to the parties' Stipulation to Seal Document Inadvertently Filed

3   Unsealed, which is an identical copy of the Exhibits to the Declaration of Sonja

4   Harrington filed on October 27, 2011 in support of Plaintiff's Ex Parte Application

5   (Docket No. 44-1), except that it redacts the Management Incentive plan attached as

6   Exhibit 5 and the Confidential portions of pages 197, 198-200, 205 and 215 to the

7   rough transcript from the Deposition of Jeff Kupietzky attached as Exhibit 7, shall be

8   placed by the Clerk of the Court in the public court file as a substitute for the sealed

9   version of the Exhibits, and shall be made available to the public through the ECF

10  system.

12  Dated:  October 28, 2011     WILLENKEN WILSON LOH & LIEB LLP

15       By: */s/ William A. Delgado*     

16       William A. Delgado
         Attorneys for Defendant Oversee.net

17  Dated:  October 28, 2011     LEWIS BRISBOIS BISGAARD & SMITH LLP
18

20       By: * /s/ Sonja Harrington*     

21       Sonja Harrington
         Attorneys for Plaintiff Monte Cahn