1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV11-03800 SVW (AGRx) |
| Plaintiff, | |
| v. | **ORDER TO SEAL DOCUMENT INADVERTENTLY FILED UNSEALED** |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | |
| Defendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

122103.1

## <u>ORDER</u>

The Court has reviewed the parties' Stipulation to Seal Document Inadvertently Filed Unsealed, the Court hereby orders as follows:

1.   The Clerk of the Court shall seal the Exhibits to the Declaration of Sonja Harrington filed on October 27, 2011 in support of Plaintiff's Ex Parte Application (Docket No. 44-1), and remove public access thereto through the ECF system.

2.   Exhibit A to the parties' Stipulation to Seal Document Inadvertently Filed Unsealed, which is an identical copy of the Exhibits to the Declaration of Sonja Harrington filed on October 27, 2011 in support of Plaintiff's Ex Parte Application (Docket No. 44-1), except that it redacts the Management Incentive plan attached as Exhibit 5 and the Confidential portions of pages 197, 198-200, 205 and 215 to the rough transcript from the Deposition of Jeff Kupietzky attached as Exhibit 7, shall be placed by the Clerk of the Court in the public court file as a substitute for the sealed version of the Exhibits, and shall be made available to the public through the ECF system.

DATED:  October 28, 2011

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

122103.1

122103.1