# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-03800-SVW -AGR | Date | October 28, 2011 |
| Title | Monte Cahn v. Oversee.net et al. | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re Plaintiff's *ex parte* Application to Continue Deadline for Expert Reports from November 2, 2011 [44]

  The Court has received Plaintiff's *ex parte* Application to Continue Deadline for Expert Reports from November 2, 2011. The Court hereby GRANTS a continuation of the deadline of 14 (fourteen) days, to November 16, 2011.

                            :

                Initials of Preparer      IM