William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>　　　　　Defendants. | Case No. CV-11-03800 SVW (AGRx)<br><br>**DEFENDANT OVERSEE.NET'S NOTICE OF MOTION TO COMPEL PRODUCTION OF LAPTOP AND DOCUMENTS**<br><br>DATE:　November 29, 2011<br>TIME:　10:00 a.m.<br>PLACE:　Courtroom D, 8th Floor<br><br>Discovery Cutoff: December 16, 2011<br>Pre-Trial Conference: January 9, 2012<br>Trial Date:　　　　January 17, 2012 |

NOTICE OF MOTION

122202.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on November 29, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom D, 8th Floor of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, CA 90012, Defendant Oversee.net ("Oversee") will, and hereby does, move this Court for an order compelling Plaintiff Monte Cahn to provide a further response to Request for Production No. 1 and turn over an Oversee-owned laptop that is in Plaintiff's possession, and provide further responses to Oversee's Requests for Production Nos. 13, 15, and 39 and produce documents relevant thereto.  Oversee further also moves this Court for an order finding that Plaintiff did not have a reasonable expectation of privacy in e-mails he sent to his personal attorney using Oversee's or its predecessor's internet e-mail system and company laptop, and, thus, has no claim of privilege over those documents.

Pursuant to Local Rule 37-1, counsel for Plaintiff and Oversee met and conferred on October 12, 2011, and were unable to resolve their dispute on the requests and issues set forth herein.  Declaration of William Delgado, ¶¶ 5-6.

This Motion is based upon this Notice; the attached Joint Stipulation; the declarations of Todd Greene and William Delgado and the exhibits attached thereto; the pleadings and other papers on file in this action; matters of which this Court may take judicial notice; and further argument and evidence that may be presented at or before the hearing.

Dated:  November 3, 2011          WILLENKEN WILSON LOH & LIEB LLP


By: */s/ William A. Delgado*                              .
    William A. Delgado
    Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

NOTICE OF MOTION TO COMPEL

122202.1

# CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: November 3, 2011          WILLENKEN WILSON LOH & LIEB LLP


By: */s/ William A. Delgado* .
    William A. Delgado
    Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

NOTICE OF MOTION TO COMPEL

122202.1