# EXHIBIT A

60

1    A    Don't know.

2    Q    One way or the other?

3    A    Don't know.

4    Q    Okay.

5    A    To make a quick short answer, I think

6    to that question and also to questions -- I left

7    the integrations were not done when I left.

8    Q    What year did you leave?

9    A    '08.

10    Q    When in '08?

11    A    That's a really good question.  Shortly

12    after Subar -- July, I believe.

13    Q    So as of July 2008, to your

14    understanding, the items?

15    A    They were still working on it to my

16    understanding.

17    Q    They were still working on integration?

18    A    Yeah.

19    Q    To your understanding, do you know when

20    the integration began?

21    A    After Moniker was purchased, there was

22    a lot of discuss and talking between the

23    technology people on -- on the DomainSponsor side,

24    primarily my operations people, and some of the

25    development people and the people on the Moniker

69

1     A     Product strategies, marketing

2     strategies and I can speak to any of those.  I

3     opportunity that stuff out in meetings, and how

4     to -- I mean we're talking about very complex

5     products in all three companies and how we were

6     going fit all those pieces very complex jigsaw.

7     Q     What was your involvement in these

8     meetings?

9     A     I ran operations at that point, Subar

10    had already taken over development.  My

11    involvement was, you know, how were we doing, what

12    were the blockers.  Was there any additional cost

13    needed as far as gear.

14    Q     You mentioned blockers, what are

15    blockers?

16    A     Something or someone or budget that was

17    causing me and impede dense.

18    Q     Did you bring these up to whoever

19    was -- who was heading up these meetings?

20    A     Ryan Berryman.  It says so right -- he

21    was the chair.  It says so right here on Page 2.

22    Q     Did you bring up these blockers to Ryan

23    Berryman?

24    A     I brought them up to -- at this

25    meeting?

138

1   job done

2   Q   So it -- am I?

3   A   No.  Go ahead.

4   Q   Okay.

5   A   Go ahead, before I stick my foot in my

6   mouth.

7   Q   So it sounds like you had experience

8   with the Yahoo integration, with the acquiring

9   company essentially wanting things to be done its

10  way?

11  A   Uh-huh.

12  Q   As I understand your testimony what

13  you're saying is there was a certain amount of

14  that that you found in the Oversee integration of

15  Moniker in the sense that Oversee also wanted

16  things to be done its way.  Is that a fair

17  characterization?

18  A   Yes.  That's a fair characterization.

19  Q   Okay.  And that wasn't something that

20  you found unusual based on your experience with

21  Yahoo, correct?

22  A   Correct.

23  Q   Okay.  Now, let's talk at this phrase

24  getting Monte out of the way.  Because you've use

25  that phrase several times.

139

1    A    Uh-huh.

2    Q    And every time you've discussed that,

3  you were talking at the technical integration

4  issues.  So I just wanted understand, when you're

5  talking at getting Monte out of the way, are you

6  talking at getting him out of the way of the

7  technical integration issues or are you talking

8  about something else?

9    A    The technical integration issues

10  because that's all I was worried about.

11    Q    Okay?

12    A    Okay.  I didn't run marketing, sales, I

13  didn't care.  All I was worried at was getting the

14  integration done.  And when we would run into a

15  problem with John Inghem, John Inghem would go to

16  Monte and then Monte would raise hell and then

17  I've got John Inghem saying Monte says we can do

18  it our way and I've got Subar saying we can do it

19  our way, and I'm stuck in the middle believing

20  that as the company that purchased the other

21  people, we should do it our way, not that I had

22  any big buy in other than the fact that I had a

23  very large code base built one way and they had a

24  code base of their own built another way, and they

25  had to be -- they had to be merged somehow.  So

140

1   you've got to come up -- I don't give a frick if

2   you flip a coin, have a fistfight in the parking

3   lot or whatever, you've got to figure out which

4   way you're going do it.

5          And the problem was we went through

6   this which way you're going to do it over and over

7   and over again.  And I found John Inghem tough to

8   work with.  I've never met the man personally.

9   I've talked with him on the phone, you know, but

10  it was one of those things that just kept causing

11  us problems.  You saw CT's e-mail, okay.  And then

12  you throw into that that I'm resource-constrained

13  and my guys are coming to me and going my wife's

14  going to shoot me if I don't get home for dinner

15  in a reasonable time tonight, and I can't get

16  anything accomplished because John Inghem or one

17  of the people underneath him --  Because I think

18  John was a director, want to do it this way and

19  that doesn't work with what we're doing.  It

20  doesn't merge that way.  We can't merge it and

21  we've got to get these things merged or the

22  integration is going to be dead in the water.

