William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>   Defendants. | Case No. CV-11-03800 SVW (AGRx)<br><br>***CORRECTED* CERTIFICATES OF SERVICE TO DEFENDANT OVERSEE.NET'S MEMORANDUM IN OPPOSITION TO *EX PARTE* APPLICATION TO CONTINUE PLAINTIFF'S DEADLINE FOR EXPERT REPORTS AND DECLARATIONS OF CRAIG SYNDER; WILLIAM A. DELGADO AND ELIZABETH MURRAY IN SUPPORT OF OPPOSITION [DOCKET #54]**<br><br>Complaint Filed: May 3, 2011<br>Trial Date:         January 17, 2012 |

*CORRECTED* CERTIFICATES OF SERVICE

## CORRECTED CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: November 15, 2011        WILLENKEN WILSON LOH & LIEB LLP

By: */s/ William A. Delgado*  .
    William A. Delgado
    Attorneys for Defendants OVERSEE.NET,
    JEFFREY KUPIETZKY, and LAWRENCE
    NG

# **CORRECTED CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: November 15, 2011            WILLENKEN WILSON LOH & LIEB LLP


By:/s/ *William A. Delgado*
William A. Delgado,
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG