**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: barber@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
  E-Mail: watnick@lbbslaw.com
SONJA HARRINGTON, SB# 261053
  E-Mail: sharrington@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for MONTE CAHN, an individual

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and Does 1 through 10,<br><br>  Defendants. | CASE NO. CV11-03800 SVW (AGRx)<br><br>The Hon. Stephen V. Wilson<br>[Magistrate Judge Alicia G. Rosenberg]<br><br>**MONTE CAHN'S NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>[Filed concurrently with: (1) Joint Stipulation Regarding Plaintiff Monte Cahn's Motion to Compel; (2) Declaration Of Kenneth D. Watnick; (3) Declaration of William A. Delgado; and (4) Declaration of Todd H. Greene.]<br><br>Date: December 6, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom D, 8th Floor<br><br>Discovery Cutoff:    December 16, 2011<br>Pre-Trial Conference: January 9, 2011<br>TRIAL DATE:         January 17, 2012 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE on December 6, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom D, 8th Floor of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, CA 90012, Plaintiff MONTE CAHN ("Cahn") will, and hereby does, move this court for an Order compelling Defendant Oversee.net's ("Oversee") production of documents in response to Request Nos. 1, 2, 3, 5, 7, 9, 11, 13, 15, 16, 26, 29, 36, 37, 54 and 55 to Cahn's First Request for Production.

Pursuant to Local Rule 37-1, counsel for Cahn and Oversee met and conferred on November 2, 2011.  Counsel were unable to reach a resolution regarding their dispute on the requests identified in this stipulation.  (¶ 2 of Declaration of Kenneth D. Watnick "Watnick Decl.".)

This motion is based upon this Notice; the attached Joint Stipulation; the Declaration of Kenneth D. Watnick, and the exhibits attached thereto; the Declaration of William A. Delgado, and the exhibits attached thereto; the Declaration of Todd H. Greene; and the papers and records on file in this action, and such additional evidence and documents as the Court deems necessary and proper.

DATED: November 15, 2011

JOHN L. BARBER
KENNETH D. WATNICK
SONJA HARRINGTON
**LEWIS BRISBOIS BISGAARD & SMITH LLP**


By:   /s/ Sonia Harrington
       Sonja Harrington
       Attorneys for MONTE CAHN