**LEWIS BRISBOIS BISGAARD & SMITH** LLP
KENNETH D. WATNICK, SB# 150936
  E-Mail: watnick@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for MONTE CAHN

William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFF KUPIETZKY,
LAWRENCE NG and Third Party
ROBERT L. MORSE, JR.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and DOES 1 through 10, ,<br><br>Defendants. | CASE NO. CV11-03800 SVW (AGRx)<br><br>**NOTICE OF MOTION FOR PROTECTIVE ORDER TO QUASH SUBPOENA TO ROBERT L. MORSE, JR.**<br><br>Date: December 6, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom D, 8th Floor<br><br>Complaint Filed:   May 3, 2011<br>Pretrial Conf. Date: January 9, 2012<br>Trial Date:              January 17, 2012 |

NOTICE OF MOTION FOR PROTECTIVE ORDER

1  TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

2      PLEASE TAKE NOTICE that, on December 6, 2011, at 10:00 a.m., or as
3  soon thereafter as counsel may be heard, in Courtroom D, 8th Floor of the United
4  States District Court for the Central District of California, located at 312 N. Spring
5  Street, Los Angeles, CA 90012, Defendant Oversee.net ("Oversee") and Third Party
6  Robert L. Morse, Jr. will, and hereby do, move this Court for a protective order to
7  quash Plaintiff Monte Cahn's subpoena for the deposition of Mr. Morse on the
8  grounds that Mr. Morse has no firsthand knowledge regarding issues related to the
9  Management Incentive Plan; his deposition would serve no purpose other than
10 causing oppression, unnecessary burden, and expense for both Oversee and Mr.
11 Morse; and Mr. Morse is a director at the very "apex" of Oversee's corporate
12 hierarchy who does not possess any unique, non-repetitive knowledge that is not
13 obtainable through less intrusive means of discovery.

14     Pursuant to Local Rule 37-1, counsel for Plaintiff and Oversee met and
15 conferred on October 12, 2011, and were unable to resolve their dispute on the
16 requests and issues set forth herein.

17     This Motion is based upon this Notice; the attached Joint Stipulation; the
18 declarations of Robert L. Morse, Jr. and William Delgado and the exhibits attached
19 thereto; the pleadings and other papers on file in this action; matters of which this
20 Court may take judicial notice; and further argument and evidence that may be
21 presented at or before the hearing.

22 DATED: November 14, 2011    WILLENKEN WILSON LOH & LIEB LLP

23                                   By: /s/ William A. Delgado
24                                   William A. Delgado
25                                   Attorneys for Defendants
26                                   OVERSEE.NET, JEFFREY
27                                   KUPIETZKY, and LAWRENCE NG, and
                                  Third Party ROBERT L. MORSE, JR.
28