William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV11-03800 SVW (AGRx) |
| Plaintiff, | |
| v. | **DEFENDANT OVERSEE.NET'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | |
| Defendants. | |
| | DATE: December 19, 2011<br>TIME: 1:30 p.m.<br>PLACE: Crtrm. 6 |
| | Complaint Filed: May 3, 2011<br>Trial Date: January 17, 2012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 19, 2011, at 1:30 p.m. in Courtroom 6 of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, CA 90012, Defendant Oversee.net will, and hereby does, move for summary judgment, pursuant to Fed. R. Civ. P. 56, on Plaintiff's First Claim for Relief for Breach of Contract.  In the alternative, Oversee moves for partial summary judgment as to each of the four "Business Segments" at issue in the First Claim for Relief, and in particular, for a finding that no bonuses are payable under any of the Performance Goals established for those Business Segments.

The grounds for this motion are set forth in the concurrently filed Memorandum of Points and Authorities; to wit, there are no genuine issues of material fact related to Plaintiff's claim that Oversee breached the Oversee.net 2007 Management Incentive Plan ("MIP") by failing to pay performance bonuses because: (i) the three Business Segments  for which Performance Goals were established in the MIP failed to achieve those goals; (ii) the Performance Goal for the fourth Business Segment ("Oversee EBITDA") was both unenforceable and, as to 2008 and 2009, superseded by amendment.

//
//

1 This Motion is brought pursuant to this Notice of Motion and Motion; the
2 Memorandum of Points and Authorities filed herewith, the Declarations of William A.
3 Delgado, Todd Greene, Jeffrey Kupietzky, Tigran Sinanyan, and Elizabeth Murray, the
4 exhibits to the declarations, the Separate Statement of Uncontroverted Facts, all
5 pleadings, records and papers on file in this action, such matters of which this Court
6 may take judicial notice, and upon such other evidence and oral argument as may be
7 considered by the Court before or at the hearing on this Motion.

8 This Motion is made following a conference of counsel pursuant to Local Rule
9 7-3 which took place on November 2, 2011.

10 Dated: November 16, 2011          WILLENKEN WILSON LOH & LIEB LLP

12                                  By:*/s/ William A. Delgado*
13                                  William A. Delgado,
                                    Attorneys for Defendants OVERSEE.NET,
14                                  JEFFFREY KUPIETZKY, and LAWRENCE
                                    NG

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  November 16, 2011         WILLENKEN WILSON LOH & LIEB LLP


By:*/s/ William A. Delgado*
William A. Delgado,
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG