UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>  Plaintiff,<br><br> v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>  Defendants. | Case No. CV-11-03800 SVW (AGRx)<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT OVERSEE.NET ON PLAINTIFF'S FIRST CLAIM FOR RELIEF** |

[PROPOSED] JUDGMENT

# **JUDGMENT**

This Court, having entered an order on _____, granting Defendant Oversee.net's Motion for Summary Judgment on Plaintiff's First Claim for Relief for Breach of Contract,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED THAT:

1. Judgment shall be, and hereby is, entered in favor of Defendant Oversee.net on Plaintiff's First Claim for Relief for Breach of Contract;

2. Plaintiff shall take nothing by reason of his Complaint filed herein with respect to the First Cause of Action; and

3. Defendant Oversee.net shall recover from Plaintiff its costs of suit with respect to the First Cause of Action.

DATED: _____        _____
                             HON. STEVEN V. WILSON
                             UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT
1