William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>　　　　Defendants. | Case No. CV11-03800 SVW (AGRx)<br><br>**DEFENDANT OVERSEE.NET'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:　December 19, 2011<br>TIME:　1:30 p.m.<br>PLACE:　Crtrm. 6<br><br>Complaint Filed: May 3, 2011<br>Trial Date:　January 17, 2012 |

Pursuant to Local Rule 56-1, Defendant Oversee.net hereby submits its Separate Statement of Uncontroverted Facts and Conclusions of Law in support of its Motion for Summary Judgment, or in the Alternative, Summary Adjudication:

| **Uncontroverted Facts** | **Evidence** |
|---|---|
| 1. Monte Cahn entered into an Employment Agreement ("Employment Agreement") with Oversee.net on December 14, 2007. | 1. Employment Agreement, attached as Exhibit E to the Declaration of Todd Greene, dated November 14, 2011. |
| 2. The Employment Agreement allowed Cahn to participate in a financial incentive plan called the Oversee 2007 Management Incentive Plan ("MIP"). | 2. Employment Agreement, Section 3(d). |
| 3. The MIP was divided into three determination periods: a First Determination Period (October 1, 2007- December 31, 2008), a Second Determination Period (January 1, 2009 through December 31, 2009) and a Third Determination Period (January 1, 2010 through December 31, 2010). | 3. MIP, Section 15(e), attached as Exhibit C to the Declaration of Elizabeth Murray, dated November 14, 2011. |
| 4. The MIP was further divided into four business lines: TrafficClub, Registrar, Domain Sales, and Oversee. | 4. MIP, Schedule A. |
| 5. The performance targets and baseline awards for each business line for each determination period are set forth in | 5. MIP, Schedule A. |

| | |
|---|---|
| Schedule A of the MIP. | |
| 6. The performance goal for the "Oversee" business line was left as "TBD" or "To Be Determined." | 6. MIP, Schedule A. |
| 7. The TrafficClub performance goals were not met for any of the First, Second, or Third Determination Periods. | 8. Murray Decl. ¶¶ 7, 14 and Exhibit D. |
| 8. The Registrar performance goals were not met for any of the First, Second, or Third Determination Periods. | 9. Murray Decl. ¶¶ 7, 21 and Exhibit D. |
| 9. The Domain Sales performance goals were not met for any of the First, Second, or Third Determination Periods. | 10. Murray Decl. ¶¶ 7, 26 and Exhibit D. |
| 10. Section 5(a) of the MIP requires that Monte Cahn designate the Participants under the MIP within the first (15) days | 11. MIP, Section 5(a). |
| 11. Monte Cahn never designated the Participants for the MIP for any of the Determination Periods as required by Section 5(a) of the MIP. | 12. Greene Declaration, ¶ 3. |
| 12. The MIP provides that "Target EBITDA" with respect to Oversee EBITDA "shall be determined from time to time by the Board, in consultation with Monte Cahn for so long as he is employed by the Company." | 13. MIP, Section 15(u). |
| 13. Neither the Board of Oversee nor the | 14. Greene Decl., ¶ 4; Deposition |

| | |
|---|---|
| Board of ODN Holding Corporation, the parent corporation of Oversee, ever calculated a Target EBITDA for Oversee EBITDA. | Transcript of Jeffrey Kupietzky, taken October 26, 2011 ("Kupietzky Depo."), at 110:4-10 (attached as Delgado Decl. Ex. G). |
| 14. In November 2008, Cahn and Oversee entered into an agreement amending the goals and bonuses under the MIP for Cahn, specifically. | 15. 2008 Amendment (attached as Greene Decl. Ex. F). |
| 15. Under the 2008 Amendment, payment for the MIP's Oversee Business Segment is conditioned upon first receiving a payment under any of the MIP's Moniker Business Segments. | 16. *Id.*, "Interaction with MIP" Section. |

Dated:  November 16, 2011          WILLENKEN WILSON LOH & LIEB LLP


                                   By:*/s/ William A. Delgado*
                                   William A. Delgado,
                                   Attorneys for Defendants OVERSEE.NET, JEFFFREY KUPIETZKY, and LAWRENCE NG

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  November 16, 2011            WILLENKEN WILSON LOH & LIEB LLP


By:*/s/ William A. Delgado*
William A. Delgado,
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG