William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV-11-03800 SVW (AGRx) |
| Plaintiff, | **DECLARATION OF TIGRAN SINANYAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | DATE:  December 19, 2011<br>TIME:   1:30 p.m.<br>PLACE: Crtrm. 6 |
| Defendants. | Complaint Filed: May 3, 2011<br>Trial Date:       January 17, 2012 |

# DECLARATION OF TIGRAN SINANYAN

I, Tigran Sinanyan, do hereby declare as follows:

1. I am over the age of eighteen (18). I am presently a Senior Manager in the Finance and Corporate Development Department at Oversee.net ("Oversee"), defendant in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, I could competently testify thereto.

2. During the acquisition of Moniker Online Services, LLC ("Moniker") by Oversee, I was one of the individuals involved in reviewing Moniker's financial projections and preparing models and forecasts as to Moniker's future performance post-acquisition.

3. As part of my responsibilities, I assisted in preparing the Performance Goals in the Oversee.net 2007 Management Incentive Plan ("MIP").

4. In preparing the MIP Performance Goals, Oversee started with the projections provided to Oversee by Moniker during the due diligence process for the TrafficClub, Registrar, and Domain Sales business segments. Oversee then made adjustments to those targets as a result of negotiating with Monte Cahn.

5. Ultimately, however, the MIP provided for Performance Goals for these business segments that were less aggressive than the projections provided by Moniker. For example:

   a. For calendar year 2008, the forecast by Moniker Management showed a combined EBITDA across all three business segments of ten million dollars ($10 million). For calendar year 2008, the Oversee MIP only required a combined EBITDA goal of $8.7M.

   b. For Performance Goals for calendar years 2009 and 2010, Oversee created forecasts using a growth rate and profit margins consistent with previous year growth rates and margins for the different business segments. That said, while Moniker had grown 70% year-to-year from

1    2006 to 2007 and was projected to grow another 51% in 2008, Oversee forecast yearly growth as 40% and kept margins consistent year to year, to the benefit of MIP participants.

6. I, together with other Oversee representatives, attended at least one meeting in which Mr. Cahn participated. In this meeting, we discussed, reviewed, and negotiated the MIP Performance Goals. In fact, Mr. Cahn specifically negotiated spend levels on operating expenses against revenue and gross profit.

7. In short, Oversee based the MIP Performance Goals on information provided by Moniker Management and set the Performance Goals after negotiation with Cahn.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 11 day of November, 2011, at Los Angeles, California.

_____
Tigran Sinanyan

---

DECLARATION OF TIGRAN SINANYAN ISO OVERSEE'S MSJ

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  November 16, 2011  WILLENKEN WILSON LOH & LIEB LLP

By: */s/ William A. Delgado*                         .
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG