William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV-11-03800 SVW (AGRx) |
| Plaintiff, | **DECLARATION OF TODD GREENE IN SUPPORT OF DEFENDANT OVERSEE.NET'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | DATE:    December 19, 2011<br>TIME:    1:30 p.m.<br>PLACE:  Crtrm. 6 |
| Defendants. | Complaint Filed:      May 3, 2011<br>Pretrial Conf. Date: January 9, 2012<br>Trial Date:              January 17, 2012 |

DECLARATION OF TODD H. GREENE

# DECLARATION OF TODD H. GREENE

I, Todd H. Greene, do hereby declare as follows:

1. I am over the age of eighteen. I am the Senior Vice President, General Counsel and Secretary of Oversee.net ("Oversee"), defendant in this matter. Since November 2008, I have served as a director on the board of directors for Oversee.net as well as the Secretary for the Oversee Board. Since November 2008, I have served as the Secretary of the board of directors of ODN Holding Corporation, the parent company of Oversee. I have personal knowledge of the facts stated herein and, if called as a witness, I could competently testify thereto.

2. Attached as Exhibit E is a true and correct copy of the Employment Agreement between Monte Cahn and Oversee.net.

3. To the best of my knowledge, Mr. Cahn never provided Oversee with a list of Participants for the Oversee.net 2007 Management Incentive Plan ("MIP") for any of the Determination Periods as required by Section 5(a) of the MIP.

4. On December 20, 2007, in preparation for a pending investment by external investors, which was consummated in February 2008, Oversee reorganized and became a wholly-owned subsidiary of ODN Holding Corporation, a holding company whose sole asset was and is the ownership of the stock of Oversee. Oversee and ODN have separate boards of directors.

5. In 2009 and 2010, neither the Board of Directors of Oversee.net nor the Board of Directors of ODN Holding Corporation ever determined a Performance Goal for Oversee EBITDA under the MIP.

6. From 2008-2010, the ODN board of directors set an Oversee EBITDA goal used to measure the performance of Oversee. These goals were the basis from which discretionary bonuses payable to employees of Oversee who participated in Oversee' annual discretionary bonus plan were set. That bonus plan is separate and distinct from the MIP.

7. Attached as Exhibit F is a true and correct copy of a document entitled "Incentive Compensation Plan Monte Cahn", executed in November 2008.

8. In 2008 and 2009, Cahn received bonuses under the 2008 Amendment but not the MIP because the MIP performance goals were not achieved.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed the 16th day of November, 2011, at Los Angeles, California.

_____
Todd H. Greene

2
DECLARATION OF TODD H. GREENE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: November 16, 2011        WILLENKEN WILSON LOH & LIEB LLP

By: */s/ William A. Delgado*                .
    William A. Delgado
    Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG