William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV-11-03800 SVW (AGRx) |
| Plaintiff, | **DECLARATION OF WILLIAM A. DELGADO IN SUPPORT OF DEFENDANT OVERSEE'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | DATE:   December 19, 2011<br>TIME:    1:30 p.m.<br>PLACE:  Crtrm. 6 |
| Defendants. | Complaint Filed: May 3, 2011<br>Trial Date:       January 17, 2012 |

DECLARATION OF WILLIAM A. DELGADO

# DECLARATION OF WILLIAM A. DELGADO

I, William A. Delgado, do hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court and a member of the law firm of Willenken Wilson Loh & Lieb, LLP ("Willenken Firm"), counsel of record for Defendants Oversee.net ("Oversee"), Lawrence Ng, and Jeffrey Kupietzky. I have personal knowledge of the facts stated herein and, if called as a witness, I could competently testify thereto.

2. Attached as Exhibit G are true and correct copies of relevant excerpts from the deposition transcript of Jeffrey Kupietzky, taken October 26, 2011, as well as Exhibit 3 to that deposition.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed the 16th day of November, 2011, at Los Angeles, California.

/s/William A. Delgado         .
William A. Delgado

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  November 16, 2011          WILLENKEN WILSON LOH & LIEB LLP

By: */s/ William A. Delgado*                              .
    William A. Delgado
    Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG