# EXHIBIT G

# In The Matter Of:

*Monte Cahn*

*v.*

*Oversee.net*

---

*Kupietzky, Jeff VOL I*

*October 26, 2011*

---



# BENHYATT
## Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022  F 818.343.7119
www.benhyatt.com

BH CDR Job # **993639**
number of pages 340

*Word Index Included with this Condensed Transcript.*

```
01:34   1   were as set forth, and for Oversee EBITDA it was going
01:35   2   to be the Moniker components would be the baseline, and
01:35   3   then the non-Moniker, what we call Legacy, would be
01:35   4   equal that what other executives had for their targets.
01:35   5       Q   Let's mark as Exhibit 3.
01:35   6           (Exhibit 3 was marked for
01:35   7            identification and is attached hereto.)
01:35   8   BY MR. WATNICK:
01:35   9       Q   Exhibit 3, the bottom e-mail is an e-mail that
01:35  10   we already looked at from Monte Cahn to you on
01:35  11   December 13, 2007; is that correct?
01:35  12       A   That is correct.
01:35  13       Q   And then above that is an e-mail that you sent
01:35  14   to Monte Cahn and other people; is that correct?
01:35  15       A   I'm reading that now, yes.
01:35  16       Q   Take a moment to look at that e-mail.
01:36  17           Did you send the e-mail at the top of
01:36  18   Exhibit 3 to Mr. Cahn on December 13, 2007?
01:36  19       A   Yes.
01:36  20       Q   Is this the e-mail you were describing in
01:36  21   which you set forth your understanding about Legacy
01:36  22   Oversee components and things like that?
01:36  23       A   Yes.
01:36  24       Q   Okay.  And you said:  All execs have the same
01:36  25   Legacy component; is that correct?
```

```
01:40   1   BY MR. WATNICK:
01:40   2       Q    But not what the target was?
01:40   3       A    There was never determination of the target.
01:40   4       Q    So the Board never met and determined the TBD
01:40   5   for 2008 for Mr. Cahn?
01:40   6       A    The Board never determined that term that we
01:40   7   had talked about before specific to this management
01:40   8   incentive plan.
01:40   9       Q    Do you have an understanding of why not?
01:40  10       A    The Board -- it wasn't relevant.
01:40  11       Q    In January of 2008 when the Board is doing
01:40  12   this forecast, they'd already determined it wasn't
01:40  13   relevant to figure out what the TBD was going to be; is
01:40  14   that correct?
01:40  15       A    In the beginning of 2008, there was no need to
01:41  16   do a calculation because the determination period was
01:41  17   going to continue for a whole year.  At the beginning
01:41  18   of that period, it was very clear what the Moniker
01:41  19   components were.
01:41  20       Q    Well, as an employee with an incentive plan,
01:41  21   you want to know at the beginning of the year what the
01:41  22   goal is, isn't that correct?
01:41  23       A    One does want to know what their goals are.
01:41  24       Q    And So Mr. Cahn, as an employee with an
01:41  25   incentive plan, would want to know what the goal is
```

Page 1



ATTORNEY CLIENT PRIVILEGE

**From:** Jeff Kupietzky
**Sent:** Thursday, December 13, 2007 5:41 PM
**To:** Monte Cahn
**Cc:** Jeff Navach; Bill Gross; Josh Armstrong; Todd Greene
**Subject:** RE: MIP clarification

Monte,
Hope you're enjoying the time with your family – given everything else going on! Let me clarify what we've said and intended. All execs will have the same legacy Oversee components – i.e., same earnings for the current businesses prior to Moniker. Our intent is the legacy pieces will be the same and then your total Oversee target will reflect the legacy EBITDA plus the Moniker pieces to get to a total. Remember, the 20% won't be just EBITDA only, there is some subjective components that Lawrence and the Board will set to incent strategic initiatives that benefit the overall company (i.e., your help on M&A, helping on sales strategies, etc.) I expect all these items get clarified in Q1 when the rest of the execs get their 2008 plans as well. All our plans have both a quantitative and qualitative component that Lawrence assesses after the year ends. The only difference is the other execs will get a different Moniker component added to their legacy Oversee number reflecting finance's plan for overall company earnings. I'm finishing up another call if you want to chat around 6:15 PM PST. I understand this is the last item to get the documents finalized.
Looking forward to Monday!
Jeff

**From:** Monte Cahn [mailto:monte@corp.moniker.com]
**Sent:** Thursday, December 13, 2007 1:02 PM
**To:** Jeff Kupietzky
**Cc:** Kristin Bolus; Bill Gross
**Subject:** RE: MIP clarification

I may be around 8...having dinner with my folks at 5:30 EST and should be back by then. I think the key issue here is that I was told that I was to be treated the same as you, Josh, etc in terms of this 20% part of my MIP. The language just needs to make this clear. I was sold on not having this all clarified because you guys said you were going to be measured to the exact same criteria that I would be. that is what this needs to say then I know it will be fair for all of us.

I copied Bill because that was his understanding as well.

Best Regards,

Monte Cahn

Founder / CEO

Moniker.com is the world leader in Domain Asset Management including Domain Auctions & Sales, Escrow, Appraisal, Monetization, Registration, Brand Protection, Acquisition, and Portfolio Management.

Toll Free: 1-800-688-6311

O: 954-984-8445

F: 954-969-9155



EXHIBIT 3

OVER000003