**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: barber@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
  E-Mail: watnick@lbbslaw.com
SONJA HARRINGTON, SB# 261053
  E-Mail: sharrington@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for MONTE CAHN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MONTE CAHN,<br><br>              Plaintiff,<br><br>       vs.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and Does 1 through 10,<br><br>              Defendants. | CASE NO. CV11-03800 SVW (AGRx)<br><br>The Hon. Stephen V. Wilson<br>[Magistrate Judge Alicia G. Rosenberg]<br><br>**MONTE CAHN'S NOTICE OF LODGMENT OF PRIVILEGED DOCUMENTS**<br><br>Complaint Filed:    May 3, 2011<br>Final Pretrial Conf.: January 9, 2012<br>Trial Date:              January 17, 2012 |

4843-9239-3486.1

MONTE CAHN'S NOTICE OF LODGMENT OF PRIVILEGED DOCUMENTS

**TO THE COURT AND COUNSEL OF RECORD FOR ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Monte Cahn ("Cahn") hereby lodges with the Court the documents listed in Monte Cahn's Privilege Log, attached as Exhibit "A" to Monte Cahn's Notice Of Filing Of Privilege Log, filed concurrently herewith [Doc. 102].  Cahn is lodging these documents in accordance with the Court's November 29, 2011 Order [Doc. 99].  Cahn lodges the following documents:

    1.    October 23, 2007 e-mail from Monte Cahn re: Employment Agreement Points. (Item No. 1 to the Monte Cahn's Privilege Log.)

    2.    October 26, 2007 e-mail from Bill Gross re: V2 Employment Agreement – Monte Cahn / Oversee.DOC, plus attachments. (Item No. 2 to the Monte Cahn's Privilege Log.)

    3.    November 6, 2007 e-mail from Bill Gross re: Management Bonus Plan, plus attachments. (Item No. 3 to the Monte Cahn's Privilege Log.)

    4.    November 19, 2007 e-mail from Bill Gross re: Blacklines of Management Bonus Plan and Employment Agreement, plus attachments. (Item No. 4 to the Monte Cahn's Privilege Log.)

    5.    November 25, 2007 e-mail from Bill Gross re: Mercury – Revised MIP, plus attachments. (Item No. 5 to the Monte Cahn's Privilege Log).

    6.    December 10, 2007 e-mail from Bill Gross re: My employment agreement with Oversee. (Item No. 6 to the Monte Cahn's Privilege Log.)

    7.    October 13, 2010 e-mail from Monte Cahn re: Mgt Incentive Plan. (Item No. 7 to the Monte Cahn's Privilege Log.)

    8.    October 14, 2010 e-mail from Monte Cahn re: Employment Stuff. (Item No. 8 to the Monte Cahn's Privilege Log.)

    9.    October 18, 2010 e-mail from Monte Cahn re: MIP. (Item No. 9 to the Monte Cahn's Privilege Log.)

10. October 20, 2010 e-mail from Monte Cahn re: MIP. (Item No. 10 to the Monte Cahn's Privilege Log.)

11. October 20, 2010 e-mail from Monte Cahn re: MIP. (Item No. 11 to the Monte Cahn's Privilege Log.)

12. October 21, 2010 e-mail from Monte Cahn re: Lunch, plus attachments. (Item No. 12 to the Monte Cahn's Privilege Log.)

13. October 27, 2010 e-mail from Monte Cahn re: Lunch. (Item No. 13 to the Monte Cahn's Privilege Log.)

14. November 8, 2010 e-mail from Monte Cahn re: Lunch. (Item No. 14 to the Monte Cahn's Privilege Log.)

15. November 11, 2010 e-mail from Monte Cahn re: Lunch. (Item No. 15 to the Monte Cahn's Privilege Log.)

16. January 16, 2011 e-mail from Monte Cahn re: Please Send. (Item No. 16 to the Monte Cahn's Privilege Log.)

17. January 16, 2011 e-mail from Monte Cahn re: Please Send. (Item No. 17 to the Monte Cahn's Privilege Log.)

18. December 13, 2007 e-mail from Bill Gross re: Update. (Item No. 18 to the Monte Cahn's Privilege Log.)

19. November 6, 2007 e-mail from Bill Gross re: DRAFT Oversee Management Incentive Plan. (Item No. 19 to the Monte Cahn's Privilege Log.)

20. November 6, 2007 e-mail from Bill Gross re: Bill and Gordon Speak yet? (Item No. 20 to the Monte Cahn's Privilege Log.)

