**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: barber@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
  E-Mail: watnick@lbbslaw.com
SONJA HARRINGTON, SB# 261053
  E-Mail: sharrington@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for MONTE CAHN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MONTE CAHN,<br><br>      Plaintiff,<br><br>      vs.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and Does 1 through 10,<br><br>      Defendants. | CASE NO. CV11-03800 SVW (AGRx)<br><br>The Honorable Stephen V. Wilson<br>[Magistrate Judge Alicia G. Rosenberg]<br><br>**MONTE CAHN'S NOTICE OF ERRATA RE DECLARATION OF KENNETH D. WATNICK AND DECLARATION OF MONTE CAHN IN SUPPORT OF OPPOSITION TO OVERSEE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   December 19, 2011<br>Time:  1:30 p.m.<br>Crtrm.: 6<br><br>Complaint Filed:   May 3, 2011<br>Final Pretrial Conf.: January 9, 2012<br>Trial Date:           January 17, 2012 |

4829-3199-0542.1

MONTE CAHN'S NOTICE OF ERRATA

TO THE COURT AND ALL PARTIES OF RECORD

Plaintiff Monte Cahn ("Cahn") hereby submits this Notice of Errata to correct typographical errors in the Declaration of Kenneth D. Watnick in Support of Opposition to Oversee's Motion for Summary Judgment and the Declaration of Monte Cahn in Support of Opposition to Oversee's Motion for Summary Judgment. Both of these documents were filed under seal.

**<u>ERRATA WITH RESPECT TO THE DECLARATION OF KENNETH D. WATNICK</u>**

1. Paragraph 7 states that the "document was authenticated by Monte Cahn in ¶ 25 of his declaration." The statement was intended to reference ¶ 26 of Cahn's declaration.

2. Paragraph 9 states that the "document was authenticated by Monte Cahn in ¶ 21 of his declaration." The statement was intended to reference ¶ 22 of Cahn's declaration.

3. Paragraph 10 states that the "document was authenticated by Monte Cahn in ¶ 22 of his declaration." The statement was intended to reference ¶ 23 of Cahn's declaration.

4. Paragraph 11 states that the "document was authenticated by Monte Cahn in ¶ 26 of his declaration." The statement was intended to reference ¶ 27 of Cahn's declaration.

5. Paragraph 16 states that the "document was authenticated by Monte Cahn in ¶ 27 of his declaration." The statement was intended to reference ¶ 28 of Cahn's declaration.

6. Paragraph 21 states that the "document was authenticated by Monte Cahn in ¶ 20 of his declaration." The statement was intended to reference ¶ 21 of Cahn's declaration.

7. Paragraph 23 states that the "document was authenticated by Monte

Cahn in ¶ 19 of his declaration." The statement was intended to reference ¶ 20 of Cahn's declaration.

8. Paragraph 24 states that the "document was authenticated by Monte Cahn at 194:14-195:21 of her deposition". The statement should read "his deposition".

9. Paragraph 25 states that the "document was authenticated by Jeff Kupietzky at 183:7-13 of her deposition". The statement should read "his deposition".

10. Paragraph 27 states that the "document was authenticated by Monte Cahn in ¶ 20 of his declaration." The statement was intended to reference ¶ 21 of Cahn's declaration.

### ERRATA WITH RESPECT TO THE DECLARATION OF MONTE CAHN

1. Paragraph 23 states that the "I attended meetings and participated in conferences with management personnel, including Craig Snyder, Josh Armstrong, and Elizabeth Murray…" The statement was intended to reference Jeff Kupietzky in place of Josh Armstrong.

Cahn apologizes to the Court and all parties for any confusion from these errors.

DATED: December 8, 2011       JOHN L. BARBER
                              KENNETH D. WATNICK
                              SONJA HARRINGTON
                              LEWIS BRISBOIS BISGAARD & SMITH LLP


                         By:      /s/ Sonja Harrington
                              Sonja Harrington
                              Attorneys for MONTE CAHN



4829-3199-0542.1

2

MONTE CAHN'S NOTICE OF ERRATA