| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts  **TRANSCRIPT ORDER**  *Please Read Instructions:* | | FOR COURT USE ONLY  DUE DATE: | |
|---|---|---|---|---|
| 1. NAME  William A. Delgado | | 2. PHONE NUMBER  (213) 955-9240 | 3. DATE  12/12/2011 | |
| 4. MAILING ADDRESS  707 Wilshire Blvd., Suite 3850 | | 5. CITY  Los Angeles | 6. STATE  CA | 7. ZIP CODE  90017 |
| 8. CASE NUMBER  CV-11-3800 SVW (AGRx) | 9. JUDGE  Hon. Alicia G. Rosenberg | DATES OF PROCEEDINGS | | |
| | | 10. FROM 12/6/2011 | 11. TO 12/6/2011 | |
| 12. CASE NAME  Monte Cahn v. Oversee.net, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Los Angeles | 14. STATE CA | |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing on Motion to Compel | December 6, 2011 |
| [ ] BAIL HEARING | | Hearing on Motion to Quash | December 6, 2011 |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | 0.00 |

**CERTIFICATION (18. & 19.)**  
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE  */s/ William A. Delgado*

19. DATE  12/12/2011

| PROCESSED BY | |
|---|---|
| PHONE NUMBER | |
| COURT ADDRESS | |

| TRANSCRIPT TO BE PREPARED BY | | | | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY