1  William A. Delgado (Bar No. 222666)
2  wdelgado@willenken.com
   Leemore Kushner (State Bar No. 221969)
3  lkushner@willenken.com
4  WILLENKEN WILSON LOH & LIEB LLP
   707 Wilshire Blvd., Suite 3850
5  Los Angeles, CA 90017
   Tel: (213) 955-9240
6  Fax: (213) 955-9250
7
8  Attorneys for Defendants
   OVERSEE.NET, JEFFREY KUPIETZKY,
9  and LAWRENCE NG
10
              **UNITED STATES DISTRICT COURT**
11
              **CENTRAL DISTRICT OF CALIFORNIA**
12

| 13  MONTE CAHN, an individual, | Case No. CV-11-03800 SVW (AGRx) |
|---|---|
| 14                  Plaintiff, | **DECLARATION OF WILLIAM A.** |
| 15                              | **DELGADO IN SUPPORT OF** |
| 16     v.                      | **DEFENDANT OVERSEE'S** |
|                                | **MOTION *IN LIMINE* NO. 3** |
| 17  OVERSEE.NET, a California  |   |
| 18  corporation; JEFF KUPIETZKY, an | DATE:   January 9, 2012 |
|     individual, LAWRENCE NG, an | TIME:   10:00 a.m. |
| 19  individual; and DOES 1 through 10 | PLACE: Crtrm. 6 |
| 20                              |   |
|                  Defendants.    | Complaint Filed:   May 3, 2011 |
| 21                              | Pretrial Conf. Date: January 9, 2012 |
|                                 | Trial Date:   January 17, 2012 |

28
DECLARATION OF WILLIAM A. DELGADO

## DECLARATION OF WILLIAM A. DELGADO

I, William A. Delgado, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court and a member of Willenken Wilson Loh & Lieb LLP, counsel of record for Defendants Oversee.net ("Oversee"), Jeff Kupietzky and Lawrence Ng in the above captioned case. I have personal knowledge of the facts stated herein and, if called as a witness, I could competently testify thereto.

2. Attached hereto as Exhibit A are true and correct copies of the relevant excerpts from the deposition transcript of Jeffrey Kupietzky, taken October 26, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of December, 2011, at Los Angeles, California

/s/William A. Delgado                          .
William A. Delgado

DECLARATION OF WILLIAM A. DELGADO
1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  December 12, 2011              WILLENKEN WILSON LOH & LIEB LLP


                                       By: */s/ William A. Delgado*                .
                                           William A. Delgado
                                           Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG