# EXHIBIT A

# *In The Matter Of:*

### *Monte Cahn*
### *v.*
### *Oversee.net*

---

### *Kupietzky, Jeff VOL I*

### *October 26, 2011*

---



## BENHYATT
### Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

BH CDR Job # **993639**
number of pages 340

### *Word Index Included with this Condensed Transcript.*

Kupietzky, Jeff - 10/26/2011

Page 5

```
10:15    1                    JEFF KUPIETZKY,

         2          having been first duly affirmed, was

         3          examined and testified as follows:

         4

         5                    EXAMINATION

         6    BY MR. WATNICK:

10:15    7        Q     Please state and spell your name for the

10:15    8    record.

10:15    9        A     Jeff Kupietzky, K-u-p-i-e-t-z, as in zebra, y.

10:15   10        Q     Mr. Kupietzky -- I apologize if I mispronounce

10:15   11    it at any point in time today -- have you ever had your

10:15   12    deposition taken before?

10:15   13        A     For this case?

10:15   14        Q     Any case.

10:15   15        A     Yes.

10:15   16        Q     How many times?

10:15   17        A     One.

10:15   18        Q     When?

10:16   19        A     2009 I think.  Actually I don't recall the

10:16   20    specific year.

10:16   21        Q     What was the name of the case?

10:16   22        A     It was Derderian versus Oversee.

10:16   23        Q     What was the case about?

10:16   24        A     There was a question of sales compensation to

10:16   25    a former employee.
```

Kupietzky, Jeff - 10/26/2011

Page 6

| 10:16 | 1 | Q | What do you mean sales compensation? |
|-------|---|---|--------------------------------------|

10:16  1    Q    What do you mean sales compensation?

10:16  2    A    He thought he was owed sales compensation.

10:16  3    Q    For what?

10:16  4    A    For sales.

10:16  5    Q    Did you testify at trial or in arbitration

10:16  6    proceeding relating to that case?

10:16  7    A    No.

10:16  8    Q    Do you know the outcome of that case?

10:16  9    A    Yes.

10:16  10   Q    What was the outcome?

10:16  11   A    It was settled.

10:16  12   Q    How?

10:16  13   A    There was a settlement.

10:16  14   Q    There was a payment by Oversee for the unpaid

10:16  15   commissions?

10:16  16   A    I believe it's confidential.

10:16  17   Q    Go ahead and answer the question.

10:16  18   A    The information's confidential.

10:16  19   Q    What was the terms of the settlement?

10:17  20        We'll go through some rules later, but unless

10:17  21   your counsel instructs you not to answer a question,

10:17  22   please answer my question.

10:17  23        MR. DELGADO:  Well, can you explain to me what

10:17  24   the relevance of a settlement of an unrelated case is?

10:17  25   Because if it's confidential, has nothing to do with

Kupietzky, Jeff - 10/26/2011

Page 7

10:17  1    this case, I'm going the instruct him not to answer.

10:17  2            MR. WATNICK:  I think it's relevant, shows a

10:17  3    pattern and practice of misconduct.

10:17  4            MR. DELGADO:  That's not at all relevant to

10:17  5    this case, so I'm going to instruct the witness not to

10:17  6    answer that question.

10:17  7    BY MR. WATNICK:

10:17  8        Q    You said you didn't testify at a trial?

10:17  9        A    I did not testify at a trial.

10:17 10        Q    Okay.  Other than this one deposition, have

10:17 11    you testified at any other proceedings --

10:17 12        A    No.

10:17 13        Q    -- whether it be a deposition, trial,

10:17 14    arbitration?

10:17 15        A    Nope.

10:17 16        Q    Do you understand the rules of the deposition

10:17 17    in general?

10:17 18            MR. DELGADO:  Objection, vague, ambiguous.

10:17 19            THE WITNESS:  Could you answer the question --

10:17 20    ask the question again.

10:17 21    BY MR. WATNICK:

10:17 22        Q    Do you understand generally you've been placed

10:18 23    under oath today?

10:18 24        A    Yes.

10:18 25        Q    You understand the court reporter is going to