# EXHIBIT C

# William Delgado

| | |
|---|---|
| **From:** | Harrington, Sonja [sharrington@lbbslaw.com] |
| **Sent:** | Thursday, December 08, 2011 4:12 PM |
| **To:** | Leemore Kushner |
| **Cc:** | Dea Collins; Michael C. Lieb; William Delgado; Watnick, Ken |
| **Subject:** | RE: Cahn/Oversee: Exhibit List |
| **Attachments:** | Cahn - EXHIBIT LIST.doc; Cahn - Witness List.pdf |

Leemore,

Please find enclosed a word copy of our proposed exhibit list.

Also, it has just come to our attention that we inadvertently left David Callaghan, our expert, off of our witness list. Please find an amended witness list adding David Callaghan as an additional witness that we anticipate calling at trial.

Sonja

**From:** Leemore Kushner [mailto:lkushner@willenken.com]
**Sent:** Thursday, December 08, 2011 3:57 PM
**To:** Harrington, Sonja
**Cc:** Dea Collins; Michael C. Lieb; William Delgado
**Subject:** Cahn/Oversee: Exhibit List

Sonja -

Can you please send me a Word version of your exhibit list?

Thanks,
Leemore

1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
   E-Mail: barber@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
   E-Mail: watnick@lbbslaw.com
SONJA HARRINGTON, SB# 261053
   E-Mail: sharrington@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for MONTE CAHN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MONTE CAHN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and Does 1 through 10,<br><br>　　　　Defendants. | CASE NO. CV11-03800 SVW (AGRx)<br><br>The Honorable Stephen V. Wilson<br><br>**MONTE CAHN'S WITNESS LIST**<br><br>Complaint Filed:　　May 3, 2011<br>Final Pretrial Conf.: January 9, 2012<br>Trial Date:　　　　January 17, 2012 |

4812-0865-5374.1

MONTE CAHN'S WITNESS LIST

TO THIS HONORABLE TRIAL COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Monte Cahn ("Cahn") hereby submits the following list of witnesses:

1. Jeff Kupietzky
2. Lawrence Ng
3. Craig Snyder
4. Stephen O'Neill
5. Stacey Peterson
6. Elizabeth Murray
7. Josh Armstrong
8. David Subar
9. NameDrive US, LLC
10. Jeff Navach
11. Bob Morse
12. Tigran Sinanyan
13. Steve Yeich
14. Todd Greene
15. Betsy Niksefat
16. Peter Celeste
17. Rob McClinton
18. David Coombs
19. Don Waters
20. Bill Gross
21. Monte Cahn
22. David Callaghan

4812-0865-5374.1

1

MONTE CAHN'S WITNESS LIST

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

1  DATED: December 8, 2011          JOHN L. BARBER
2                                   KENNETH D. WATNICK
                                    SONJA HARRINGTON
3                                   LEWIS BRISBOIS BISGAARD & SMITH LLP
4
5
6                                   By:    /s/ Sonja Harrington
                                    Sonja Harrington
7                                   Attorneys for MONTE CAHN
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28