UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-03800-SVW -AGR | Date | December 13, 2011 |
|---|---|---|---|
| Title | Monte Cahn v. Oversee.net et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**  IN CHAMBERS ORDER Re Defendant's Motion to Strike Plaintiff's Jury Demand [52]

　　The Court hereby continues the hearing on Defendant's Motion currently scheduled for December 19, 2011 at 1:30p.m. to January 9, 2012 at 1:30p.m.

|  | : |
|---|---|
| Initials of Preparer | PMC |