


# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>Defendants. | Case No. CV11-03800 SVW (AGRx)<br><br>[PROPOSED] ORDER TO SEAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT |

122360.1

## ORDER

The Court has reviewed the Application of Defendants to File Request for Judicial Notice in Support of Defendants' Motion to Dismiss Third Amended Complaint Under Seal. Good cause appearing therefor, the Application is hereby GRANTED.

The Request for Judicial Notice, which attaches as Exhibits 1 and 2 the Employment Agreement between plaintiff Monte Cahn and defendant Oversee.net and the 2007 Oversee.net Management Incentive Plan, respectively, shall be filed under seal.

DATED: DEC 12 2011

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

-2-

122360.1