UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3800-SVW (AGRx) | Date | December 15, 2011 |
|---|---|---|---|
| Title | Monte Cahn v. Oversee. net , et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | CS 12/15/2011 | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Respondent: |
| Kenneth D. Watnick | | William A. Delgado |

**Proceedings:**     **PLAINTIFF'S MOTION TO COMPEL**

The case is called. Counsel state their appearances.

Following up on issues raised in meet and confer sessions pursuant to this court's December 6, 2011 order, Plaintiff's counsel raised four issues: (1) TrafficClub Customers; (2) database of financial information underlying the MIP calculations; (3) allocation of Moniker-related revenue that was conducted through DomainSponsor or SnapNames; and (4) Morris' deposition.

With respect to the second item, the parties have apparently agreed on the scope of the financial database to be produced. It appeared to the court that any future dispute that may arise from examination of the database is not yet ripe.

With the respect to the remaining items, the court required additional information.

IT IS HEREBY ORDERED that, on or before December 20, 2011, the parties may file supplemental briefs that address (1) an estimated date for completing production of the financial database as set forth in the December 6, 2011 order; (2) application of the MIP's terms in evaluating plaintiff's request for information regarding TrafficClub Customers; (3) how to protect the confidentiality of TrafficClub Customer information during the discovery process; (4) Mr. Morris' availability and unavailability for deposition during the relevant time period; and (5) who made the decision as to allocation of Moniker-related revenue in transactions conducted through DomainSponsor or SnapNames. Unless otherwise ordered, the matter will be taken under submission without further oral argument.

|  | 1 | 35 |
|---|---|---|
| | Initials of Preparer | mp |