William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>Defendants. | Case No. CV11-03800 SVW (AGRx)<br><br>**DEFENDANT OVERSEE.NET'S WITNESS LIST**<br><br>Complaint Filed:     May 3, 2011<br>Pretrial Conf. Date: January 9, 2012<br>Trial Date:          January 17, 2012 |

# WITNESS LIST

1. Jeffrey Kupietzky
2. Lawrence Ng
3. Elizabeth Murray
4. Stacey Peterson
5. Jeff Navach
6. Aaron Kvitek
7. Mason Cole
8. Stephen O'Neill (by deposition if he does not appear voluntarily)
9. CT Rhude
10. Todd Greene
11. Betsy Niksefat
12. Tigran Sinanyan
13. Craig Snyder
14. Bill Gross (by deposition if he does not appear voluntarily)
15. Hamed Meshki
16. Ernst & Young
17. George Strong (expert)

Oversee also reserves the right to call any witnesses called by Plaintiff Monte Cahn.

Dated: December 19, 2011                    WILLENKEN WILSON LOH & LIEB LLP

By:/s/William A. Delgado
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: December 19, 2011  WILLENKEN WILSON LOH & LIEB LLP


By: /s/ *William A. Delgado*  .
    William A. Delgado
    Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG