**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
   E-Mail: barber@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
   E-Mail: watnick@lbbslaw.com
SONJA HARRINGTON, SB# 261053
   E-Mail: sharrington@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff
MONTE CAHN

William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV-11-03800 SVW (AGRx) |
| Plaintiff, | **JOINT EXHIBIT LIST** |
| v. | |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | Complaint Filed:  May 3, 2011<br>Trial Date:          January 17, 2012<br>Pre-Trial Conf:   January 9, 2012 |
| Defendants. | |

1
2
3       Plaintiff Monte Cahn and Defendant Oversee.net hereby submit their Joint
4    Exhibit List:
5                              **JOINT EXHIBIT LIST**
6
7

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Oversee.net 2007 Management Incentive Plan, dated 12/14/07 (OVER002417-OVER002433) | | |
| 2 | E-mail chain ending 12/13/07 from Jeff Kupietzky to Monte Cahn re: MIP Clarification (OVER002124-OVER002125) | | |
| 3 | E-mail chain ending 12/13/07 from Jeff Kupietzky to Monte Cahn re: MIP Clarification (OVER000003) | | |
| 4 | Project Mercury Communications Plan, December 2007 - January 2008, Final Content, dated 12/28/07 (MCAHN000266-MCAHN000295) | | |
| 5 | E-mail chain ending 1/7/08 from Jeff Kupietzky to Monte Cahn and Lawrence Ng re: FYI - Notice Going Out to Skenzo Customers  (MCAHN000484-MCAHN000486) | | |
| 6 | E-mail chain ending 2/1/10 from Craig Snyder to Monte Cahn re: O&O Inventory List - Building a Quicker Process (MCAHN002574-MCAHN002581) | | |
| 7 | E-mail dated 12/13/07 from Jeff Kupietzky to Jeff Navach, Mason Cole and Monte Cahn re: Synergy List (MCAHN000497) | | |
| 8 | Annual Performance Appraisal for Monte Cahn, Given by: Jeff Kupietzky, dated 1/20/09 (OVER019026-OVER019045) | | |
| 9 | Oversee.net Employment Agreement between Oversee.net and Monte Cahn, dated 12/14/07 (OVER001454-OVER001472) (same as exhibit 74) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 10 | Oversee.net, Commission Plans 2010, Monte Cahn Commission Plan, dated 5/24/10 | | |
| 11 | E-mail chain ending 12/21/07 from Jeff Navach to Jeff Kupietzky and Tigran Sinanyan re: Headcount (OVER001510-OVER001511) | | |
| 12 | E-mail chain ending 12/21/07 from Monte Cahn to Jeff Kupietzky re: Some Thoughts About the Last Couple of Days… (MCAHN002101-MCAHN002104) | | |
| 13 | E-mail chain ending 12/21/07 from Jeff Navach to Jeff Kupietzky and Tigran Sinanyan re: Headcount (attachment) (OVER001475-OVER001509) | | |
| 14 | E-mail dated 1/2/08 from David Coombs to Monte Cahn, Stacey Peterson, Jack Williamson, Jeff Kupietzky, Lawrence Ng and Tigran Sinanyan re: Moniker Weekly Operational Reporting (MCAHN000615-MCAHN000616) | | |
| 15 | E-mail chain ending 1/8/08 from Jeff Navach to Jeff Kupietzky, Aaron Kvitek and Jack Williamson re: DS Value Proposition Bullets (OVER001519-OVER001521) | | |
| 16 | E-mail chain ending 1/8/08 from Jeff Navach to Jack Williamson re: DS Value Proposition Bullets (OVER001522-OVER001527) | | |
| 17 | E-mail dated 1/31/08 from Mason Cole to Josh Armstrong, Stacey Peterson, Jeff Kupietzky, Steve Yi, Sudhir Bhagwan and Monte Cahn re: Communications Outline Jan 31- Feb 7 (attachment) (MCAHN000247-MCAHN000251) | | |
| 18 | E-mail dated 1/9/08 from Monte Cahn to Jeff Kupietzky and Lawrence Ng re: Two part email on my call with Marchex… (OVER001530-OVER001531) (same as exhibit 90) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 19 | E-mail chain ending 1/16/08 from Jeff Kupietzky to Don Watters re: Traffic Club Calls Summary 01.11.08.xls (MCAHN000432) | | |
| 20 | E-mail chain ending 1/18/08 from Monte Cahn to Jeff Kupietzky re: Snapnames Current Treatment of Revenue to Moniker (MCAHN002062-MCAHN002063) | | |
| 21 | E-mail chain ending 2/4/08 from Monte Cahn to Jeff Navach re: Travel to Portland? (OVER001557-OVER001564) | | |
| 22 | E-mail chain ending 2/29/08 from Jeff Navach to Monte Cahn re: Touching Base on Customer Balances (OVER001697-OVER001698) | | |
| 23 | E-mail chain ending 10/20/10 from Monte Cahn to Rob McClinton and Craig Snyder re: Items (MCAHN002724-MCAHN002728) | | |
| 24 | E-mail dated 3/26/08 from Jeff Kupietzky to Sudhir Bhagwan re: Skenzo Terms (MCAHN000619) | | |
| 25 | E-mail chain ending 4/1/08 from Jeff Kupietzky to Steve Yi re: lowfares.co.uk (MCAHN002377-MCAHN002389) | | |
| 26 | E-mail chain ending 5/12/08 from Mason Cole to Monte Cahn re: TRAFFIC Release Ready (MCAHN000243-MCAHN000246) | | |
| 27 | E-mail dated 8/13/08 from Monte Cahn to Jeff Kupietzky re: Auctions for Next Year (MCAHN002442) | | |
| 28 | Letter agreement dated 11/18/08 (11/17/08 draft) from Oversee.net to Monte Cahn (OVER002434-OVER002442) | | |
| 29 | 2010 Oversee.net Manager Review Form, Monte Cahn, Feedback Report, dated 12/16/10 (OVER019065-OVER019070); Spreadsheet (OVER019107) | | |
| 29A | Oversee Technology Group 20071126 Chart (OVER003924) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 30 | E-mail dated 5/14/08 from Lawrence Ng to DL-staff, DL-staff Portland and DL-staff Florida re: Company Wide Email (MCAHN000397-MCAHN000398) (same as exhibit 156) | | |
| 31 | E-mail chain ending 1/24/08 from Sam Nunez to Lawrence Ng, et al. re: DS Product Council Presentation (MCAHN000588-MCAHN000590) | | |
| 32 | Project Mercury - Integration Kick-Off Presentation, dated 12/13/07 (OVER003605-OVER003635) | | |
| 33 | Project Mercury - Integration Plan (100-Days) (OVER003647) | | |
| 34 | E-mail chain ending 7/9/08 from Monte Cahn to Jeff Kupietzky, Monte Cahn, Steve Yeich and Victor Pitts re: Registrations Flat? (MCAHN002777-MCAHN002779) | | |
| 35 | E-mail chain ending 2/13/08 from Monte Cahn to Jeff Kupietzky and Lawrence Ng re: Traffic Auction Updates to Marketplace (MCAHN002304-MCAHN002306) | | |
| 36 | E-mail dated 2/6/08 from Jeff Kupietzky to Steve Yeich, Jeff Navach and Monte Cahn re: FYI (MCAHN002307) | | |
| 37 | E-mail chain ending 3/25/08 from Monte Cahn to Steve Yeich, John Inghem and Romain Komorn re: Access to TClub Data (MCAHN002045-MCAHN002049) | | |
| 38 | Collection of e-mails between Stephen O'Neill and Monte Cahn, dated 10/28/11 | | |
