**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: barber@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
  E-Mail: watnick@lbbslaw.com
SONJA HARRINGTON, SB# 261053
  E-Mail: sharrington@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for MONTE CAHN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MONTE CAHN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and Does 1 through 10,<br><br>　　　　Defendants. | CASE NO. CV11-03800 SVW (AGRx)<br><br>The Honorable Stephen V. Wilson<br><br>**MONTE CAHN'S WITNESS LIST**<br><br>Complaint Filed:　　May 3, 2011<br>Final Pretrial Conf.: January 9, 2012<br>Trial Date:　　　　　January 17, 2012 |

4812-0865-5374.1

TO THIS HONORABLE TRIAL COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Monte Cahn ("Cahn") hereby submits the following list of witnesses:

1. Jeff Kupietzky
2. Lawrence Ng
3. Craig Snyder
4. Stephen O'Neill
5. Stacey Peterson
6. Elizabeth Murray
7. Jeff Navach
8. Monte Cahn
9. David Callaghan
10. NameDrive US, LLC*
11. Bob Morse*
12. Tigran Sinanyan*
13. Josh Armstrong*
14. David Subar*
15. Steve Yeich*
16. Todd Greene*
17. Betsy Niksefat*
18. Peter Celeste*
19. Rob McClinton*
20. David Coombs*
21. Don Watters*
22. Bill Gross*
23. Mike Berkens*

1

2  DATED: December 19, 2011    JOHN L. BARBER
3                              KENNETH D. WATNICK
                                SONJA HARRINGTON
4                               LEWIS BRISBOIS BISGAARD & SMITH LLP
5

6
                                By:   */s/ Sonja Harrington*
7                                     Sonja Harrington
8                                     Attorneys for MONTE CAHN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4812-0865-5374.1

2

MONTE CAHN'S WITNESS LIST