ORIGINAL

FILED
CLERK U.S. DISTRICT COURT

DEC 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>            Defendants. | Case No. CV-11-03800 SVW (AGRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OVERSEE.NET'S APPLICATION TO FILE UNREDACTED VERSION OF MEMORANDUM OF CONTENTIONS OF FACT AND LAW UNDER SEAL**<br><br><br>Complaint Filed:    May 3, 2011<br>Pretrial Conf. Date: January 9, 2012<br>Trial Date:         January 17, 2012 |

# [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Defendant Oversee.net's Application to File Unredacted Memorandum of Contentions of Fact and Law Under Seal is GRANTED. The Clerk of the Court shall file under seal and prohibit public access thereto through the ECF system the following documents:

     1.    The Unredacted Version of Defendant Oversee.net's Memorandum of Contentions of Fact and Law.

IT IS HEREBY ORDERED that Oversee.net shall have three (3) business days to file a redacted version of the Memorandum through the CM/ECF system.

DATED: 12/20/2011

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE