FILED
CLERK U.S. DISTRICT COURT

DEC 2 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV11-03800 SVW (AGRx) |
| Plaintiff, | [~~PROPOSED~~] ORDER TO SEAL CAHN'S OPPOSITION TO MOTION IN LIMINE NO. 4 |
| v. | |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | |
| Defendants. | |

122103.1

## ORDER

The Court has reviewed the parties' Stipulation to Seal Cahn's Opposition to Motion in Limine No. 4, and hereby orders that the Clerk of the Court shall seal Cahn's Opposition to Motion in Limine No. 4 (Docket No. 162), and remove public access thereto through the ECF system.

DATED: 12/22/11

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

-2-

122103.1