UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-03800-SVW -AGR | Date | January 3, 2012 |
|---|---|---|---|
| Title | Monte Cahn v. Oversee.net et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER re DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT; MOTIONS IN LIMINE AND PRE-TRIAL CONFERENCE [111] [119] [120] [121] [123] [124] [142] [143] [152]

     Upon review of the parties' briefs, the Court concludes that Defendants' Motion to Dismiss (Dkt. No. 111) is suitable for determination without oral argument.  Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing scheduled for January 9, 2012 at 1:30p.m. is VACATED.  Order to issue.

     The pre-trial conference scheduled for January 9, 2012 at 3:00p.m. is continued to January 10, 2012 at 1:30p.m.  The parties' Motions in Limine will be heard at that time.

.

|  | : |
|---|---|
| Initials of Preparer | PMC |