**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: barber@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
  E-Mail: watnick@lbbslaw.com
SONJA HARRINGTON, SB# 261053
  E-Mail: sharrington@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for MONTE CAHN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| MONTE CAHN, | CASE NO. CV11-03800 SVW (AGRx) |
|---|---|
| Plaintiff, | |
| vs. | The Honorable Stephen V. Wilson |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and Does 1 through 10, | **MONTE CAHN'S AMENDED WITNESS LIST** |
| Defendants. | Complaint Filed:   May 3, 2011<br>Final Pretrial Conf.: January 9, 2012<br>Trial Date:            January 17, 2012 |

4825-6434-9966.1

MONTE CAHN'S WITNESS LIST

TO THIS HONORABLE TRIAL COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    Plaintiff Monte Cahn ("Cahn") hereby submits the following list of witnesses:

1. Jeff Kupietzky (by deposition)
2. Lawrence Ng (by deposition)
3. Craig Snyder (by deposition)
4. Stephen O'Neill (by deposition)
5. Stacey Peterson
6. Elizabeth Murray
7. Jeff Navach
8. Monte Cahn
9. David Callaghan
10. NameDrive US, LLC*
11. Bob Morse* (by deposition)
12. Tigran Sinanyan*
13. Josh Armstrong*
14. David Subar*
15. Steve Yeich*
16. Todd Greene*
17. Betsy Niksefat*
18. Peter Celeste*
19. Rob McClinton*
20. David Coombs*
21. Don Watters*
22. Bill Gross*
23. Mike Berkens*
24. Bari Meyerson

| | |
|---|---|
| DATED: January 12, 2012 | JOHN L. BARBER<br>KENNETH D. WATNICK<br>SONJA HARRINGTON<br>LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: _/s/ Sonja Harrington_<br>Sonja Harrington<br>Attorneys for MONTE CAHN |

4825-6434-9966.1

2

MONTE CAHN'S WITNESS LIST