UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-03800-SVW -AGR | Date | January 10, 2012 |
|---|---|---|---|
| Title | Monte Cahn v. Oversee.net et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John L. Barber | William A. Delgado |
| Kenneth D. Watnick | Michael C. Lieb |

**Proceedings:** PRETRIAL CONFERENCE

Plaintiff's MILs:
- [142] Motion in Limine #1 Excluding any Summaries Based on Voluminous Records not produced during Discovery
- [143] Motion in Limine #2 Excluding any Paril Evidence that seeks to revised an/or Contradict the Definitions of "Oversee Ebitda" and "Target Ebitda" In Management Incentive Plan
- [152] Motion in Limine #3 Regarding Excluding any Evidence of Participants Under The MIP

Defendant's MILs:
- [119] MOTION IN LIMINE # 2 to Exclude argument that the performance goals of the Moniker Business Segments in the MIP were amended filed by Defendant Oversee.net.
- [120] MOTION IN LIMINE # 3 to Exclude evidence and argument of other lawsuits filed by Defendant Oversee.net.
- [121] MOTION IN LIMINE # 4 to Exclude evidence and argument regarding compensation of other Oversee employees filed by Defendant Oversee.net.
- [123] MOTION IN LIMINE # 5 to Preclude testimony by undisclosed witnesses filed by Defendant Oversee.net.
- [124] IN LIMINE # 1 to Exclude evidence and argument regarding setting of Oversee EBITDA performance goal filed by Defendant Oversee.net

    Conference held. As indicated at the hearing, the Court declines to rule on the Motions in Limine and will instead rule on evidentiary issues as they arise during trial. The jury trial is continued to January 24, 2012 at 9:30 a.m.

| | 1 | : | 43 |
|---|---|---|---|
| Initials of Preparer | | | PMC |