William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV11-03800 SVW (AGRx) |
| Plaintiff, | |
| v. | **DEFENDANT OVERSEE.NET'S NOTICE OF LODGING OF [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | |
| Defendants. | Complaint Filed:   May 3, 2011<br>Pretrial Conf. Date: January 10, 2012<br>Trial Date:        January 24, 2012 |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT Defendant Oversee.net hereby lodges with the Court its [Proposed] Findings of Fact and Conclusions of Law in advance of the January 24, 2012 trial in this matter.

Dated:  January 17, 2012                    WILLENKEN WILSON LOH & LIEB LLP


                                            By: */s/ William A. Delgado*                    .
                                            William A. Delgado
                                            Attorneys for Defendants OVERSEE.NET,
                                            JEFFREY KUPIETZKY, and LAWRENCE NG

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: January 17, 2012                    WILLENKEN WILSON LOH & LIEB LLP

                                           By: */s/ William A. Delgado*                    .
                                               William A. Delgado
                                               Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG