William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>       Defendants. | Case No. CV11-03800 SVW (AGRx)<br><br>**DEFENDANT OVERSEE.NET'S AMENDED WITNESS LIST**<br><br>Complaint Filed:    May 3, 2011<br>Pretrial Conf. Date: January 9, 2012<br>Trial Date:           January 17, 2012 |

## WITNESS LIST

1. Jeffrey Kupietzky
2. Lawrence Ng (by deposition)
3. Bill Gross (by deposition)
4. George Strong (expert)
5. Robert Morse Jr. (by deposition)*
6. Elizabeth Murray*
7. Stacey Peterson*
8. Jeff Navach*
9. Stephen O'Neill (by deposition)*
10. Todd Greene*
11. Betsy Niksefat*
12. Tigran Sinanyan*
13. Craig Snyder (by deposition)*
14. Ernst & Young*

Oversee also reserves the right to call any witnesses called by Plaintiff Monte Cahn.

Dated: January 19, 2012

WILLENKEN WILSON LOH & LIEB LLP

By: /s/William A. Delgado
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG