Name & Address:
William A. Delgado (SBN 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850,
Los Angeles, CA 90017
Tel: (213) 955-9240   Fax: (213) 955-9250

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN<br><br>PLAINTIFF(S)<br>v.<br>OVERSEE.NET; a California corporation; JEFF KUPIETZKY, an individual, et al.<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV11-03800 SVW (AGRx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1) Defendant Oversee.net's Ex Parte Application to Seal Trial Documents Filed by Plaintiff Monte Cahn; Declaration of William A. Delgado

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☑ Other    1) Defendant Oversee.net's Ex Parte Application to Seal Trial Documents Filed by Plaintiff Monte Cahn; Declaration of William A. Delgado

**Reason:**

☐ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☑ Manual Filing required (*reason*):
   Per ECF message, Ex Parte Application to Seal must be filed traditionally.

| | |
|---|---|
| January 20, 2012<br>Date | William A. Delgado<br>Attorney Name<br>Defendants<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING