Name & Address:
William A. Delgado (SBN 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850,
Los Angeles, CA 90017
Tel: (213) 955-9240   Fax: (213) 955-9250

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MONTE CAHN | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV11-03800 SVW (AGRx) |
| v. | |
| OVERSEE.NET; a California corporation; JEFF KUPIETZKY, an individual, et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1) [Proposed] Order Granting Defendant Oversee.net's Ex Parte Application to to Seal Trial Documents Filed by Plaintiff Monte Cahn

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other   1) [Proposed] Order Granting Defendant Oversee.net's Ex Parte Application to Seal Trial Document Filed by Plaintiff Monte Cahn

**Reason:**

- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*):
  Per ECF message, Ex Parte Application to Seal must be filed traditionally.

January 20, 2012                              William A. Delgado
Date                                          Attorney Name

                                              Defendants
                                              Party Represented

Note: File one Notice in each case, each time you manually file document(s).