**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
　E-Mail: barber@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
　E-Mail: watnick@lbbslaw.com
SONJA HARRINGTON, SB# 261053
　E-Mail: sharrington@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for MONTE CAHN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MONTE CAHN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and Does 1 through 10,<br><br>　　　　Defendants. | CASE NO. CV11-03800 SVW (AGRx)<br><br>The Honorable Stephen V. Wilson<br><br>**MONTE CAHN'S NOTICE OF ERRATA RE OBJECTIONS TO THE DIRECT EXAMINATION DECLARATION FO GEORGE G. STRONG JR.**<br><br>Complaint Filed:　May 3, 2011<br>Trial Date:　　　January 24, 2012 |

Cahn - Notice of Errata re Ob to Strong Dec.doc

MONTE CAHN'S NOTICE OF ERRATA RE OBJECTIONS TO THE DIRECT EXAMINATION DECLARATION FO GEORGE G. STRONG JR.

1  TO THE COURT AND ALL PARTIES OF RECORD

2       Plaintiff Monte Cahn ("Cahn") hereby submits this Notice of Errata as

3  Exhibit "1" to Cahn's Objections to the Direct Examination Declaration of George

4  G. Strong Jr. [Doc. No. 243] was inadvertently left off.  Attached to this Notice of

5  Errata is a copy of Exhibit "1".

6       Cahn apologizes to the Court and all parties for any confusion.

9  DATED: January 20, 2012        JOHN L. BARBER
                                  KENNETH D. WATNICK
10                                SONJA HARRINGTON
11                                LEWIS BRISBOIS BISGAARD & SMITH LLP

14                          By:    /s/ Sonja Harrington
                                  Sonja Harrington
15                                Attorneys for MONTE CAHN



4828-4910-7470.1

1

MONTE CAHN'S NOTICE OF ERRATA RE OBJECTIONS TO THE DIRECT EXAMINATION DECLARATION
FO GEORGE G. STRONG JR.

# EXHIBIT "1"

4822-5156-6595.1

| | |
|---|---|
| 1 | William A. Delgado (Bar No. 222666) |
| 2 | wdelgado@willenken.com |
|   | Leemore Kushner (State Bar No. 221969) |
| 3 | lkushner@willenken.com |
| 4 | WILLENKEN WILSON LOH & LIEB LLP |
|   | 707 Wilshire Blvd., Suite 3850 |
| 5 | Los Angeles, CA 90017 |
| 6 | Tel: (213) 955-9240 |
|   | Fax: (213) 955-9250 |
| 7 | |
| 8 | Attorneys for Defendants |
|   | OVERSEE.NET, JEFFREY KUPIETZKY, |
| 9 | and LAWRENCE NG |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV11-03800 SVW (AGRx) |
| Plaintiff, | **DEFENDANT OVERSEE.NET'S EXPERT WITNESS DISCLOSURE PURSUANT TO RULE 26(a)(2)** |
| v. | |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | Complaint Filed: May 3, 2011 |
| Defendants. | Pretrial Conf. Date: January 9, 2012 |
| | Trial Date: January 17, 2012 |

OVERSEE.NET'S EXPERT WITNESS DISCLOSURE

Pursuant to Fed. R. Civ. P. 26(a)(2), Oversee.net discloses the identity of the expert witness whom it intends to call at trial to rebut the expert testimony of David Callaghan:

George Strong

Cornerstone Research

633 West Fifth Street, 31st Floor

Los Angeles, CA  90071-2005

Telephone: 213-553-2500

The opinions that Mr. Strong will express, the basis and reasons therefore, and the remainder of the information required by Rule 26 are contained in the attached expert report (annexed hereto as Exhibit A).  Mr. Strong will submit to a deposition at a date and time to be arranged between counsel.  Mr. Strong reserves the right to supplement his reports based on any additional discovery in this action.

Dated:  December 28, 2011        WILLENKEN WILSON LOH & LIEB LLP


By: */s/ William A. Delgado*                                  .
William A. Delgado
Attorneys for Defendants OVERSEE.NET,
JEFFREY KUPIETZKY, and LAWRENCE NG