23  Does that make sense?

24     Q    Yes.  So as I understand it -- I

25  understand that you have personal fondness for

141

1    Mr. Cahn, but were you also in favor of getting

2    Monte out of the way of the technical issues?

3        A    Out of the way of the technology,

4    absolutely.

5        Q    It wasn't -- That's all right.  You

6    don't have to look at him.

7        A    I don't care.  I mean --  And I'm going

8    disagree and I'm going to say, I don't have a

9    personal fondness for Monte.  I barely know Monte,

10    okay.  This is the second time I think I've ever

11    seen Monte.  You know, we got into a conversation

12    via e-mail after I heard there was a lawsuit, you

13    know, but we ain't buds.  You know, if you look at

14    one of the e-mails, I asked him for a job because

15    I haven't worked in almost two years and I'm, you

16    know, selling stuff I own to survive.  And he

17    didn't have any work for me.  You know, so let's

18    be clear.  I'm not buddies with Monte, you know.

19    I'm telling you what went onto the best of my

20    recollection.

21        Q    Okay.  I appreciate that.  I didn't

22    want to imply something that wasn't true?

23        A    Yeah, I wanted to correct you on that.

24    I didn't mean to come across so nasty.  I hope

25    that wasn't offensive, it's just that it's not

142

1    really true.

2        Q    And I -- then I apologize for that?

3        A    Okay.

4        Q    Just to get back to this whole notion

5    of getting Monte out of the way, I want to make

6    sure you've said several times during your

7    testimony that there were discussions about

8    getting Monte out of the way.  I just want to make

9    sure that in each of those times that you were

10    talking about that, you were talking about getting

11    Monte out of the way of the technical aspects 0 of

12    the integration; is that correct?

13        A    No.  My part of it and my request to

14    Subar and/or Kupietzky was can you get Monte out

15    of the way of me and my technical people so that I

16    can get this damn integration done.  As far as

17    well, we're going to get Monte out of the way an

18    scoot him off to the side and so forth, that's

19    stuff that was said by other people other than

20    myself, other people being Subar or Kupietzky.

21        Q    And what did they mean by that?

22        A    Well, the impression I got was they

23    were going to try to move him over into sales

24    where he's apparently an outrageous salesman.  I

25    don't know.  I don't know sales, so, you know,

143

1    Jeff knows much more about sales than I do.

2    I'm -- I'm a bit head.  I do software.

3        Q    So you had the impression that as part

4    of the grander plan, there was a discussion of

5    moving Monte more into sales; is that correct?

6        A    That was my -- the impression that I

7    got.

8        Q    Okay.

9        A    I never got an impression -- I mean

10   common.  California is an at-will state.  You can

11   fire them if they wanted.

12       Q    Okay.  But let's get back to the -- to

13   the discussions that you had, so as I understand

14   it, the discussions you had -- let's put them into

15   two buckets.  There were discussions about moving

16   Monte aside in the sense of getting him out of the

17   technical aspects of the integration, correct?

18       A    (Deponent nodded head.)

19       Q    You need to answer verbally?

20       A    Yes.  I'm sorry.

21       Q    An you were fully in favor of that,

22   correct?

23       A    I wanted it.

24       Q    Yeah?

25       A    An actually had asked for it.

144

1    Q    All right.  But then you also said you

2    also had some discussions with Subar and Kupietzky

3    about a more general concept of moving Monte out

4    of the way.  Do I have that right?

5    A    Yes.  Moving him into a position where

6    he would be more effective, because he was not

7    effective in their opinion, nor mine, making

8    technical decisions that he wasn't qualified to

9    make.

10   Q    Okay.  So the context of these

11   discussions that you had with Subar an Kupietzky

12   was all about moving Mr. Cahn into a position

13   where he'd be more effective?

14   A    That was the impression I got --

15   Q    Okay.  Now, you also mentioned several

16   times in your testimony resource issues.  And one

17   of the bones you had to pick with Mr. Kupietzky

18   was your said that he wasn't providing you with

19   the resources you believed that you -- that you

20   needed.  I'm just summarizing your testimony?

21   A    Uh-huh, uh-huh.

22   Q    That's a fair summary, correct?

23   A    That's a fair summary.

24   Q    Okay.  When you're talking about

25   resources, are you talking about people or

160

1   you know, I mean, I could have easily not told you

2   that I asked to get Monte out of the way, right

3   in.

4       Q    I appreciate your truthful testimony?

5       A    I mean, I've been as candid as

6   possible.

7       Q    Okay.  Let me ask you about a different

8   topic.