21. November 6, 2007 e-mail from Gordon Caplan re: Bill and Gordon Speak yet? (Item No. 21 to the Monte Cahn's Privilege Log.)

22. November 9, 2007 e-mail from Bill Gross re: DRAFT Oversee Management Incentive Plan, plus attachments. (Item No. 22 to the Monte Cahn's Privilege Log.)

23. November 17, 2011 e-mail from Bill Gross re: Revised M. Cahn Employment Agreement. (Item No. 23 to the Monte Cahn's Privilege Log.)

24. July 22, 2005 e-mail from Bill Gross re: Confirming Conf. Call – Friday @ 2 pm. (Item No. 24 to the Monte Cahn's Privilege Log.)

25. July 22, 2005 e-mail from Bill Gross re: Confirming Conf. Call – Friday @ 2 pm. (Item No. 25 to the Monte Cahn's Privilege Log.)

26. November 1, 2007 e-mail from Eric Harrington re: amendment to our transaction bonus. (Item No. 26 to the Monte Cahn's Privilege Log.)

27. November 21, 2007 e-mail from Bill Gross re: amendment to our transaction bonus. (Item No. 27 to the Monte Cahn's Privilege Log.)

28. February 13, 2008 e-mail from Bill Gross re: Invoice for Services / Monte cahn.DOC, including attachments. (Item No. 28 to the Monte Cahn's Privilege Log.)

29. February 13, 2008 e-mail from Bill Gross re: Invoice for Services / Monte cahn.DOC, including attachments. (Item No. 29 to the Monte Cahn's Privilege Log.)

30. March 6, 2008 e-mail from Bill Gross re: wrong w2. (Item No. 30 to the Monte Cahn's Privilege Log.)

31. March 10, 2008 e-mail from Bill Gross re: Seevast / Domain systems – My form 1099. (Item No. 31 to the Monte Cahn's Privilege Log.)

32. April 15, 2008 e-mail from Bill Gross re: 2007 Tax Return. (Item No. 32 to the Monte Cahn's Privilege Log.)

33. October 21, 2010 e-mail from Monte Cahn re: Lunch. (Item No. 33 to the Monte Cahn's Privilege Log.)

34. November 8, 2010 e-mail from Monte Cahn re: Lunch. (Item No. 34 to the Monte Cahn's Privilege Log.)

35. December 3, 2010 e-mail from Monte Cahn re: Jupiter Agreements. (Item No. 35 to the Monte Cahn's Privilege Log.)

1        36.    December 3, 2010 e-mail from Monte Cahn re: Jupiter Agreements.
2   (Item No. 36 to the Monte Cahn's Privilege Log.)
3        37.    December 14, 2010 e-mail from Monte Cahn re: Jupiter Agreements.
4   (Item No. 37 to the Monte Cahn's Privilege Log.)
5        38.    December 14, 2010 e-mail from Monte Cahn re: Jupiter Agreements.
6   (Item No. 38 to the Monte Cahn's Privilege Log.)
7        39.    November 19, 2007 e-mail from Bill Gross re: Seevast. (Item No. 39 to
8   the Monte Cahn's Privilege Log.)
9        40.    November 19, 2007 e-mail from Joel S. Magolnick re: Seevast. (Item
10  No. 40 to the Monte Cahn's Privilege Log.)
11       41.    November 21, 2007 e-mail from Bill Gross re: Amendment to June 14,
12  2007 Agreement / Payment Direction Letter, including attachments. (Item No. 41 to
13  the Monte Cahn's Privilege Log.)
14       42.    November 21, 2007 e-mail from Bill Gross re: Amendment to June 14,
15  2007 Agreement / Payment Direction Letter. (Item No. 42 to the Monte Cahn's
16  Privilege Log.)
17       43.    December 12, 2007 e-mail from Bill Gross re: Amendment No. 2 to
18  Agreement. DOC, plus attachments. (Item No. 43 to the Monte Cahn's Privilege
19  Log.)

21  DATED: December 5, 2011         JOHN L. BARBER
                                    KENNETH D. WATNICK
22                                  SONJA HARRINGTON
23                                  LEWIS BRISBOIS BISGAARD & SMITH LLP



                                    By:    /s/ Sonja Harrington
                                          Sonja Harrington
                                          Attorneys for MONTE CAHN

4843-9239-3486.1                    4
MONTE CAHN'S NOTICE OF LODGMENT OF PRIVILEGED DOCUMENTS