| 39 | Project Mercury - Integration Kick-Off Presentation, dated 12/5/07 (OVER003590-OVER003604) | | |
| 40 | E-mail dated 12/21/07 from Jeff Navach to Jeff Kupietzky, et al. re: Project Mercury - Weekly Status Call Materials (attachment) (MCAHN001728-MCAHN001755) | | |
| 41 | Printouts from Oversee.net website, dated 11/7/11 | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 42 | Collection of e-mails dated 1/21/10, 1/22/10 and 1/25/10 from Peter Celeste, Jack Nelson, Liz Murray and Todd Greene to Jeff Kupietzky re: Monte Feedback (OVER020279-OVER020285) | | |
| 43 | Oversee.net 2009 Review Form: Senior Manager Monte Cahn, Performance Review Report, dated 6/20/10 (OVER019046-OVER019064) | | |
| 44 | E-mail chain ending 11/22/09 from Craig Snyder to Monte Cahn (MCAHN002529-MCAHN002532) | | |
| 45 | E-mail chain ending 11/29/09 from Craig Snyder to Monte Cahn re: Registrar Budget 2010 (MCAHN002631-MCAHN002639) | | |
| 46 | E-mail chain ending 12/5/09 from Jeff Kupietzky to Monte Cahn, Aaron Kvitek, Craig Snyder and Michele Van Tilborg re: Call with Michael Ward…(MCAHN003012-MCAHN003016) | | |
| 47 | E-mail chain ending 12/5/09 from Craig Snyder to Monte Cahn re: Google Alert - ricklatona.com (MCAHN002552-MCAHN002555) | | |
| 48 | E-mail dated 12/8/09 from Monte Cahn to Craig Snyder re: Important Things (OVER001781-OVER001782) | | |
| 49 | E-mail dated 12/16/09 from Jeff Kupietzky to DL-staff, DL-staff Portland and DL-staff Florida re: What's Happening - December (MCAHN002808-MCAHN002810) | | |
| 50 | E-mail chain ending 1/23/10 from Craig Snyder to Monte Cahn re: Wk 52 Summary (MCAHN002784-MCAHN002786) | | |
| 51 | E-mail chain ending 2/3/10 from Craig Snyder to Monte Cahn re: 2010 Showcase Auction Schedule (MCAHN002481-MCAHN002485) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 52 | E-mail chain ending 2/6/10 from Craig Snyder to Monte Cahn re: [Domain Name Wire] New Comment On: Escrow.com Offers… (MCAHN002722-MCAHN002723) | | |
| 53 | E-mail chain ending 2/9/10 from Craig Snyder to Monte Cahn re: Follow up from DFG and .CO (MCAHN002546-MCAHN002548) | | |
| 54 | E-mail chain ending 3/24/10 from Craig Snyder to Monte Cahn re: February Registrar Questions (MCAHN002537-MCAHN002543) | | |
| 55 | E-mail dated 3/31/10 from John Mauriello to Rachel Ng re: Sensitive Portfolio (MCAHN002352) | | |
| 56 | E-mail chain ending 5/14/10 from Monte Cahn to Jeff Kupietzky re: Commission Detail for DSS (MCAHN002976-MCAHN002989) | | |
| 57 | E-mail chain ending 6/18/10 from Craig Snyder to Monte Cahn and DL-FLL Sales re: Live Auction (MCAHN002564-MCAHN002565) | | |
| 58 | E-mail chain ending 6/22/10 from Craig Snyder to Monte Cahn and Michele Van Tilborg re: A "red light" auction? (MCAHN002486-MCAHN002488) | | |
| 59 | E-mail dated 6/24/10 from Craig Snyder to Jeff Kupietzky, et al. (MCAHN002499-MCAHN002500) | | |
| 60 | E-mail chain ending 9/9/10 from Craig Snyder to Monte Cahn re: O&O List for Sale (MCAHN002582-MCAHN002583) | | |
| 61 | E-mail chain ending 10/12/10 from Monte Cahn to Jeff Kupietzky re: Press Release for the Extended Auction (MCAHN002971-MCAHN002972) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 62 | E-mail chain ending 10/12/10 from Monte Cahn to Mason Cole re: Press Release for the Extended Auction (MCAHN002413-MCAHN002415) | | |
| 63 | E-mail chain ending 11/1/10 from Craig Snyder to Monte Cahn re: Appraisals (MCAHN002494-MCAHN002496; MCAHN002499-MCAHN002500) | | |
| 64 | E-mail dated 11/28/10 from Monte Cahn to Craig Snyder re: Going to need al the supporting documentation… (OVER001785) | | |
| 65 | E-mail chain ending 12/7/10 from Craig Snyder to Monte Cahn re: restaurants.com update (MCAHN002417-MCAHN002421) | | |
| 66 | E-mail chain ending 1/28/11 from Craig Snyder to Monte Cahn re: Q4 Commissions (OVER001968) | | |
| 67 | E-mail chain ending 1/28/11 from Monte Cahn to Craig Snyder re: Q4 Commissions (OVER001969-OVER001970) | | |
| 68 | E-mail chain ending 1/28/11 from Craig Snyder to Monte Cahn re: Q4 Commissions (OVER001971-OVER001972) | | |
| 69 | E-mail chain ending 1/29/11 from Monte Cahn to Craig Snyder re: Q4 Commissions (OVER001981-OVER001982) | | |
| 70 | E-mail chain ending 1/30/11 from Monte Cahn to Craig Snyder re: Q4 Commissions (OVER002003-OVER002007) | | |
| 71 | Monte Cahn's handwritten notes | | |
| 72 | Moniker.com Confidential Information Memorandum, dated May 2007 (OVER009941-OVER009981) | | |
| 73 | Moniker Management Presentation, dated May 2007 (OVER009982-OVER010018) | | |
| 74 | Employment Agreement between Oversee.net and Monte Cahn, dated 12/14/07 (OVER001454-OVER001472) (same as exhibit 9) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 75 | E-mail dated 9/17/07 from Monte Cahn to Deven Parekh re: Follow up on my personal compensation situation (OVER000292-OVER000293) | | |
| 76 | E-mail dated 10/18/07 from Josh Armstrong to Monte Cahn re: Mercury CEO Comp Materials (attachment) (OVER018728-OVER018734) | | |
| 77 | E-mail dated 10/24/07 from Monte Cahn to Josh Armstrong and Jeff Navach re: some further clarification and comments regarding my employment agreement (OVER000373-OVER000375) | | |
| 78 | E-mail chain ending 11/7/07 from Monte Cahn to Jeff Navach and Josh Armstrong re: ….MGT agreement (OVER000625-OVER000627) | | |
| 79 | E-mail dated 11/9/07 from Jeff Navach to Monte Cahn and Bill Gross re: 3-year financial targets (attachment) (OVER000777-OVER000799) | | |
| 80 | E-mail chain ending 11/20/07 from Jeff Navach to Bill Gross and Monte Cahn re: Comments to MIP and Employment Agreement (attachment) (OVER018847-OVER018882) | | |
| 81 | E-mail dated 12/12/07 from Hamed Meshki to Bill Gross re: Revised MIP (attachment) (MCAHN002001-MCAHN002020) | | |
| 82 | E-mail chain ending 12/12/07 from Bill Gross to Hamed Meshki re: Revised MIP (attachments) (OVER001326-OVER001362) | | |
| 83 | E-mail dated 12/13/07 from Hamed Meshki to Bill Gross re: Revised MIP (attachments) (MCAHN001963-MCAHN001999) | | |