9       A    Sure.

10      Q    You -- this morning, you were asked

11   about -- I'm paraphrasing, but you were asked

12   about whether Oversee had the technology to track

13   the TrafficClub customers after its merger into

14   domain systems.  Do you remember that?

15      A    Yes.

16      Q    Okay.  And I think your answer was

17   that -- that they didn't; is that correct?

18      A    They didn't currently, yes.  As part.

19      Q    That's what I wanted ask you about.

20   Let me ask you the next question?

21      A    Yeah, go ahead.

22      Q    At the time you did it, your testimony

23   is they didn't have that technology, correct?

24      A    That's correct.

25      Q    But did they create that technology?

161

1       A    I have no idea.  It would have happened

2    after I left, but it was very easily possible to

3    create.

4       Q    Okay.

5       A    I mean you have -- let me continue for

6    a second.  You have database, okay, that's going

7    to contain this information.  I can sit here while

8    we're go doing this an write a SQL query to pull

9    up anything I want out of that database.  So once

10   the integration was initially done, you could slap

11   on a piece to do the reporting, a piece to do the

12   billing, a piece to do whatever you want, right,

13   sort the names, give that guy's money to him,

14   anything you want to do, okay.  You know, and you

15   can do it in SQL and it's pretty straightforward.

16      Q    So -- So -- So --

17      A    It just -- I'm sorry.  It just didn't

18   currently exist.

19      Q    Okay.  So the data was there to do it.

20   There was just no program in place to -- to sort

21   out that information.  Is that the --

22      A    The data hadn't gotten there yet.  That

23   was part of the integration that we were working

24   on was, where were we going to get the data?

25   Where were we going to put the data?  Was the data

162

1    going to live at -- at Moniker?  Was the data

2    going to live at Oversee.

3      Q    Slow down.

4      A    I'm sorry.  There was issues related to

5    the integration going back to "Are we going to do

6    it your way or our way, you know, which we've

7    talked about add infinitum, but once those were

8    sorted out, generating reports, giving customers a

9    dashboard, billing --  I mean, we were doing the

10   DomainSponsor billing by hand up until we re-wrote

11   the product as my last hurrah when I was running

12   development.  They were doing the billing --

13   pulling the billing by hand to pay the

14   DomainSponsor people, okay.

15         You know, we added the billing as part

16   of the new rewrite, which happened at the end of

17   '07.  And once you've got the data in a place and

18   you know what the schema is, whatever it may be,

19   as long as all the data that you need to generate

20   your report is in that schema, simple

21     Q    Okay.

22     A    You know there's effort involved in

23   writing it.  I don't want to say simple like you

24   could write it in and afternoon, okay.  But once

25   you've got it in that database, then it's just a

163

1    matter of writing the SQL and writing the front

2    end H. TM L. to display it for your report or for

3    your billing or whatever, very straightforward.

4        Q    Okay.  And was that -- would that have

5    been CT's responsibility to do that in do you

6    know?

7        A    No.  That would have been developments.

8        Q    Okay.  Is there a specific person?

9        A    That fell under Subar.

10       Q    Okay.  What about after Subar was gone?

11       A    I have no idea who -- Patricia

12   something, maybe.

13       Q    Don't guess if you don't know?

14       A    I don't know.

15       Q    Okay.  At the time that you left the

16   company, had the TrafficClub customers been merged

17   into DomainSystems.

18           MR. CAHN:  DomainSponsor.

19       Q    (By Ms. Harrington)  DomainSponsor.

20   Thank you.

21       A    No, I don't think so.  Not yet.  I

22   think they were still working on it.  They were

23   probably close.

24       Q    Okay.  So let me just see if I can

25   summarize that particular situation.  Are you

1   okay?

2       A   Yeah.  Yeah, go ahead.

3       Q   With the move of TrafficClub customers

4   into DomainSponsor, it was -- it was tech no

5   logically possible to track those customers but

6   that wasn't something that was being done at the

7   time that you were at the company.  Is that a fair

8   statement?

9       A   Correct.

10      Q   Okay.  You used one other term I wanted

11  to ask you about.  And I -- intuitively I think I

12  know what you're talking at you be I would still

13  say appreciate if you described it on the record

14  much you said your job was to make the bits fit

15  together.  Do you remember that terminology?

16      A   Yes.

17      Q   Can you give the a description of what

18  that meanings for the un in formed?

19      A   Absolutely.

20      Q   An by the way, your wife wire is very

21  sensitive?

22      A   I know, that's what I'm trying to do.

23      Q   Yeah?

24      A   Am I good?  Dev add as new feature,

25  whatever, billing, a new pop up, anything,