| 84 | E-mail chain ending 12/13/07 from Bill Gross to Hamed Meshki re: Revised MIP (attachments) (OVER001383-OVER001387) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 85 | E-mail chain ending 12/13/07 from Jeff Kupietzky to Monte Cahn re: MIP Clarification (OVER001388-OVER001389) | | |
| 86 | E-mail chain ending 12/13/07 from Jeff Kupietzky to Monte Cahn re: MIP Clarification (OVER001390-OVER001391) | | |
| 87 | E-mail chain ending 12/14/07 from Monte Cahn to Jeff Kupietzky re: MIP Clarification (MCAHN002118-MCAHN002120) | | |
| 88 | E-mail dated 12/14/07 from Jeff Kupietzky to Monte Cahn re: Missed some words (MCAHN002115) | | |
| 89 | Project Mercury - CEO Working Session Presentation, dated 11/13/07 (OVER004029-OVER004036; OVER004074-OVER004079) | | |
| 90 | E-mail dated 1/9/08 from Monte Cahn to Jeff Kupietzky and Lawrence Ng re: Two part email on my call with Marchex… (OVER001530-OVER001531) (same as exhibit 18) | | |
| 91 | E-mail dated 1/9/08 from Jeff Kupietzky to Genie White and Monte Cahn re: TrafficClub letter - JK edits (attachment) (MCAHN000475-MCAHN000477) | | |
| 92 | E-mail chain ending 5/12/08 from Monte Cahn to Jeff Kupietzky re: domainsponsor credit (MCAHN000822-MCAHN000823)(same as exhibit 113) | | |
| 93 | E-mail chain ending 7/9/08 from Monte Cahn to Jeff Kupietzky, et al. re: Registrations flat? (MCAHN002388-MCAHN002389) | | |
| 94 | E-mail chain ending 8/13/08 from Jeff Navach to Monte Cahn re: Seevast (OVER001740-OVER001743) | | |
| 95 | E-mail chain ending 12/2/09 from Craig Snyder to Monte Cahn re: Since we are not meeting (MCAHN003089-MCAHN003092) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 96 | E-mail dated 7/13/08 from Monte Cahn to Jeff Kupietzky re: Preliminary Plan (MCAHN002749-MCAHN002751) | | |
| 97 | E-mail chain ending 10/28/11 to Stephen O'Neill re: Address Please | | |
| 98 | Declarations of Craig Snyder; William A. Delgado and Elizabeth Murray in Support of Opposition to Cahn's Ex Parte Application, dated 11/15/11 | | |
| 99 | MIP Calculation Support Operating Expenses 2008 (OVER022947-OVER022950) | | |
| 100 | Oversee.net Financial Calculations per 2007 MIP | | |
| 101 | E-mail chain ending 11/7/07 from Jeff Navach to Tigran Sinanyan, Stacey Peterson and Jack Williamson re: Mercury Operating Expenses (OVER000641) | | |
| 102 | Traffic Club New Accounts Brought in by Moniker Staff (ii) (OVER022933-OVER022934) | | |
| 103 | E-mail chain ending 11/12/07 from Jeff Navach to Jack Williamson and Stacey Peterson re: Mercury Operating Expenses (OVER000874-OVER000875) | | |
| 104 | Moniker Integration Weekly Status Meeting Presentation, dated 1/25/08 (MCAHN000229-MCAHN000235) | | |
| 105 | E-mail chain ending 5/31/08 from Monte Cahn to Jeff Kupietzky re: License for Escrow in California (MCAHN000770-MCAHN000771) (same as exhibit 147) | | |
| 106 | E-mail chain ending 8/8/08 from Monte Cahn to Stacey Peterson re: for our call today (MCAHN023857-MCAHN023859) | | |
| 107 | E-mail chain ending 8/27/08 from Monte Cahn to Steve Yeich re: BU SG&A detail (MCAHN023241) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 108 | Oversee.net Financial Performance Update, November 2008, dated 1/12/09 (OVER021071-OVER021108) | | |
| 109 | E-mail chain ending 10/19/07 from Monte Cahn to Josh Armstrong re: Mercury CEO Comp Materials (OVER000328-OVER000330) | | |
| 110 | E-mail chain ending 11/11/07 from Monte Cahn to Jeff Navach and Bill Gross re: 3-year financial targets (MCAHN002272-MCAHN002273) | | |
| 111 | E-mail chain ending 1/28/08 from Jeff Navach to Tigran Sinanyan re: Budget Review w/ Monte (OVER001543-OVER001544) | | |
| 112 | E-mail chain ending 2/12/2008 from Jeff Navach to Tigran Sinanyan and Jeff Kupietzky re: Actuals vs. Budget and MIP (OVER001627-OVER001633) | | |
| 113 | E-mail chain ending 5/12/08 from Monte Cahn to Jeff Kupietzky re: domainsponsor credit (MCAHN000822-MCAHN000823) (same as exhibit 92) | | |
| 114 | Notice of Subpoena and Deposition of William J. Gross, dated 11/16/11 | | |
| 115 | E-mail dated 11/5/07 from Damon Fisher to Bill Gross re: DRAFT Oversee Management Incentive Plan (attachment) (MCAHN001864-MCAHN001875) | | |
| 116 | E-mail chain ending 11/6/07 from Bill Gross to Damon Fisher re: DRAFT Oversee Management Incentive Plan (attachments) (OVER000524-OVER000549) | | |
| 117 | E-mail chain ending 11/9/07 from Todd Greene to Bill Gross re: Materials for our call (attachment) (OVER018810-OVER018813) | | |
| 118 | E-mail dated 11/16/07 from Jeff Navach to Monte Cahn re: Mercury-Revised MIP (attachments) (OVER000899-OVER000924) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 119 | E-mail dated 11/19/07 from Bill Gross to Hamed Meshki re: Comments to MIP and Employment Agreement (OVER000978-OVER000979) | | |
| 120 | E-mail dated 11/20/07 from Jeff Navach to Jeff Kupietzky, et al. re: Materials for Wednesday Call (attachments) (OVER001083-OVER001118) | | |
| 121 | E-mail chain ending 11/21/07 from Bill Gross to Hamed Meshki re: Mercury - M. Cahn Employment Agreement (OVER020588-OVER020591) | | |
| 122 | E-mail dated 11/21/07 from Hamed Meshki to Bill Gross and Monte Cahn re: Mercury - Revised MIP (attachments) (OVER001219-OVER001254) | | |
| 123 | E-mail dated 11/26/07 from Bill Gross to Hamed Meshki re: Mercury - M. Cahn MIP and Stock Option Documents (OVER001255-OVER001256) | | |
| 124 | E-mail chain ending 12/12/07 from Hamed Meshki to Bill Gross re: Revised MIP (MCAHN001959-MCAHN001961) | | |
| 125 | E-mail chain ending 12/12/07 from Bill Gross to Hamed Meshki re: MIP Board Resolutions (OVER020820-OVER020822) | | |
| 126 | E-mail dated 12/14/07 from Bill Gross to Hamed Meshki re: v3 Insert Target EBITDA.DOC (attachments) (OVER001392-OVER001395) | | |
| 127 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2008 and 2007 With Report of Independent Auditors (OVER002485-OVER002521) (same as exhibit 150) | | |
| 128 | Oversee.net, MIP Calculations (OVER018659-OVER018663) | | |
| 129 | Declaration of Elizabeth Murray in Support of Overseee.net's Motion for Summary Judgment, dated 11/16/11 | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 130 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2009 and 2008 With Report of Independent Auditors (OVER002447-OVER002484) | | |
| 131 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2010 and 2009 With Report of Independent Auditors (OVER002522-OVER002563) | | |
| 132 | Oversee.net 2007 Management Incentive Plan Revised Calculations (OVER022837-OVER022959) | | |
| 133 | E-mail chain ending 10/30/09 from Craig Snyder to Monte Cahn, David Coombs and Amber Duong re: Commissions (MCAHN002514-MCAHN002518) | | |
| 134 | E-mail dated 8/4/08 from Victor Pitts to Lawrence Ng re: Request from Lawrence Ng (OVER002297) | | |
| 135 | E-mail chain ending 8/13/09 from Monte Cahn to Betsy Niksefat re: Revenue Update (MCAHN002734-MCAHN002737) | | |
| 136 | E-mail chain ending 1/30/11 from Monte Cahn to Liz Murray re: Separation Agreement and Related Agreements (OVER002015-OVER002020) | | |
| 137 | E-mail chain ending 2/21/07 from Monte Cahn to Lawrence Ng re: DomainSponsor Invitation (MCAHN001847-MCAHN001849) | | |
| 138 | E-mail dated 10/14/07 from Jeff Navach to Lawrence Ng re: Mercury follow up - CEO Compensation (OVER000326) | | |
| 139 | Declaration of Jeffrey Kupietzky in Support of Oversee.net's Motion for Summary Judgment, dated November 2011 | | |
| 140 | Oversee.net Board of Directors' Meeting 2009 Results, dated 3/3/10 (OVER021225-OVER021244) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 141 | Oversee.net Board of Directors Financial Review Preliminary December 2010, dated 1/19/10 (OVER022480-OVER022508) | | |
| 142 | E-mail chain ending 1/15/08 from Mason Cole to Mason Cole re: Oversee.net Receives $150 Million Investment (MCAHN000252-MCAHN000253) | | |
| 143 | E-mail chain ending 2/1/08 from Monte Cahn to Lawrence Ng re: How did everything go today? (MCAHN002055-MCAHN002056) | | |
| 144 | E-mail chain ending 3/5/08 from Aaron Kvitek to Monte Cahn and Jeff Kupietzky re: Mike Berkens moving all names from Skenzo to DS (OVER001706-OVER001709) | | |
| 145 | E-mail chain ending 8/5/08 from Jeff Kupietzky to Monte Cahn re: Request from Lawrence Ng (OVER002296-OVER002297) | | |
| 146 | E-mail dated 5/23/08 from Monte Cahn to Lawrence Ng re: California Escrow (MCAHN000800) | | |
| 147 | E-mail chain ending 5/31/08 from Monte Cahn to Jeff Kupietzky re: License for Escrow in California (MCAHN000770-MCAHN000771) (same as exhibit 105) | | |
| 148 | E-mail dated 7/28/08 from Monte Cahn to Lawrence Ng re: call and update (MCAHN002806-MCAHN002807) | | |
| 149 | E-mail chain ending 10/8/08 from Lawrence Ng to Jeff Kupietzky and Jack Nelson re: M Cahn Comp Proposal 0908.xls (OVER001744-OVER001745) | | |
| 150 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2008 and 2007 With Report of Independent Auditors (OVER002485-OVER002521) (same as exhibit 127) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 151 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2009 and 2008 With Report of Independent Auditors (OVER002447-OVER002472; OVER002477-OVER002484) | | |
| 152 | Notice of Deposition of David Subar, dated 10/31/11 | | |
| 153 | Moniker Integration Weekly Status Presentation, dated 4/11/08 (OVER003479-OVER003488) | | |
| 154 | Collection of e-mails from Monte Cahn to David Subar, dated 9/8/11 and 10/5/11 | | |
| 155 | E-mail chain ending 3/20/08 from Blake Biesecker to Jeff Kupietzky, et al. re: SnapNames Roadmap (MCAHN000617-MCAHN000618) | | |
| 156 | E-mail dated 5/14/08 from Lawrence Ng to DL-staff, DL-staff Portland and DL-staff Florida re: Company Wide Email (MCAHN000397-MCAHN000398) (same as exhibit 30) | | |
| 157 | E-mail dated 7/13/08 from Monte Cahn to Jeff Kupietzky re: Preliminary Plan (MCAHN002801-MCAHN002803) | | |
| 200 | E-mail dated May 11, 2008 (Bates No. MCAHN000428) | | |
| 201 | July 03, 2008 email from Jeff Kupietzky to Monte Cahn, Steve Yeich and Lawrence Ng (Bates Nos. MCAHN002760 – MCAHN002762) | | |
| 202 | August 26, 2008 email from Stacey Peterson to Steve Yeich and Monte Cahn (Bates No. MCAHN002763) | | |
| 203 | E-mail string dated May 13, 2008 (Bates Nos. MCAHN000807 – MCAHN000811) | | |
| 204 | E-mail string dated May 13, 2008 (Bates Nos. MCAHN000817 – MCAHN000819) | | |
| 205 | E-mail string dated May 27, 2008 (Bates Nos. MCAHN000796 – MCAHN000797) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 206 | E-mail string dated August 05, 2008 (Bates Nos. OVER000108) | | |
| 207 | E-mail string dated October 17, 2008 (Bates Nos. OVER000006 – OVER000014) | | |
| 208 | E-mail string dated October 21, 2008 (Bates Nos. OVER001746 – OVER001747) | | |
| 209 | E-mail string dated November 12, 2008 (Bates Nos. OVER001758 – OVER001761) | | |
| 210 | E-mail string dated November 11, 2008 (Bates Nos. OVER001756 – OVER001757) | | |
| 211 | E-mail string dated November 12, 2008 (Bates Nos. OVER002352 – OVER002355) | | |
| 212 | November 12, 2008 email from Jeff Kupietzky to Monte Cahn, Josh Armstrong (Bates Nos. MCAHN002434 – MCAHN002437) | | |
| 213 | November 12, 2008 email from Jeff Kupietzky to Monte Cahn, Josh Armstrong (Bates Nos. MCAHN003031– MCAHN003034) | | |
| 214 | February 4, 2008 email from Jeff Kupietzky to Monte Cahn, Victor Pitts (Bates Nos. MCAHN003027-3028) | | |
| 215 | January 16, 2011 email from Monte Cahn to Craig Snyder (Bates Nos. OVER001824) | | |
| 216 | July 21, 2008 email from Monte Jeff Kupietzky to Jeff Navach and Tigran Sinanyan (Bates Nos. OVER002110-2111) | | |
| 217 | E-mail string dated January 13, 2009 (Bates Nos. OVER001771 – OVER001776) | | |
| 218 | E-mail string dated January 14, 2009 (Bates Nos. OVER001779 – OVER001780) | | |
| 219 | E-mail string dated January 09, 2009 (Bates No. OVER001770) | | |
| 220 | E-mail string dated January 14, 2009 (Bates Nos. OVER001777 – OVER001778) | | |
| 221 | January 20, 2009 email from Jeff Kupietzky to Monte Cahn (Bates No. MCAHN000001) | | |
| 222 | E-mail string dated April 06, 2009 (Bates Nos. OVER000015 – OVER000017) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 223 | May 07, 2009 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN003064 – MCAHN003069) | | |
| 224 | March 26, 2009 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN003060 – MCAHN003063) | | |
| 225 | November 19, 2009 email from Jeff Kupietzky to Staff (Bates Nos. MCAHN003954 – MCAHN003956) | | |
| 226 | July 14, 2008 email from Monte Cahn to Lawrence Ng (Bates Nos. MCAHN002799– MCAHN002805) | | |
| 227 | January 16, 2009 email from Jeff Kupietzky to staff (Bates Nos. MCAHN003041– MCAHN003046) | | |
| 228 | January 5, 2008 email from Jeff Kupietzky to Monte Cahn, et al. (Bates Nos. MCAHN002089-2091) | | |
| 229 | E-mail string dated January 14, 2010 (Bates Nos. MCAHN002764 – MCAHN002766) | | |
| 230 | E-mail string dated February 05, 2010 (Bates Nos. MCAHN002767 – MCAHN002770) | | |
| 231 | April 26, 2010 email from Monte Cahn to Jeff Kupietzky (Bates Nos. MCAHN002931– MCAHN002933) | | |
| 232 | January 13, 2009 email from Jeff Kupietzky to Monte Cahn, et al. (Bates Nos. MCAHN002917-2920) | | |
| 233 | May 13, 2008 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN002476-2477) | | |
| 234 | May 18, 2010 email from Jeff Kupietzky to staff (Bates Nos. MCAHN002771 – MCAHN002773) | | |
| 235 | April 16, 2010 email from Jeff Kupietzky to staff (Bates Nos. MCAHN002773 – MCAHN002776) | | |
| 236 | E-mail string dated October 26, 2010 (Bates Nos. MCAHN002718 – MCAHN002719) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 237 | E-mail dated January 16, 2011 (Bates No. OVER001825) | | |
| 238 | E-mail string dated January 16, 2011 (Bates Nos. OVER001836 – OVER001838) | | |
| 239 | E-mail string dated January 16, 2011 (Bates Nos. OVER001830 – OVER001832) | | |
| 240 | E-mail string dated January 16, 2011 (Bates Nos. OVER001839 – OVER001842) | | |
| 241 | E-mail string dated March 10, 2011 (Bates Nos. OVER002105 – OVER002109) | | |
| 242 | Incentive Compensation Plan (the "Plan") Monte Cahn (the "Employee") (Bates Nos. OVER002435 – OVER002442) | | |
| 243 | OVERSEE.NET MBR DECEMBER 2010 (Bates Nos. OVER021748 - OVER021775) | | |
| 244 | E-mail string dated January 24, 2008 (Bates Nos. MCAHN000607 - MCAHN000611) | | |
| 245 | E-mail string dated October 30, 2009 (Bates Nos. MCAHN002514 - MCAHN002521) | | |
| 246 | Declarations of Craig Snyder; William A. Delgado and Elizabeth Murray in Support of Opposition to Cahn's Ex Parte Application | | |
| 247 | Email from Cahn to Kupietzky dated May 11, 2008 (Bate No. MCAHN000824) | | |
| 248 | Defendant OVERSEE.NET's Responses to Plaintiff Monte Cahn's Third Set of Requests for Production. | | |
| 249 | The expert report of David Callaghan | | |
| 250 | Google contract | | |
| 251 | August 12, 2008 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN002780-2782) | | |
| 252 | October 28, 2008 email from Monte Cahn to Jeff Kupietzky (Bates Nos. MCAHN002787-2790) | | |
| 253 | January 15, 2008 email from Lawrence Ng to Staff (MCAHN002791-2798) | | |
| 254 | February 13, 2009 email from Jeff Kupietzky to staff (MCAHN002814-2816) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 255 | January 6, 2008 email from Jeff Kupietzky to Eric Harrington and Monte Cahn (Bates Nos. MCAHN002825-2844) | | |
| 256 | July 29, 2009 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN002894-2897) | | |
| 257 | January 21, 2009 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN002929-2930) | | |
| 258 | October 20, 2010 email from Monte Cahn to Rob McClinton and Craig Snyder (Bates Nos. MCAHN002961-2966) | | |
| 259 | August 13, 2008 email from Monte Cahn to Jeff Kupietzky (Bates Nos. MCAHN003025-3026) | | |
| 260 | August 13, 2009 email from Monte Cahn to Betsy Niksfat (Bates Nos. MCAHN003051-3055) | | |
| 261 | December 31, 2008 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN003057-3059) | | |
| 262 | Documents provided to potential purchasers of Moniker. | | |
| 300 | E-mail chain ending 1/20/09 from Monte Cahn to Jeff Kupietzky re: Some Data (MCAHN019805-MCAHN019806) | | |
| 301 | E-mail chain ending 2/18/09 from Victor Pitts to Monte Cahn re: transition update and compensation plan change (MCAHN004937-MCAHN004939) | | |
| 302 | Presentation titled "Moniker-Annual Financial Performance" (OVER009853-OVER009861) | | |
| 303 | E-mail chain ending 8/15/07 from Monte Cahn to Jeff Kupietzky and Josh Armstrong re: Hi (OVER018713-OVER018714) | | |
| 304 | E-mail dated 9/11/07 from Josh Armstrong to Monte Cahn and Jeff Kupietzky re: follow up (attachment) (OVER000278-OVER000279) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 305 | E-mail chain ending 10/19/07 from Monte Cahn to Josh Armstrong re: Mercury CEO Comp Materials (MCAHN002298-MCAHN002299) | | |
| 306 | E-mail dated 10/23/07 from Jeff Navach to Tigran Sinanyan re: Mgmt. Incentive Model (attachment) (OVER000344-OVER000355) | | |
| 307 | E-mail dated 10/23/07 from Todd Greene to Monte Cahn re: Mercury Agreement (attachment) (OVER000356-OVER000372) | | |
| 308 | E-mail chain ending 10/29/07 from Monte Cahn to Jeff Navach and Josh Armstrong re: can we do Wed for our call? (attachment) (OVER000433-OVER000436) | | |
| 309 | E-mail dated 11/6/07 from Tigran Sinanyan to Jeff Kupietzky re: MIP Sheets Updated (attachment) (OVER000576-OVER000620) | | |
| 310 | E-mail dated 11/9/07 from Jeff Navach to Monte Cahn re: Materials for our call (attachment) (OVER018806-OVER018809) | | |
| 311 | E-mail chain ending 11/10/07 from Monte Cahn to Jeff Navach and Bill Gross re: 3-year financial targets (OVER000823-OVER000826) | | |
| 312 | E-mail dated 11/21/07 from Jeff Navach to Monte Cahn and Bill Gross re: Updated financial targets (attachment) (OVER018921-OVER018954) | | |
| 313 | E-mail dated 11/19/07 from Tigran Sinanyan to Jeff Navach re: MIP Spreadsheet (attachment) (OVER000964-OVER000977) | | |
| 314 | E-mail chain ending 11/20/07 from Jeff Navach to Bill Gross and Monte Cahn re: Comments to MIP and Employment Agreement (attachment) (OVER020502-OVER020512) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 315 | E-mail chain ending 11/27/07 from Jeff Navach to Monte Cahn re: allocation for retention up front portion (OVER001257-OVER001259) | | |
| 316 | E-mail chain ending 11/27/07 from Monte Cahn to Jeff Navach re: allocation for retention up front portion (OVER001263-OVER001266) | | |
| 317 | E-mail dated 11/28/07 from Monte Cahn to Lawrence Ng re: please reply to my email (MCAHN000763) | | |
| 318 | E-mail chain ending 11/28/07 from Monte Cahn to Jeff Navach re: allocation for retention up front portion (MCAHN002133-MCAHN002134) | | |
| 319 | E-mail dated 12/3/07 from Jeff Navach to Monte Cahn re: Touching Base (OVER001267-OVER001268) | | |
| 320 | E-mail chain ending 12/3/07 from Jeff Navach to Monte Cahn re: Touching Base (attachments) (OVER001271-OVER001274) | | |
| 321 | E-mail chain ending 12/14/07 from Monte Cahn to Jeff Kupietzky re: Missed some words (MCAHN002112) | | |
| 322 | Typewritten notes re: Points for Acquisition (MCAHN000023-MCAHN000024) | | |
| 323 | E-mail dated 2/12/08 from Jeff Kupietzky to Monte Cahn re: Pacing-Rough!! (attachment) (OVER000030-OVER000107) | | |
| 324 | E-mail chain ending 2/13/08 from Jeff Kupietzky to Monte Cahn re: Updated Variance Analysis (attachment) (OVER000110-OVER000187) | | |
| 325 | E-mail chain ending 3/27/08 from Monte Cahn to Victor Pitts and Michael White re: draft doc for your review (attachment) (MCAHN002030-MCAHN002044) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 326 | E-mail chain ending 7/30/08 from Jeff Navach to Jeff Kupietzky and Tigran Sinanyan re: MIP to Actual.xls (OVER002395) | | |
| 327 | Oversee.net Presentation (OVER003888-OVER003902) | | |
| 328 | E-mail chain ending 12/27/07 from David Coombs to Jeff Kupietzky, et al. re: DD Overview (attachment) (MCAHN000422; MCAHN000424-MCAHN000427) | | |
| 329 | E-mail dated 12/28/07 from Jeff Navach to Jeff Kupietzky, et al. re: Project Mercury - Weekly Status Call Materials (attachment) (MCAHN001706-MCAHN001727) | | |
| 330 | E-mail dated 12/27/07 from Jeff Navach to Monte Cahn and Jeff Kupietzky re: Issue Tracking Log (attachment) (MCAHN000499-MCAHN000507) | | |
| 331 | E-mail chain ending 1/3/08 from Monte Cahn to Mason Cole, Jeff Navach and Jeff Kupietzky re: Headline (MCAHN002096-MCAHN002099) | | |
| 332 | E-mail chain ending 1/3/08 from Monte Cahn to Mason Cole re: Headline (MCAHN002092-MCAHN002095) | | |
| 333 | E-mail dated 1/4/08 from Jeff Navach to Aaron Kvitek, et al. re: Project Mercury Integration - Materials for Weekly Status Call (attachment) (MCAHN001689-MCAHN001705) | | |
| 334 | E-mail chain ending 1/5/08 from Jeff Kupietzky to Monte Cahn re: domainhop (MCAHN001679-MCAHN001680) | | |
| 335 | E-mail chain ending 1/7/08 from Jeff Kupietzky to Sam Tseng and Rob McClinton re: Schools.com (MCAHN001666) | | |
| 336 | E-mail chain ending 1/9/08 from Genie White to Monte Cahn re: DS Value Proposition Bullets (attachment) (MCAHN000754-MCAHN000757) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 337 | E-mail chain ending 1/8/08 from Jeff Kupietzky to Monte Cahn re: DS Value Proposition Bullets (MCAHN000751-MCAHN000753) | | |
| 338 | E-mail dated 1/9/08 from Monte Cahn to Email816 re: Trafficclub news and follow up (OVER001528-OVER001529) | | |
| 339 | E-mail chain ending 1/10/08 from Monte Cahn to Arthur Lathrop re: feedback (MCAHN002067-MCAHN002084) | | |
| 340 | E-mail dated 1/16/08 from Ryan Berryman to Lawrence Ng, et al. re: Product Council - Agenda and Materials (attachment) (MCAHN001772-MCAHN001781) | | |
| 341 | Moniker Integration Weekly Status Meeting Presentation, dated 1/18/08 (OVER003509-OVER003519) | | |
| 342 | E-mail dated 1/25/08 from Steve Yeich to Aaron Kvitek, et al. re: Moniker Integration Status Meeting (attachment) (MCAHN000228-MCAHN000239) | | |
| 343 | Moniker Integration Weekly Status Meeting Presentation, dated 2/1/08 (OVER003531-OVER003543) | | |
| 344 | E-mail chain ending 2/6/08 from CT Rhude to Rick Terry and Peter Klimczak re: Trafficclub Migration Questions (MCAHN000635-MCAHN000636) | | |
| 345 | E-mail dated 2/6/08 from Aparna Bijlani to Jeff Kupietzky, et al. re: Traffic Club Transition: Updated Plan (MCAHN000632-MCAHN000633) | | |
| 346 | E-mail chain ending 2/6/08 from Jeff Kupietzky to Aparna Bijlani, et al. re: Trafficclub Migration Questions (MCAHN000626-MCAHN000629) | | |
| 347 | Moniker Integration Weekly Status Meeting Presentation, dated 2/8/08 (OVER003544-OVER003556) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 348 | Moniker Integration Weekly Status Meeting Presentation, dated 2/15/08 (OVER003557-OVER003567) | | |
| 349 | Moniker Integration Weekly Status Meeting Presentation, dated 2/22/08 (OVER003568-OVER003578) | | |
| 350 | Moniker Integration Weekly Status Meeting Presentation, dated 2/29/08 (OVER003579-OVER003589) | | |
| 351 | E-mail chain ending 2/26/08 from Jeff Kupietzky to John Mauriello, Jessica Besseling, Sam Tseng and Don Watters re: Recent TrafficClub Payment (MCAHN001819-MCAHN001822) | | |
| 352 | Moniker Integration Weekly Status Presentation, dated 3/7/08 (OVER003421-OVER003431) | | |
| 353 | E-mail chain ending 3/19/08 from Monte Cahn to John Inghem re: Commission (OVER001715-OVER001719) | | |
| 354 | Moniker Integration Weekly Status Presentation, dated 3/21/08 (OVER003444-OVER003455) | | |
| 355 | Moniker Integration Weekly Status Presentation, dated 3/28/08 (OVER003456-OVER003467) | | |
| 356 | Moniker Integration Weekly Status Presentation, dated 4/4/08 (OVER003468-OVER003478) | | |
| 357 | Moniker Integration Weekly Status Presentation, dated 4/18/08 (OVER003489-OVER003498) | | |
| 358 | E-mail chain ending 4/24/08 from Monte Cahn to Lance Martinez and Steve Yeich re: corporate names to manage (MCAHN002253-MCAHN002261) | | |
| 359 | Moniker Integration Weekly Status Presentation, dated 4/25/08 (OVER003499-OVER003508) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 360 | E-mail chain ending 4/28/08 from Todd Greene to Jothan Frakes and Monte Cahn re: Moniker Canada Corp. (MCAHN000508-MCAHN000510) | | |
| 361 | E-mail chain ending 4/29/08 from Monte Cahn to Todd Greene and Jothan Frakes re: Moniker Canada Corp. (MCAHN000833-MCAHN000835) | | |
| 362 | E-mail chain ending 5/12/08 from Steve Yeich to Monte Cahn re: Moniker PR Budget (MCAHN000650) | | |
| 363 | E-mail chain ending 5/13/08 from Monte Cahn to Mason Cole re: TRAFFIC Release Ready (MCAHN000814-MCAHN000816) | | |
| 364 | Oversee.net Policy Statement dated 1/5/09 re: Adult-oriented Domain Names (Preliminary Policy) (OVER019024-OVER019025) | | |
| 365 | Monte Cahn's W-2 Wage and Tax Statements, from 2008-2010 (OVER002564-OVER002569) | | |
| 366 | E-mail chain ending 8/4/08 from Mark Robinson to Lindsay Herrick re: Moniker Auction (OVER020957-OVER020958) | | |
| 367 | E-mail dated 12/5/08 from Mark Robinson to Lindsay Herrick re: In the Matter of the Desist and Refrain Order to Moniker Online Services (OVER020979) | | |
| 368 | E-mail chain ending 12/29/08 from Mark Robinson to Lindsay Herrick re: Moniker Online Services (OVER020984-OVER020985) | | |
| 369 | E-mail chain ending 1/15/09 from Mark Robinson to Lindsay Herrick re: Moniker Online Services (OVER020990-OVER020991) | | |
| 370 | E-mail dated 5/27/08 from Monte Cahn to Lawrence Ng re: California Auction License (MCAHN000794) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 371 | E-mail chain ending 9/27/07 from Monte Cahn to Lance Podell and Monte Cahn re: Gold Deal (OVER000296-OVER000297) | | |
| 372 | E-mail dated 10/21/08 from Monte Cahn to Jeff Kupietzky re: Comments on New Comp Plan (MCAHN002455-MCAHN002456) | | |
| 373 | E-mail chain ending 6/7/08 from Mason Cole to Monte Cahn and Genie White re: Moniker Interview (MCAHN002568-MCAHN002571) | | |
| 374 | E-mail chain ending 5/9/08 from Mason Cole to Monte Cahn re: Press Release and Communication (MCAHN002610-MCAHN002611) | | |
| 375 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2008 and 2007 With Report of Independent Auditors (OVER019071-OVER019106) | | |
| 376 | Oversee.net Employee Handbook, dated January 2009 (OVER002603-OVER002653) | | |
| 377 | Project Mercury Employment Agreement Issues List, dated 10/29/07 (OVER004091-OVER004092) | | |
| 378 | Mercury Forecasts (OVER004356-OVER004367) | | |
| 379 | Mercury Forecasts (OVER004368-OVER004400) | | |
| 380 | TrafficClub Variance Analysis (OVER004416-OVER004417) | | |
| 381 | Consolidated Statements (OVER005549-OVER005663) | | |
| 382 | Consolidated Statements (OVER005664-OVER005773) | | |
| 383 | Consolidated Statements (OVER005884-OVER005993) | | |
| 384 | Consolidated Statements (OVER005994-OVER006121) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 385 | Moniker 3 year forecast (OVER006308-OVER006330) | | |
| 386 | Moniker 3 year forecast (OVER006406-OVER006438) | | |
| 387 | Oversee.net, Management Incentive Plan - Results vs. Targets (OVER008246-OVER008249) | | |
| 388 | Oversee.net, Management Incentive Plan - Results vs. Targets (OVER008250-OVER008253) | | |
| 389 | Oversee.net, 2007 vs. 2008 (OVER008254-OVER008261) | | |
| 390 | Oversee.net, 2007 vs. 2008 (OVER009842-OVER009847) | | |
| 391 | Project Mercury Overview Presentation, dated 11/26/07 (OVER009862-OVER009889) | | |
| 392 | Project Mercury Overview Presentation, dated 12/4/07 (OVER009890-OVER009922) | | |
| 393 | Moniker Legal/Litigation Analysis (OVER017575) | | |
| 394 | E-mail dated 7/13/07 from Josh Armstrong to Tolman Geffs, Monte Cahn and Ken Hall re: Project Mercury - Revised Bid (attachment) (OVER018705-OVER018712) | | |
| 395 | August 15, 2008 and January 15, 2009 Layoffs (OVER019107-OVER019108) | | |
| 396 | E-mail dated 11/5/07 from Damon Fisher to Bill Gross re: DRAFT Oversee Management Incentive Plan (attachment) (OVER020287-OVER020297) | | |
| 397 | Oversee.net Aftermarket and Registrar Monthly Business Review, dated 8/28/08 (OVER021027-OVER021038) | | |
| 398 | Oversee.net Financial Performance Update, December 2008, dated 2/9/09 (OVER021039-OVER021070) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 399 | Oversee.net Financial Performance Update, September 2008, dated 10/30/08 (OVER021134-OVER021154) | | |
| 400 | Oversee.net Financial Performance Update, August 2008, dated 10/3/08 (OVER021169-OVER021185) | | |
| 401 | Financials and Key Operating Metrics (OVER021213-OVER021224) | | |
| 402 | Oversee.net Financial Review, July 2010, dated 8/20/10 (OVER021806-OVER021830) | | |
| 403 | Oversee.net Bank Meeting Financial Review Q3 2009, dated 11/9/09 (OVER022313-OVER022338) | | |
| 404 | Monthly Moniker worksheets (OVER022618-OVER022816) | | |
| 405 | Oversee.net 2009 Preliminary Operating Plan, dated 12/12/08 (OVER023168-OVER023193) | | |
| 406 | Oversee.net 2008 Operating Plan Board of Directors Meeting, dated 4/3/08 (OVER023194-OVER023206) | | |
| 407 | Oversee.net Board of Directors Meeting, Finance, dated 8/21/08 (OVER023207-OVER023226) | | |
| 408 | Oversee.net Financial Overview - Q3 2008 Board of Directors Meeting, dated 11/6/08 (OVER023227-OVER023253) | | |
| 409 | Oversee.net Q2 Board Update Financial Review, dated 8/13/09 (OVER023288-OVER023323) | | |
| 410 | Oversee.net Financial Performance Update, February 2009, dated 4/13/09 (OVER021284-OVER021306) | | |
| 411 | Oversee.net Presentation titled "Summary of Performance" (OVER021415-OVER021439) | | |
| 412 | Oversee.net Presentation titled "Jan 09 Summary of Performance" (OVER021463-OVER021480) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 413 | Oversee.net Presentation titled "Summary of Performance" (OVER021504-OVER021526) | | |
| 414 | Oversee.net MBR Financial Review, September 2010, dated 10/20/10 (OVER021929-OVER021953) | | |
| 415 | Oversee.net Presentation titled "Summary of Performance" (OVER022509-OVER022531) | | |
| 416 | Oversee.net Financial Overview - Q4 2008 Board of Directors Meeting, dated 2/11/09 (OVER022563-OVER022589) | | |
| 417 | Oversee.net Financial Overview - Q4 2008 Board of Directors Meeting, dated 2/11/09 (OVER023274-OVER023287) | | |
| 418 | Oversee.net Board of Directors' Meeting 2009 Preliminary Results, dated 1/20/10 (OVER023367-OVER023410) | | |
| 419 | Oversee.net Board of Directors' Meeting 2009 Preliminary Results, dated 1/20/10 (OVER023487-OVER023530) | | |
| 420 | Compilation of domain names (MCAHN009259-MCAHN009300) | | |
| 421 | Net income spreadsheet for Moniker and Snapnames, 2008-2010 (OVER019109) | | |
| 422 | Net income spreadsheet, 1/1/08-12/31/08 (OVER019140) | | |
| 423 | Oversee.net MIP Calculations Change Log (OVER019163-OVER019174) | | |
| 424 | E-mail from Jeff Kupietzky to Monte Cahn re: VS Summary Wk 43.xls dated 10/27/08 (MCAHN003907) | | |
| 425 | E-mail from Jeff Kupietzky to David Coombs and Stacey Peterson re: Aftermarket and Registrar restructuring – Sales and Services dated 12/9/08 (MCAHN003909) | | |
| 426 | Moniker Sales Compensation Plan Changes Effective October 1, 2008 dated 9/22/08 (MCAHN003910-MCAHN003912) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 427 | E-mail chain from Jeff Kupietzky to Monte Cahn re: 2009 Bonus dated 2/2/10 (MCAHN003930-MCAHN003931) | | |
| 428 | E-mail chain from Monte Cahn to Jeff Kupietzky re: Revised Comp Plan dated 1/15/10 (MCAHN003932-MCAHN003934) | | |
| 429 | E-mail chain from Jeff Kupietzky to Monte Cahn re: 3 opptys dated 5/7/09 (MCAHN003967-MCAHN003969) | | |
| 430 | E-mail chain from Jeff Kupietzky to Monte Cahn and Peter Celeste re: Employee Issue Regarding Bonuses dated 2/3/09 (MCAHN004006-MCAHN004007) | | |
| 431 | E-mail chain from Jeff Kupietzky to Monte Cahn re: Comments on New Comp Plan dated 10/22/08 (MCAHN004010-MCAHN004011) | | |
| 432 | E-mail chain from Peter Celeste to Monte Cahn re: Your Q2 Commission dated 9/14/09 (MCAHN004154-MCAHN004157) | | |
| 433 | E-mail chain from Peter Celeste to Monte Cahn re: Follow Up from Our Call dated 8/23/09 (MCAHN004160-MCAHN004161) | | |
| 434 | E-mail chain from Peter Celeste to Monte Cahn re: Comp Plan dated 2/7/09 (MCAHN004246-MCAHN004249) | | |
| 435 | E-mail from Victor Pitts to Monte Cahn, Michael White and Michele Van Tilborg re: Elliott ask 5 with…Brandon Abbey of Escrow.com dated 12/23/09 (MCAHN004732-MCAHN004734) | | |
| 436 | Oversee.net Financial Review March & Q1 2009 Board of Directors Meeting, dated 5/12/09 (OVER021371-OVER021394) | | |
| 437 | E-mail dated 12/16/09 from Jeff Kupietzky to DL-staff, DL-staff Portland and DL-staff Florida re: What's Happening - December (MCAHN003949-MCAHN003953) | | |
| 438 | Complaint, dated 5/3/11 | | |
| 439 | First Amended Complaint, dated 6/21/11 | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 440 | Second Amended Complaint, dated 9/6/11 | | |
| 441 | Third Amended Complaint, dated 11/21/11 | | |
| 442 | List of Press Releases ending 9/30/08 (OVER023891-OVER023892) | | |
| 443 | 2009 Oversee.net Press Releases/Moniker PR Highlighted, ending 12/17/09 (OVER023893-OVER023894) | | |
| 444 | Forti Communications Inc. Activity Report - May 1 - May 31, 2009 to Mason Cole for May Project Summary, dated 5/31/09 (OVER023895) | | |
| 445 | Forti Communications Inc. Activity Report - June 1 - June 28, 2009 to Mason Cole for June Project Summary, dated 6/29/09 (OVER023896) | | |
| 446 | Forti Communications Inc. Activity Report - June 29 - July 31, 2009 to Mason Cole for July Project Summary, dated 7/31/09 (OVER023897) | | |
| 447 | Forti Communications Inc. Activity Report - August 1 - August 31, 2009 to Mason Cole for August Project Summary, dated 9/1/09 (OVER023898) | | |
| 448 | Forti Communications Inc. Activity Report - September 1 - September 30, 2009 to Mason Cole for September Project Summary, dated 10/12/09 (OVER023899) | | |
| 449 | Forti Communications Inc. Activity Report - October 1 - October 31, 2009 to Mason Cole for October Project Summary, dated 11/7/09 (OVER023900-OVER023901) | | |
| 450 | Forti Communications Inc. Activity Report - November 1 - November 30, 2009 to Mason Cole for November Project Summary, dated 12/11/09 (OVER023902-OVER023903) | | |
| 451 | Forti Communications Inc. Activity Report - December 1 - December 31, 2009 to Mason Cole for December Project Summary, dated 1/4/10 (OVER023904) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 452 | 2010 Moniker/Oversee Press Releases, ending 12/21/10 (OVER023905-OVER023908) | | |
| 453 | Forti Communications Inc. Activity Report - February 1 - February 28, 2009 to Mason Cole for February Project Summary, dated 3/1/10 (OVER023909) | | |
| 454 | Forti Communications Inc. Activity Report - March 1 - March 31, 2009 to Mason Cole for March Project Summary, dated 4/1/10 (OVER023910-OVER023911) | | |
| 455 | Forti Communications Inc. Activity Report - April 1 - April 30, 2009 to Mason Cole for April Project Summary, dated 5/1/10 (OVER023912-OVER023913) | | |
| 456 | Forti Communications Inc. Activity Report - May 1 - May 31, 2009 to Mason Cole for May Project Summary, dated 6/1/10 (OVER023914-OVER023915) | | |
| 457 | Forti Communications Inc. Activity Report - June 1 - June 30, 2010 to Mason Cole for June Project Summary, dated 7/1/10 (OVER023916-OVER023917) | | |
| 458 | Forti Communications Inc. Activity Report - July 1 - July 31, 2010 to Mason Cole for July Project Summary, dated 8/1/10 (OVER023918-OVER023919) | | |
| 459 | Forti Communications Inc. Activity Report - September 1 - September 30, 2010 to Mason Cole for September Project Summary, dated 10/8/10 (OVER023920) | | |
| 460 | Forti Communications Inc. Activity Report - October 1 - October 31, 2010 to Mason Cole for October Project Summary, dated 11/8/10 (OVER023921-OVER023922) | | |
| 461 | Forti Communications Inc. Activity Report - November 1 - November 30, 2010 to Mason Cole for November Project Summary, dated 12/1/10 (OVER023923-OVER023924) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 462 | Forti Communications Inc. Activity Report - December 1 - December 31, 2010 to Mason Cole for December Project Summary, dated 1/1/11 (OVER023925) | | |
| 463 | E-mail chain ending 1/8/08 from Jeff Kupietzky to Lawrence Ng re: we need to talk (OVER024377) | | |
| 464 | E-mail from Monte Cahn to Lawrence Ng re: important and confidential (OVER024378-OVER024379) | | |
| 465 | E-mail chain ending 2/4/09 from Monte Cahn to Peter Celeste, Jeff Kupietzky and Don Watters re: employee issue regarding bonuses (MCAHN019384-MCAHN019386) | | |
| 466 | E-mail dated 12/15/08 from Monte Cahn to Steve Yeich re: Retention Bonus (MCAHN021639) | | |

DATED:  December 19, 2011        LEWIS BRISBOIS BISGAARD & SMITH

By: */s/ Kenneth D. Watnick*                    .
Kenneth D. Watnick
Sonja Harrington
Attorneys for Plaintiff
MONTE CAHN

DATED:  December 19, 2011        WILLENKEN WILSON LOH & LIEB LLP

By: */s/ William A. Delgado*                    .
William A. Delgado
Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG, and Third Party ROBERT L. MORSE, JR.