**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
    E-Mail: barber@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
    E-Mail: watnick@lbbslaw.com
SONJA HARRINGTON, SB# 261053
    E-Mail: sharrington@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff
MONTE CAHN

William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV-11-03800 SVW (AGRx) |
| Plaintiff, | **FIRST AMENDED JOINT EXHIBIT LIST** |
| v. | |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | Complaint Filed:  May 3, 2011<br>Trial Date:       January 17, 2012<br>Pre-Trial Conf:  January 9, 2012 |
| Defendants. | |

123140.1

Plaintiff Monte Cahn and Defendant Oversee.net hereby submit their Joint Exhibit List:

## JOINT EXHIBIT LIST

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Oversee.net 2007 Management Incentive Plan, dated 12/14/07 (OVER002417-OVER002433) | | |
| 2 | E-mail chain ending 12/13/07 from Jeff Kupietzky to Monte Cahn re: MIP Clarification (OVER002124-OVER002125) | | |
| 3 | E-mail chain ending 12/13/07 from Jeff Kupietzky to Monte Cahn re: MIP Clarification (OVER000003) | | |
| 4 | Project Mercury Communications Plan, December 2007 - January 2008, Final Content, dated 12/28/07 (MCAHN000266-MCAHN000295) OBJECTED TO | | |
| 5 | E-mail chain ending 1/7/08 from Jeff Kupietzky to Monte Cahn and Lawrence Ng re: FYI - Notice Going Out to Skenzo Customers  (MCAHN000484-MCAHN000486) | | |
| 6 | E-mail chain ending 2/1/10 from Craig Snyder to Monte Cahn re: O&O Inventory List - Building a Quicker Process (MCAHN002574-MCAHN002581) OBJECTED TO | | |
| 7 | E-mail dated 12/13/07 from Jeff Kupietzky to Jeff Navach, Mason Cole and Monte Cahn re: Synergy List (MCAHN000497) | | |
| 8 | Annual Performance Appraisal for Monte Cahn, Given by: Jeff Kupietzky, dated 1/20/09 (OVER019026-OVER019045) | | |
| 9 | Oversee.net Employment Agreement between Oversee.net and Monte Cahn, dated 12/14/07 (OVER001454-OVER001472) (same as exhibit 74) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 10 | Oversee.net, Commission Plans 2010, Monte Cahn Commission Plan, dated 5/24/10 | | |
| 11 | E-mail chain ending 12/21/07 from Jeff Navach to Jeff Kupietzky and Tigran Sinanyan re: Headcount (OVER001510-OVER001511) | | |
| 12 | E-mail chain ending 12/21/07 from Monte Cahn to Jeff Kupietzky re: Some Thoughts About the Last Couple of Days… (MCAHN002101-MCAHN002104) | | |
| 13 | E-mail chain ending 12/21/07 from Jeff Navach to Jeff Kupietzky and Tigran Sinanyan re: Headcount (attachment) (OVER001475-OVER001509) OBJECTED TO | | |
| 14 | E-mail dated 1/2/08 from David Coombs to Monte Cahn, Stacey Peterson, Jack Williamson, Jeff Kupietzky, Lawrence Ng and Tigran Sinanyan re: Moniker Weekly Operational Reporting (MCAHN000615-MCAHN000616) | | |
| 15 | E-mail chain ending 1/8/08 from Jeff Navach to Jeff Kupietzky, Aaron Kvitek and Jack Williamson re: DS Value Proposition Bullets (OVER001519-OVER001521) | | |
| 16 | E-mail chain ending 1/8/08 from Jeff Navach to Jack Williamson re: DS Value Proposition Bullets (OVER001522-OVER001527) | | |
| 17 | E-mail dated 1/31/08 from Mason Cole to Josh Armstrong, Stacey Peterson, Jeff Kupietzky, Steve Yi, Sudhir Bhagwan and Monte Cahn re: Communications Outline Jan 31- Feb 7 (attachment) (MCAHN000247-MCAHN000251) | | |
| 18 | E-mail dated 1/9/08 from Monte Cahn to Jeff Kupietzky and Lawrence Ng re: Two part email on my call with Marchex… (OVER001530-OVER001531) (same as exhibit 90) OBJECTED TO | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 19 | E-mail chain ending 1/16/08 from Jeff Kupietzky to Don Watters re: Traffic Club Calls Summary 01.11.08.xls (MCAHN000432) | | |
| 20 | E-mail chain ending 1/18/08 from Monte Cahn to Jeff Kupietzky re: Snapnames Current Treatment of Revenue to Moniker (MCAHN002062-MCAHN002063) OBJECTED TO | | |
| 21 | E-mail chain ending 2/4/08 from Monte Cahn to Jeff Navach re: Travel to Portland? (OVER001557-OVER001564) OBJECTED TO | | |
| 22 | E-mail chain ending 2/29/08 from Jeff Navach to Monte Cahn re: Touching Base on Customer Balances (OVER001697-OVER001698) OBJECTED TO | | |
| 23 | E-mail chain ending 10/20/10 from Monte Cahn to Rob McClinton and Craig Snyder re: Items (MCAHN002724-MCAHN002728) OBJECTED TO | | |
| 24 | E-mail dated 3/26/08 from Jeff Kupietzky to Sudhir Bhagwan re: Skenzo Terms (MCAHN000619) | | |
| 25 | E-mail chain ending 4/1/08 from Jeff Kupietzky to Steve Yi re: lowfares.co.uk (MCAHN002377-MCAHN002389) OBJECTED TO | | |
| 26 | E-mail chain ending 5/12/08 from Mason Cole to Monte Cahn re: TRAFFIC Release Ready (MCAHN000243-MCAHN000246) OBJECTED TO | | |
| 27 | E-mail dated 8/13/08 from Monte Cahn to Jeff Kupietzky re: Auctions for Next Year (MCAHN002442) OBJECTED TO | | |
| 28 | Letter agreement dated 11/18/08 (11/17/08 draft) from Oversee.net to Monte Cahn (OVER002434-OVER002442) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 29 | 2010 Oversee.net Manager Review Form, Monte Cahn, Feedback Report, dated 12/16/10 (OVER019065-OVER019070); Spreadsheet (OVER019107) | | |
| 29A | Oversee Technology Group 20071126 Chart (OVER003924) | | |
| 30 | E-mail dated 5/14/08 from Lawrence Ng to DL-staff, DL-staff Portland and DL-staff Florida re: Company Wide Email (MCAHN000397-MCAHN000398) (same as exhibit 156) | | |
| 31 | E-mail chain ending 1/24/08 from Sam Nunez to Lawrence Ng, et al. re: DS Product Council Presentation (MCAHN000588-MCAHN000590) | | |
| 32 | Project Mercury - Integration Kick-Off Presentation, dated 12/13/07 (OVER003605-OVER003635) | | |
| 33 | Project Mercury - Integration Plan (100-Days) (OVER003647) | | |
| 34 | E-mail chain ending 7/9/08 from Monte Cahn to Jeff Kupietzky, Monte Cahn, Steve Yeich and Victor Pitts re: Registrations Flat? (MCAHN002777-MCAHN002779) OBJECTED TO | | |
| 35 | E-mail chain ending 2/13/08 from Monte Cahn to Jeff Kupietzky and Lawrence Ng re: Traffic Auction Updates to Marketplace (MCAHN002304-MCAHN002306) | | |
| 36 | E-mail dated 2/6/08 from Jeff Kupietzky to Steve Yeich, Jeff Navach and Monte Cahn re: FYI (MCAHN002307) | | |
| 37 | E-mail chain ending 3/25/08 from Monte Cahn to Steve Yeich, John Inghem and Romain Komorn re: Access to TClub Data (MCAHN002045-MCAHN002049) OBJECTED TO | | |
| 38 | Collection of e-mails between Stephen O'Neill and Monte Cahn, dated 10/28/11 OBJECTED TO | | |

FIRST AMENDED JOINT EXHIBIT LIST

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 39 | Project Mercury - Integration Kick-Off Presentation, dated 12/5/07 (OVER003590-OVER003604) | | |
| 40 | E-mail dated 12/21/07 from Jeff Navach to Jeff Kupietzky, et al. re: Project Mercury - Weekly Status Call Materials (attachment) (MCAHN001728-MCAHN001755) | | |
| 41 | Printouts from Oversee.net website, dated 11/7/11 OBJECTED TO | | |
| 42 | Collection of e-mails dated 1/21/10, 1/22/10 and 1/25/10 from Peter Celeste, Jack Nelson, Liz Murray and Todd Greene to Jeff Kupietzky re: Monte Feedback (OVER020279-OVER020285) | | |
| 43 | Oversee.net 2009 Review Form: Senior Manager Monte Cahn, Performance Review Report, dated 6/20/10 (OVER019046-OVER019064) | | |
| 44 | E-mail chain ending 11/22/09 from Craig Snyder to Monte Cahn (MCAHN002529-MCAHN002532) OBJECTED TO | | |
| 45 | E-mail chain ending 11/29/09 from Craig Snyder to Monte Cahn re: Registrar Budget 2010 (MCAHN002631-MCAHN002639) OBJECTED TO | | |
| 46 | E-mail chain ending 12/5/09 from Jeff Kupietzky to Monte Cahn, Aaron Kvitek, Craig Snyder and Michele Van Tilborg re: Call with Michael Ward…(MCAHN003012-MCAHN003016) OBJECTED TO | | |
| 47 | E-mail chain ending 12/5/09 from Craig Snyder to Monte Cahn re: Google Alert - ricklatona.com (MCAHN002552-MCAHN002555) OBJECTED TO | | |
| 48 | E-mail dated 12/8/09 from Monte Cahn to Craig Snyder re: Important Things (OVER001781-OVER001782) OBJECTED TO | | |

FIRST AMENDED JOINT EXHIBIT LIST
-6-

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 49 | E-mail dated 12/16/09 from Jeff Kupietzky to DL-staff, DL-staff Portland and DL-staff Florida re: What's Happening - December (MCAHN002808-MCAHN002810) | | |
| 50 | E-mail chain ending 1/23/10 from Craig Snyder to Monte Cahn re: Wk 52 Summary (MCAHN002784-MCAHN002786) OBJECTED TO | | |
| 51 | E-mail chain ending 2/3/10 from Craig Snyder to Monte Cahn re: 2010 Showcase Auction Schedule (MCAHN002481-MCAHN002485) OBJECTED TO | | |
| 52 | E-mail chain ending 2/6/10 from Craig Snyder to Monte Cahn re: [Domain Name Wire] New Comment On: Escrow.com Offers… (MCAHN002722-MCAHN002723) OBJECTED TO | | |
| 53 | E-mail chain ending 2/9/10 from Craig Snyder to Monte Cahn re: Follow up from DFG and .CO (MCAHN002546-MCAHN002548) OBJECTED TO | | |
| 54 | E-mail chain ending 3/24/10 from Craig Snyder to Monte Cahn re: February Registrar Questions (MCAHN002537-MCAHN002543) OBJECTED TO | | |
| 55 | E-mail dated 3/31/10 from John Mauriello to Rachel Ng re: Sensitive Portfolio (MCAHN002352) OBJECTED TO | | |
| 56 | E-mail chain ending 5/14/10 from Monte Cahn to Jeff Kupietzky re: Commission Detail for DSS (MCAHN002976-MCAHN002989) OBJECTED TO | | |
| 57 | E-mail chain ending 6/18/10 from Craig Snyder to Monte Cahn and DL-FLL Sales re: Live Auction (MCAHN002564-MCAHN002565) OBJECTED TO | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 58 | E-mail chain ending 6/22/10 from Craig Snyder to Monte Cahn and Michele Van Tilborg re: A "red light" auction? (MCAHN002486-MCAHN002488) OBJECTED TO | | |
| 59 | E-mail dated 6/24/10 from Craig Snyder to Jeff Kupietzky, et al. (MCAHN002499-MCAHN002500) OBJECTED TO | | |
| 60 | E-mail chain ending 9/9/10 from Craig Snyder to Monte Cahn re: O&O List for Sale (MCAHN002582-MCAHN002583) OBJECTED TO | | |
| 61 | E-mail chain ending 10/12/10 from Monte Cahn to Jeff Kupietzky re: Press Release for the Extended Auction (MCAHN002971-MCAHN002972) OBJECTED TO | | |
| 62 | E-mail chain ending 10/12/10 from Monte Cahn to Mason Cole re: Press Release for the Extended Auction (MCAHN002413-MCAHN002415) OBJECTED TO | | |
| 63 | E-mail chain ending 11/1/10 from Craig Snyder to Monte Cahn re: Appraisals (MCAHN002494-MCAHN002496; MCAHN002499-MCAHN002500) OBJECTED TO | | |
| 64 | E-mail dated 11/28/10 from Monte Cahn to Craig Snyder re: Going to need all the supporting documentation… (OVER001785) OBJECTED TO | | |
| 65 | E-mail chain ending 12/7/10 from Craig Snyder to Monte Cahn re: restaurants.com update (MCAHN002417-MCAHN002421) OBJECTED TO | | |
| 66 | E-mail chain ending 1/28/11 from Craig Snyder to Monte Cahn re: Q4 Commissions (OVER001968) OBJECTED TO | | |
| 67 | E-mail chain ending 1/28/11 from Monte Cahn to Craig Snyder re: Q4 Commissions (OVER001969-OVER001970) OBJECTED TO | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 68 | E-mail chain ending 1/28/11 from Craig Snyder to Monte Cahn re: Q4 Commissions (OVER001971-OVER001972) OBJECTED TO | | |
| 69 | E-mail chain ending 1/29/11 from Monte Cahn to Craig Snyder re: Q4 Commissions (OVER001981-OVER001982) OBJECTED TO | | |
| 70 | E-mail chain ending 1/30/11 from Monte Cahn to Craig Snyder re: Q4 Commissions (OVER002003-OVER002007) OBJECTED TO | | |
| 71 | Monte Cahn's handwritten notes OBJECTED TO | | |
| 72 | Moniker.com Confidential Information Memorandum, dated May 2007 (OVER009941-OVER009981) OBJECTED TO | | |
| 73 | Moniker Management Presentation, dated May 2007 (OVER009982-OVER010018) OBJECTED TO | | |
| 74 | Employment Agreement between Oversee.net and Monte Cahn, dated 12/14/07 (OVER001454-OVER001472) (same as exhibit 9) | | |
| 75 | E-mail dated 9/17/07 from Monte Cahn to Deven Parekh re: Follow up on my personal compensation situation (OVER000292-OVER000293) | | |
| 76 | E-mail dated 10/18/07 from Josh Armstrong to Monte Cahn re: Mercury CEO Comp Materials (attachment) (OVER018728-OVER018734) | | |
| 77 | E-mail dated 10/24/07 from Monte Cahn to Josh Armstrong and Jeff Navach re: some further clarification and comments regarding my employment agreement (OVER000373-OVER000375) | | |
| 78 | E-mail chain ending 11/7/07 from Monte Cahn to Jeff Navach and Josh Armstrong re: ….MGT agreement (OVER000625-OVER000627) OBJECTED TO | | |

FIRST AMENDED JOINT EXHIBIT LIST
-9-

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 79 | E-mail dated 11/9/07 from Jeff Navach to Monte Cahn and Bill Gross re: 3-year financial targets (attachment) (OVER000777-OVER000799) OBJECTED TO | | |
| 80 | E-mail chain ending 11/20/07 from Jeff Navach to Bill Gross and Monte Cahn re: Comments to MIP and Employment Agreement (attachment) (OVER018847-OVER018882) OBJECTED TO | | |
| 81 | E-mail dated 12/12/07 from Hamed Meshki to Bill Gross re: Revised MIP (attachment) (MCAHN002001-MCAHN002020) | | |
| 82 | E-mail chain ending 12/12/07 from Bill Gross to Hamed Meshki re: Revised MIP (attachments) (OVER001326-OVER001362) OBJECTED TO | | |
| 83 | E-mail dated 12/13/07 from Hamed Meshki to Bill Gross re: Revised MIP (attachments) (MCAHN001963-MCAHN001999) | | |
| 84 | E-mail chain ending 12/13/07 from Bill Gross to Hamed Meshki re: Revised MIP (attachments) (OVER001383-OVER001387) OBJECTED TO | | |
| 85 | E-mail chain ending 12/13/07 from Jeff Kupietzky to Monte Cahn re: MIP Clarification (OVER001388-OVER001389) | | |
| 86 | E-mail chain ending 12/13/07 from Jeff Kupietzky to Monte Cahn re: MIP Clarification (OVER001390-OVER001391) | | |
| 87 | E-mail chain ending 12/14/07 from Monte Cahn to Jeff Kupietzky re: MIP Clarification (MCAHN002118-MCAHN002120) | | |
| 88 | E-mail dated 12/14/07 from Jeff Kupietzky to Monte Cahn re: Missed some words (MCAHN002115) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 89 | Project Mercury - CEO Working Session Presentation, dated 11/13/07 (OVER004029-OVER004036; OVER004074-OVER004079) | | |
| 90 | E-mail dated 1/9/08 from Monte Cahn to Jeff Kupietzky and Lawrence Ng re: Two part email on my call with Marchex… (OVER001530-OVER001531) (same as exhibit 18) | | |
| 91 | E-mail dated 1/9/08 from Jeff Kupietzky to Genie White and Monte Cahn re: TrafficClub letter - JK edits (attachment) (MCAHN000475-MCAHN000477) | | |
| 92 | E-mail chain ending 5/12/08 from Monte Cahn to Jeff Kupietzky re: domainsponsor credit (MCAHN000822-MCAHN000823)(same as exhibit 113) OBJECTED TO | | |
| 93 | E-mail chain ending 7/9/08 from Monte Cahn to Jeff Kupietzky, et al. re: Registrations flat? (MCAHN002388-MCAHN002389) OBJECTED TO | | |
| 94 | E-mail chain ending 8/13/08 from Jeff Navach to Monte Cahn re: Seevast (OVER001740-OVER001743) OBJECTED TO | | |
| 95 | E-mail chain ending 12/2/09 from Craig Snyder to Monte Cahn re: Since we are not meeting (MCAHN003089-MCAHN003092) OBJECTED TO | | |
| 96 | E-mail dated 7/13/08 from Monte Cahn to Jeff Kupietzky re: Preliminary Plan (MCAHN002749-MCAHN002751) OBJECTED TO | | |
| 97 | E-mail chain ending 10/28/11 to Stephen O'Neill re: Address Please OBJECTED TO | | |
| 98 | Declarations of Craig Snyder; William A. Delgado and Elizabeth Murray in Support of Opposition to Cahn's Ex Parte Application, dated 11/15/11 | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 99 | MIP Calculation Support Operating Expenses 2008 (OVER022947-OVER022950) OBJECTED TO | | |
| 100 | Oversee.net Financial Calculations per 2007 MIP OBJECTED TO | | |
| 101 | E-mail chain ending 11/7/07 from Jeff Navach to Tigran Sinanyan, Stacey Peterson and Jack Williamson re: Mercury Operating Expenses (OVER000641) OBJECTED TO | | |
| 102 | Traffic Club New Accounts Brought in by Moniker Staff (ii) (OVER022933-OVER022934) OBJECTED TO | | |
| 103 | E-mail chain ending 11/12/07 from Jeff Navach to Jack Williamson and Stacey Peterson re: Mercury Operating Expenses (OVER000874-OVER000875) | | |
| 104 | Moniker Integration Weekly Status Meeting Presentation, dated 1/25/08 (MCAHN000229-MCAHN000235) | | |
| 105 | E-mail chain ending 5/31/08 from Monte Cahn to Jeff Kupietzky re: License for Escrow in California (MCAHN000770-MCAHN000771) (same as exhibit 147) OBJECTED TO | | |
| 106 | E-mail chain ending 8/8/08 from Monte Cahn to Stacey Peterson re: for our call today (MCAHN023857-MCAHN023859) OBJECTED TO | | |
| 107 | E-mail chain ending 8/27/08 from Monte Cahn to Steve Yeich re: BU SG&A detail (MCAHN023241) OBJECTED TO | | |
| 108 | Oversee.net Financial Performance Update, November 2008, dated 1/12/09 (OVER021071-OVER021108) OBJECTED TO | | |

FIRST AMENDED JOINT EXHIBIT LIST
-12-

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 109 | E-mail chain ending 10/19/07 from Monte Cahn to Josh Armstrong re: Mercury CEO Comp Materials (OVER000328-OVER000330) OBJECTED TO | | |
| 110 | E-mail chain ending 11/11/07 from Monte Cahn to Jeff Navach and Bill Gross re: 3-year financial targets (MCAHN002272-MCAHN002273) OBJECTED TO | | |
| 111 | E-mail chain ending 1/28/08 from Jeff Navach to Tigran Sinanyan re: Budget Review w/ Monte (OVER001543-OVER001544) | | |
| 112 | E-mail chain ending 2/12/2008 from Jeff Navach to Tigran Sinanyan and Jeff Kupietzky re: Actuals vs. Budget and MIP (OVER001627-OVER001633) | | |
| 113 | E-mail chain ending 5/12/08 from Monte Cahn to Jeff Kupietzky re: domainsponsor credit (MCAHN000822-MCAHN000823) (same as exhibit 92) OBJECTED TO | | |
| 114 | Notice of Subpoena and Deposition of William J. Gross, dated 11/16/11 | | |
| 115 | E-mail dated 11/5/07 from Damon Fisher to Bill Gross re: DRAFT Oversee Management Incentive Plan (attachment) (MCAHN001864-MCAHN001875) | | |
| 116 | E-mail chain ending 11/6/07 from Bill Gross to Damon Fisher re: DRAFT Oversee Management Incentive Plan (attachments) (OVER000524-OVER000549) | | |
| 117 | E-mail chain ending 11/9/07 from Todd Greene to Bill Gross re: Materials for our call (attachment) (OVER018810-OVER018813) | | |
| 118 | E-mail dated 11/16/07 from Jeff Navach to Monte Cahn re: Mercury-Revised MIP (attachments) (OVER000899-OVER000924) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 119 | E-mail dated 11/19/07 from Bill Gross to Hamed Meshki re: Comments to MIP and Employment Agreement (OVER000978-OVER000979) | | |
| 120 | E-mail dated 11/20/07 from Jeff Navach to Jeff Kupietzky, et al. re: Materials for Wednesday Call (attachments) (OVER001083-OVER001118) OBJECTED TO | | |
| 121 | E-mail chain ending 11/21/07 from Bill Gross to Hamed Meshki re: Mercury - M. Cahn Employment Agreement (OVER020588-OVER020591) | | |
| 122 | E-mail dated 11/21/07 from Hamed Meshki to Bill Gross and Monte Cahn re: Mercury - Revised MIP (attachments) (OVER001219-OVER001254) | | |
| 123 | E-mail dated 11/26/07 from Bill Gross to Hamed Meshki re: Mercury - M. Cahn MIP and Stock Option Documents (OVER001255-OVER001256) | | |
| 124 | E-mail chain ending 12/12/07 from Hamed Meshki to Bill Gross re: Revised MIP (MCAHN001959-MCAHN001961) OBJECTED TO | | |
| 125 | E-mail chain ending 12/12/07 from Bill Gross to Hamed Meshki re: MIP Board Resolutions (OVER020820-OVER020822) | | |
| 126 | E-mail dated 12/14/07 from Bill Gross to Hamed Meshki re: v3 Insert Target EBITDA.DOC (attachments) (OVER001392-OVER001395) OBJECTED TO | | |
| 127 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2008 and 2007 With Report of Independent Auditors (OVER002485-OVER002521) (same as exhibit 150)  OBJECTED TO | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 128 | Oversee.net, MIP Calculations (OVER018659-OVER018663) OBJECTED TO | | |
| 129 | Declaration of Elizabeth Murray in Support of Oversee.net's Motion for Summary Judgment, dated 11/16/11 OBJECTED TO | | |
| 130 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2009 and 2008 With Report of Independent Auditors (OVER002447-OVER002484) OBJECTED TO | | |
| 131 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2010 and 2009 With Report of Independent Auditors (OVER002522-OVER002563) OBJECTED TO | | |
| 132 | Oversee.net 2007 Management Incentive Plan Revised Calculations (OVER022837-OVER022959) OBJECTED TO | | |
| 133 | E-mail chain ending 10/30/09 from Craig Snyder to Monte Cahn, David Coombs and Amber Duong re: Commissions (MCAHN002514-MCAHN002518) OBJECTED TO | | |
| 134 | E-mail dated 8/4/08 from Victor Pitts to Lawrence Ng re: Request from Lawrence Ng (OVER002297) OBJECTED TO | | |
| 135 | E-mail chain ending 8/13/09 from Monte Cahn to Betsy Niksefat re: Revenue Update (MCAHN002734-MCAHN002737) OBJECTED TO | | |
| 136 | E-mail chain ending 1/30/11 from Monte Cahn to Liz Murray re: Separation Agreement and Related Agreements (OVER002015-OVER002020) OBJECTED TO | | |
| 137 | E-mail chain ending 2/21/07 from Monte Cahn to Lawrence Ng re: DomainSponsor Invitation (MCAHN001847-MCAHN001849) OBJECTED TO | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 138 | E-mail dated 10/14/07 from Jeff Navach to Lawrence Ng re: Mercury follow up - CEO Compensation (OVER000326) | | |
| 139 | Declaration of Jeffrey Kupietzky in Support of Oversee.net's Motion for Summary Judgment, dated November 2011 | | |
| 140 | Oversee.net Board of Directors' Meeting 2009 Results, dated 3/3/10 (OVER021225-OVER021244) | | |
| 141 | Oversee.net Board of Directors Financial Review Preliminary December 2010, dated 1/19/10 (OVER022480-OVER022508) | | |
| 142 | E-mail chain ending 1/15/08 from Mason Cole to Mason Cole re: Oversee.net Receives $150 Million Investment (MCAHN000252-MCAHN000253) | | |
| 143 | E-mail chain ending 2/1/08 from Monte Cahn to Lawrence Ng re: How did everything go today? (MCAHN002055-MCAHN002056) OBJECTED TO | | |
| 144 | E-mail chain ending 3/5/08 from Aaron Kvitek to Monte Cahn and Jeff Kupietzky re: Mike Berkens moving all names from Skenzo to DS (OVER001706-OVER001709) OBJECTED TO | | |
| 145 | E-mail chain ending 8/5/08 from Jeff Kupietzky to Monte Cahn re: Request from Lawrence Ng (OVER002296-OVER002297) OBJECTED TO | | |
| 146 | E-mail dated 5/23/08 from Monte Cahn to Lawrence Ng re: California Escrow (MCAHN000800) OBJECTED TO | | |
| 147 | E-mail chain ending 5/31/08 from Monte Cahn to Jeff Kupietzky re: License for Escrow in California (MCAHN000770-MCAHN000771) (same as exhibit 105) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 148 | E-mail dated 7/28/08 from Monte Cahn to Lawrence Ng re: call and update (MCAHN002806-MCAHN002807) OBJECTED TO | | |
| 149 | E-mail chain ending 10/8/08 from Lawrence Ng to Jeff Kupietzky and Jack Nelson re: M Cahn Comp Proposal 0908.xls (OVER001744-OVER001745) | | |
| 150 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2008 and 2007 With Report of Independent Auditors (OVER002485-OVER002521) (same as exhibit 127) | | |
| 151 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2009 and 2008 With Report of Independent Auditors (OVER002447-OVER002472; OVER002477-OVER002484) OBJECTED TO | | |
| 152 | Notice of Deposition of David Subar, dated 10/31/11 | | |
| 152A | 2009 Goal Tracking Worksheet for Peter Celeste, dated 3/1/09 | | |
| 153 | Moniker Integration Weekly Status Presentation, dated 4/11/08 (OVER003479-OVER003488) | | |
| 154 | Collection of e-mails from Monte Cahn to David Subar, dated 9/8/11 and 10/5/11 | | |
| 155 | E-mail chain ending 3/20/08 from Blake Biesecker to Jeff Kupietzky, et al. re: SnapNames Roadmap (MCAHN000617-MCAHN000618) | | |
| 156 | E-mail dated 5/14/08 from Lawrence Ng to DL-staff, DL-staff Portland and DL-staff Florida re: Company Wide Email (MCAHN000397-MCAHN000398) (same as exhibit 30) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 157 | E-mail dated 7/13/08 from Monte Cahn to Jeff Kupietzky re: Preliminary Plan (MCAHN002801-MCAHN002803) OBJECTED TO | | |
| 200 | E-mail dated May 11, 2008 (Bates No. MCAHN000428) OBJECTED TO | | |
| 201 | July 03, 2008 email from Jeff Kupietzky to Monte Cahn, Steve Yeich and Lawrence Ng (Bates Nos. MCAHN002760 – MCAHN002762) OBJECTED TO | | |
| 202 | August 26, 2008 email from Stacey Peterson to Steve Yeich and Monte Cahn (Bates No. MCAHN002763) OBJECTED TO | | |
| 203 | E-mail string dated May 13, 2008 (Bates Nos. MCAHN000807 – MCAHN000811) OBJECTED TO | | |
| 204 | E-mail string dated May 13, 2008 (Bates Nos. MCAHN000817 – MCAHN000819) | | |
| 205 | E-mail string dated May 27, 2008 (Bates Nos. MCAHN000796 – MCAHN000797) | | |
| 206 | E-mail string dated August 05, 2008 (Bates Nos. OVER000108) OBJECTED TO | | |
| 207 | E-mail string dated October 17, 2008 (Bates Nos. OVER000006 – OVER000014) | | |
| 208 | E-mail string dated October 21, 2008 (Bates Nos. OVER001746 – OVER001747) OBJECTED TO | | |
| 209 | E-mail string dated November 12, 2008 (Bates Nos. OVER001758 – OVER001761) OBJECTED TO | | |
| 210 | E-mail string dated November 11, 2008 (Bates Nos. OVER001756 – OVER001757) OBJECTED TO | | |
| 211 | E-mail string dated November 12, 2008 (Bates Nos. OVER002352 – OVER002355) OBJECTED TO | | |
| 212 | November 12, 2008 email from Jeff Kupietzky to Monte Cahn, Josh Armstrong (Bates Nos. MCAHN002434 – MCAHN002437) OBJECTED TO | | |

FIRST AMENDED JOINT EXHIBIT LIST
-18-

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 213 | November 12, 2008 email from Jeff Kupietzky to Monte Cahn, Josh Armstrong (Bates Nos. MCAHN003031–MCAHN003034) OBJECTED TO | | |
| 214 | February 4, 2008 email from Jeff Kupietzky to Monte Cahn, Victor Pitts (Bates Nos. MCAHN003027-3028) | | |
| 215 | January 16, 2011 email from Monte Cahn to Craig Snyder (Bates Nos. OVER001824) OBJECTED TO | | |
| 216 | July 21, 2008 email from Monte Jeff Kupietzky to Jeff Navach and Tigran Sinanyan (Bates Nos. OVER002110-2111) | | |
| 217 | E-mail string dated January 13, 2009 (Bates Nos. OVER001771 – OVER001776) | | |
| 218 | E-mail string dated January 14, 2009 (Bates Nos. OVER001779 – OVER001780) | | |
| 219 | E-mail string dated January 09, 2009 (Bates No. OVER001770) OBJECTED TO | | |
| 220 | E-mail string dated January 14, 2009 (Bates Nos. OVER001777 – OVER001778) OBJECTED TO | | |
| 221 | January 20, 2009 email from Jeff Kupietzky to Monte Cahn (Bates No. MCAHN000001) OBJECTED TO | | |
| 222 | E-mail string dated April 06, 2009 (Bates Nos. OVER000015 – OVER000017) OBJECTED TO | | |
| 223 | May 07, 2009 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN003064 – MCAHN003069) OBJECTED TO | | |
| 224 | March 26, 2009 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN003060 – MCAHN003063) OBJECTED TO | | |
| 225 | November 19, 2009 email from Jeff Kupietzky to Staff (Bates Nos. MCAHN003954 – MCAHN003956) | | |

FIRST AMENDED JOINT EXHIBIT LIST
-19-

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 226 | July 14, 2008 email from Monte Cahn to Lawrence Ng (Bates Nos. MCAHN002799– MCAHN002805) OBJECTED TO | | |
| 227 | January 16, 2009 email from Jeff Kupietzky to staff (Bates Nos. MCAHN003041– MCAHN003046) | | |
| 228 | January 5, 2008 email from Jeff Kupietzky to Monte Cahn, et al. (Bates Nos. MCAHN002089-2091) OBJECTED TO | | |
| 229 | E-mail string dated January 14, 2010 (Bates Nos. MCAHN002764 – MCAHN002766) OBJECTED TO | | |
| 230 | E-mail string dated February 05, 2010 (Bates Nos. MCAHN002767 – MCAHN002770) OBJECTED TO | | |
| 231 | April 26, 2010 email from Monte Cahn to Jeff Kupietzky (Bates Nos. MCAHN002931– MCAHN002933) OBJECTED TO | | |
| 232 | January 13, 2009 email from Jeff Kupietzky to Monte Cahn, et al. (Bates Nos. MCAHN002917-2920) OBJECTED TO | | |
| 233 | May 13, 2008 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN002476-2477) OBJECTED TO | | |
| 234 | May 18, 2010 email from Jeff Kupietzky to staff (Bates Nos. MCAHN002771 – MCAHN002773) | | |
| 235 | April 16, 2010 email from Jeff Kupietzky to staff (Bates Nos. MCAHN002773 – MCAHN002776) | | |
| 236 | E-mail string dated October 26, 2010 (Bates Nos. MCAHN002718 – MCAHN002719) | | |
| 237 | E-mail dated January 16, 2011 (Bates No. OVER001825) OBJECTED TO | | |
| 238 | E-mail string dated January 16, 2011 (Bates Nos. OVER001836 – OVER001838) OBJECTED TO | | |

FIRST AMENDED JOINT EXHIBIT LIST
-20-

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 239 | E-mail string dated January 16, 2011 (Bates Nos. OVER001830 – OVER001832) OBJECTED TO | | |
| 240 | E-mail string dated January 16, 2011 (Bates Nos. OVER001839 – OVER001842) OBJECTED TO | | |
| 241 | E-mail string dated March 10, 2011 (Bates Nos. OVER002105 – OVER002109) OBJECTED TO | | |
| 242 | Incentive Compensation Plan (the "Plan") Monte Cahn (the "Employee") (Bates Nos. OVER002435 – OVER002442) OBJECTED TO | | |
| 243 | OVERSEE.NET MBR DECEMBER 2010 (Bates Nos. OVER021748 - OVER021775) | | |
| 244 | E-mail string dated January 24, 2008 (Bates Nos. MCAHN000607 - MCAHN000611) | | |
| 245 | E-mail string dated October 30, 2009 (Bates Nos. MCAHN002514 - MCAHN002521) OBJECTED TO | | |
| 246 | Declarations of Craig Snyder; William A. Delgado and Elizabeth Murray in Support of Opposition to Cahn's Ex Parte Application OBJECTED TO | | |
| 247 | Email from Cahn to Kupietzky dated May 11, 2008 (Bate No. MCAHN000824) OBJECTED TO | | |
| 248 | Defendant OVERSEE.NET's Responses to Plaintiff Monte Cahn's Third Set of Requests for Production. | | |
| 249 | The expert report of David Callaghan OBJECTED TO | | |
| 250 | Google contract OBJECTED TO | | |
| 251 | August 12, 2008 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN002780-2782) OBJECTED TO | | |
| 252 | October 28, 2008 email from Monte Cahn to Jeff Kupietzky (Bates Nos. MCAHN002787-2790) OBJECTED TO | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 253 | January 15, 2008 email from Lawrence Ng to Staff (MCAHN002791-2798) | | |
| 254 | February 13, 2009 email from Jeff Kupietzky to staff (MCAHN002814-2816) | | |
| 255 | January 6, 2008 email from Jeff Kupietzky to Eric Harrington and Monte Cahn (Bates Nos. MCAHN002825-2844) | | |
| 256 | July 29, 2009 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN002894-2897) OBJECTED TO | | |
| 257 | January 21, 2009 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN002929-2930) OBJECTED TO | | |
| 258 | October 20, 2010 email from Monte Cahn to Rob McClinton and Craig Snyder (Bates Nos. MCAHN002961-2966) OBJECTED TO | | |
| 259 | August 13, 2008 email from Monte Cahn to Jeff Kupietzky (Bates Nos. MCAHN003025-3026) OBJECTED TO | | |
| 260 | August 13, 2009 email from Monte Cahn to Betsy Niksfat (Bates Nos. MCAHN003051-3055) OBJECTED TO | | |
| 261 | December 31, 2008 email from Jeff Kupietzky to Monte Cahn (Bates Nos. MCAHN003057-3059) OBJECTED TO | | |
| 262 | Documents provided to potential purchasers of Moniker. | | |
| 263 | MCAHN003776-3777 March 24, 2008 Email from Victor Pitts to Albert Michaels, Bary Meyerson, et al. re Domain Sponsor SPIF OBJECTED TO | | |
| 264 | OVER001708 March 4, 2008 email from Monte Cahn to Jeff Kupietzky OBJECTED TO | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 265 | OVER024396 2009 Goal Tracking Worksheet | | |
| 266 | OVER024397 2009 Goal Tracking Worksheet | | |
| 267 | OVER024398 2010 Goal Tracking Worksheet | | |
| 268 | 7/15/2008 email from Monte Cahn to Jeff Kupietzky and Steve Yeich re: DS spiff (MCAHN024013-MCAHN024017) OBJECTED TO | | |
| 300 | E-mail chain ending 1/20/09 from Monte Cahn to Jeff Kupietzky re: Some Data (MCAHN019805-MCAHN019806) OBJECTED TO | | |
| 301 | E-mail chain ending 2/18/09 from Victor Pitts to Monte Cahn re: transition update and compensation plan change (MCAHN004937-MCAHN004939) | | |
| 302 | Presentation titled "Moniker-Annual Financial Performance" (OVER009853-OVER009861) OBJECTED TO | | |
| 303 | E-mail chain ending 8/15/07 from Monte Cahn to Jeff Kupietzky and Josh Armstrong re: Hi (OVER018713-OVER018714) | | |
| 304 | E-mail dated 9/11/07 from Josh Armstrong to Monte Cahn and Jeff Kupietzky re: follow up (attachment) (OVER000278-OVER000279) | | |
| 305 | E-mail chain ending 10/19/07 from Monte Cahn to Josh Armstrong re: Mercury CEO Comp Materials (MCAHN002298-MCAHN002299) | | |
| 306 | E-mail dated 10/23/07 from Jeff Navach to Tigran Sinanyan re: Mgmt. Incentive Model (attachment) (OVER000344-OVER000355) OBJECTED TO | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 307 | E-mail dated 10/23/07 from Todd Greene to Monte Cahn re: Mercury Agreement (attachment) (OVER000356-OVER000372) | | |
| 308 | E-mail chain ending 10/29/07 from Monte Cahn to Jeff Navach and Josh Armstrong re: can we do Wed for our call? (attachment) (OVER000433-OVER000436) | | |
| 309 | E-mail dated 11/6/07 from Tigran Sinanyan to Jeff Kupietzky re: MIP Sheets Updated (attachment) (OVER000576-OVER000620) OBJECTED TO | | |
| 310 | E-mail dated 11/9/07 from Jeff Navach to Monte Cahn re: Materials for our call (attachment) (OVER018806-OVER018809) | | |
| 311 | E-mail chain ending 11/10/07 from Monte Cahn to Jeff Navach and Bill Gross re: 3-year financial targets (OVER000823-OVER000826) | | |
| 312 | E-mail dated 11/21/07 from Jeff Navach to Monte Cahn and Bill Gross re: Updated financial targets (attachment) (OVER018921-OVER018954) OBJECTED TO | | |
| 313 | E-mail dated 11/19/07 from Tigran Sinanyan to Jeff Navach re: MIP Spreadsheet (attachment) (OVER000964-OVER000977) OBJECTED TO | | |
| 314 | E-mail chain ending 11/20/07 from Jeff Navach to Bill Gross and Monte Cahn re: Comments to MIP and Employment Agreement (attachment) (OVER020502-OVER020512) OBJECTED TO | | |
| 315 | E-mail chain ending 11/27/07 from Jeff Navach to Monte Cahn re: allocation for retention up front portion (OVER001257-OVER001259) | | |
| 316 | E-mail chain ending 11/27/07 from Monte Cahn to Jeff Navach re: allocation for retention up front portion (OVER001263-OVER001266) OBJECTED TO | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 317 | E-mail dated 11/28/07 from Monte Cahn to Lawrence Ng re: please reply to my email (MCAHN000763) OBJECTED TO | | |
| 318 | E-mail chain ending 11/28/07 from Monte Cahn to Jeff Navach re: allocation for retention up front portion (MCAHN002133-MCAHN002134) OBJECTED TO | | |
| 319 | E-mail dated 12/3/07 from Jeff Navach to Monte Cahn re: Touching Base (OVER001267-OVER001268) OBJECTED TO | | |
| 320 | E-mail chain ending 12/3/07 from Jeff Navach to Monte Cahn re: Touching Base (attachments) (OVER001271-OVER001274) | | |
| 321 | E-mail chain ending 12/14/07 from Monte Cahn to Jeff Kupietzky re: Missed some words (MCAHN002112) | | |
| 322 | Typewritten notes re: Points for Acquisition (MCAHN000023-MCAHN000024) | | |
| 323 | E-mail dated 2/12/08 from Jeff Kupietzky to Monte Cahn re: Pacing-Rough!! (attachment) (OVER000030-OVER000107) OBJECTED TO | | |
| 324 | E-mail chain ending 2/13/08 from Jeff Kupietzky to Monte Cahn re: Updated Variance Analysis (attachment) (OVER000110-OVER000187) OBJECTED TO | | |
| 325 | E-mail chain ending 3/27/08 from Monte Cahn to Victor Pitts and Michael White re: draft doc for your review (attachment) (MCAHN002030-MCAHN002044) | | |
| 326 | E-mail chain ending 7/30/08 from Jeff Navach to Jeff Kupietzky and Tigran Sinanyan re: MIP to Actual.xls (OVER002395) | | |
| 327 | Oversee.net Presentation (OVER003888-OVER003902) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 328 | E-mail chain ending 12/26/07 from Jeff Kupietzky to Stacey Peterson, et al. re: DD Overview (attachment) (MCAHN000423-MCAHN000427) | | |
| 329 | E-mail dated 12/28/07 from Jeff Navach to Jeff Kupietzky, et al. re: Project Mercury - Weekly Status Call Materials (attachment) (MCAHN001706-MCAHN001727) | | |
| 330 | E-mail dated 12/27/07 from Jeff Navach to Monte Cahn and Jeff Kupietzky re: Issue Tracking Log (attachment) (MCAHN000499-MCAHN000507) | | |
| 331 | E-mail chain ending 1/3/08 from Monte Cahn to Mason Cole, Jeff Navach and Jeff Kupietzky re: Headline (MCAHN002096-MCAHN002099) OBJECTED TO | | |
| 332 | E-mail chain ending 1/3/08 from Monte Cahn to Mason Cole re: Headline (MCAHN002092-MCAHN002095) OBJECTED TO | | |
| 333 | E-mail dated 1/4/08 from Jeff Navach to Aaron Kvitek, et al. re: Project Mercury Integration - Materials for Weekly Status Call (attachment) (MCAHN001689-MCAHN001705) | | |
| 334 | E-mail chain ending 1/5/08 from Jeff Kupietzky to Monte Cahn re: domainhop (MCAHN001679-MCAHN001680) OBJECTED TO | | |
| 335 | E-mail chain ending 1/7/08 from Jeff Kupietzky to Sam Tseng and Rob McClinton re: Schools.com (MCAHN001666) | | |
| 336 | E-mail chain ending 1/9/08 from Genie White to Monte Cahn re: DS Value Proposition Bullets (attachment) (MCAHN000754-MCAHN000757) | | |
| 337 | E-mail chain ending 1/8/08 from Jeff Kupietzky to Monte Cahn re: DS Value Proposition Bullets (MCAHN000751-MCAHN000753) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 338 | E-mail dated 1/9/08 from Monte Cahn to Email816 re: Trafficclub news and follow up (OVER001528-OVER001529) | | |
| 339 | E-mail chain ending 1/10/08 from Monte Cahn to Arthur Lathrop re: feedback (MCAHN002067-MCAHN002084) OBJECTED TO | | |
| 340 | E-mail dated 1/16/08 from Ryan Berryman to Lawrence Ng, et al. re: Product Council - Agenda and Materials (attachment) (MCAHN001772-MCAHN001781) OBJECTED TO | | |
| 341 | Moniker Integration Weekly Status Meeting Presentation, dated 1/18/08 (OVER003509-OVER003519) | | |
| 342 | E-mail dated 1/25/08 from Steve Yeich to Aaron Kvitek, et al. re: Moniker Integration Status Meeting (attachment) (MCAHN000228-MCAHN000239) | | |
| 343 | Moniker Integration Weekly Status Meeting Presentation, dated 2/1/08 (OVER003531-OVER003543) | | |
| 344 | E-mail chain ending 2/6/08 from CT Rhude to Rick Terry and Peter Klimczak re: Trafficclub Migration Questions (MCAHN000635-MCAHN000636) | | |
| 345 | E-mail dated 2/6/08 from Aparna Bijlani to Jeff Kupietzky, et al. re: Traffic Club Transition: Updated Plan (MCAHN000632-MCAHN000633) | | |
| 346 | E-mail chain ending 2/6/08 from Jeff Kupietzky to Aparna Bijlani, et al. re: Trafficclub Migration Questions (MCAHN000626-MCAHN000629) | | |
| 347 | Moniker Integration Weekly Status Meeting Presentation, dated 2/8/08 (OVER003544-OVER003556) | | |
| 348 | Moniker Integration Weekly Status Meeting Presentation, dated 2/15/08 (OVER003557-OVER003567) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 349 | Moniker Integration Weekly Status Meeting Presentation, dated 2/22/08 (OVER003568-OVER003578) | | |
| 350 | Moniker Integration Weekly Status Meeting Presentation, dated 2/29/08 (OVER003579-OVER003589) | | |
| 351 | E-mail chain ending 2/26/08 from Jeff Kupietzky to John Mauriello, Jessica Besseling, Sam Tseng and Don Watters re: Recent TrafficClub Payment (MCAHN001819-MCAHN001822) | | |
| 352 | Moniker Integration Weekly Status Presentation, dated 3/7/08 (OVER003421-OVER003431) | | |
| 353 | E-mail chain ending 3/19/08 from Monte Cahn to John Inghem re: Commission (OVER001715-OVER001719) | | |
| 354 | Moniker Integration Weekly Status Presentation, dated 3/21/08 (OVER003444-OVER003455) | | |
| 355 | Moniker Integration Weekly Status Presentation, dated 3/28/08 (OVER003456-OVER003467) | | |
| 356 | Moniker Integration Weekly Status Presentation, dated 4/4/08 (OVER003468-OVER003478) | | |
| 357 | Moniker Integration Weekly Status Presentation, dated 4/18/08 (OVER003489-OVER003498) | | |
| 358 | E-mail chain ending 4/24/08 from Monte Cahn to Lance Martinez and Steve Yeich re: corporate names to manage (MCAHN002253-MCAHN002261) OBJECTED TO | | |
| 359 | Moniker Integration Weekly Status Presentation, dated 4/25/08 (OVER003499-OVER003508) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 360 | E-mail chain ending 4/28/08 from Todd Greene to Jothan Frakes and Monte Cahn re: Moniker Canada Corp. (MCAHN000508-MCAHN000510) | | |
| 361 | E-mail chain ending 4/29/08 from Monte Cahn to Todd Greene and Jothan Frakes re: Moniker Canada Corp. (MCAHN000833-MCAHN000835) | | |
| 362 | E-mail chain ending 5/12/08 from Steve Yeich to Monte Cahn re: Moniker PR Budget (MCAHN000650) | | |
| 363 | E-mail chain ending 5/13/08 from Monte Cahn to Mason Cole re: TRAFFIC Release Ready (MCAHN000814-MCAHN000816) OBJECTED TO | | |
| 364 | Oversee.net Policy Statement dated 1/5/09 re: Adult-oriented Domain Names (Preliminary Policy) (OVER019024-OVER019025) OBJECTED TO | | |
| 365 | Monte Cahn's W-2 Wage and Tax Statements, from 2008-2010 (OVER002564-OVER002569) OBJECTED TO | | |
| 366 | E-mail chain ending 8/4/08 from Mark Robinson to Lindsay Herrick re: Moniker Auction (OVER020957-OVER020958) | | |
| 367 | E-mail dated 12/5/08 from Mark Robinson to Lindsay Herrick re: In the Matter of the Desist and Refrain Order to Moniker Online Services (OVER020979) | | |
| 368 | E-mail chain ending 12/29/08 from Mark Robinson to Lindsay Herrick re: Moniker Online Services (OVER020984-OVER020985) | | |
| 369 | E-mail chain ending 1/15/09 from Mark Robinson to Lindsay Herrick re: Moniker Online Services (OVER020990-OVER020991) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 370 | E-mail dated 5/27/08 from Monte Cahn to Lawrence Ng re: California Auction License (MCAHN000794) OBJECTED TO | | |
| 371 | E-mail chain ending 9/27/07 from Monte Cahn to Lance Podell and Monte Cahn re: Gold Deal (OVER000296-OVER000297) | | |
| 372 | E-mail dated 10/21/08 from Monte Cahn to Jeff Kupietzky re: Comments on New Comp Plan (MCAHN002455-MCAHN002456) | | |
| 373 | E-mail chain ending 6/7/08 from Mason Cole to Monte Cahn and Genie White re: Moniker Interview (MCAHN002568-MCAHN002571) OBJECTED TO | | |
| 374 | E-mail chain ending 5/9/08 from Mason Cole to Monte Cahn re: Press Releases and Communication (MCAHN002610-MCAHN002611) | | |
| 375 | Consolidated Financial Statements, ODN Holding Corporation, Years Ended December 31, 2008 and 2007 With Report of Independent Auditors (OVER019071-OVER019106) OBJECTED TO | | |
| 376 | Oversee.net Employee Handbook, dated January 2009 (OVER002603-OVER002653) OBJECTED TO | | |
| 377 | Project Mercury Employment Agreement Issues List, dated 10/29/07 (OVER004091-OVER004092) OBJECTED TO | | |
| 378 | Mercury Forecasts (OVER004356-OVER004367) OBJECTED TO | | |
| 379 | Mercury Forecasts (OVER004368-OVER004400) OBJECTED TO | | |
| 380 | TrafficClub Variance Analysis (OVER004416-OVER004417) OBJECTED TO | | |

FIRST AMENDED JOINT EXHIBIT LIST
-30-

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 381 | Consolidated Statements (OVER005549-OVER005663)<br>OBJECTED TO | | |
| 382 | Consolidated Statements (OVER005664-OVER005773)<br>OBJECTED TO | | |
| 383 | Consolidated Statements (OVER005884-OVER005993)<br>OBJECTED TO | | |
| 384 | Consolidated Statements (OVER005994-OVER006121)<br>OBJECTED TO | | |
| 385 | Moniker 3 year forecast (OVER006308-OVER006330)<br>OBJECTED TO | | |
| 386 | Moniker 3 year forecast (OVER006406-OVER006438)<br>OBJECTED TO | | |
| 387 | Oversee.net, Management Incentive Plan - Results vs. Targets (OVER008246-OVER008249)<br>OBJECTED TO | | |
| 388 | Oversee.net, Management Incentive Plan - Results vs. Targets (OVER008250-OVER008253)<br>OBJECTED TO | | |
| 389 | Oversee.net, 2007 vs. 2008 (OVER008254-OVER008261)<br>OBJECTED TO | | |
| 390 | Oversee.net, 2007 vs. 2008 (OVER009842-OVER009847)<br>OBJECTED TO | | |
| 391 | Project Mercury Overview Presentation, dated 11/26/07 (OVER009862-OVER009889)<br>OBJECTED TO | | |
| 392 | Project Mercury Overview Presentation, dated 12/4/07 (OVER009890-OVER009922)<br>OBJECTED TO | | |
| 393 | Moniker Legal/Litigation Analysis, dated 10/23/07 (OVER017575)<br>OBJECTED TO | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 394 | E-mail dated 7/13/07 from Josh Armstrong to Tolman Geffs, Monte Cahn and Ken Hall re: Project Mercury - Revised Bid (attachment) (OVER018705-OVER018712) | | |
| 395 | August 15, 2008 and January 15, 2009 Layoffs (OVER019107-OVER019108) | | |
| 396 | E-mail dated 11/5/07 from Damon Fisher to Bill Gross re: DRAFT Oversee Management Incentive Plan (attachment) (OVER020287-OVER020297) | | |
| 397 | Oversee.net Aftermarket and Registrar Monthly Business Review, dated 8/28/08 (OVER021027-OVER021038) OBJECTED TO | | |
| 398 | Oversee.net Financial Performance Update, December 2008, dated 2/9/09 (OVER021039-OVER021070) OBJECTED TO | | |
| 399 | Oversee.net Financial Performance Update, September 2008, dated 10/30/08 (OVER021134-OVER021154) OBJECTED TO | | |
| 400 | Oversee.net Financial Performance Update, August 2008, dated 10/3/08 (OVER021169-OVER021185) OBJECTED TO | | |
| 401 | Financials and Key Operating Metrics (OVER021213-OVER021224) OBJECTED TO | | |
| 402 | Oversee.net Financial Review, July 2010, dated 8/20/10 (OVER021806-OVER021830) OBJECTED TO | | |
| 403 | Oversee.net Bank Meeting Financial Review Q3 2009, dated 11/9/09 (OVER022313-OVER022338) OBJECTED TO | | |
| 404 | Monthly Moniker worksheets (OVER022618-OVER022816) OBJECTED TO | | |
| 405 | Oversee.net 2009 Preliminary Operating Plan, dated 12/12/08 (OVER023168-OVER023193) OBJECTED TO | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 406 | Oversee.net 2008 Operating Plan Board of Directors Meeting, dated 4/3/08 (OVER023194-OVER023206) OBJECTED TO | | |
| 407 | Oversee.net Board of Directors Meeting, Finance, dated 8/21/08 (OVER023207-OVER023226) OBJECTED TO | | |
| 408 | Oversee.net Financial Overview - Q3 2008 Board of Directors Meeting, dated 11/6/08 (OVER023227-OVER023253) OBJECTED TO | | |
| 409 | Oversee.net Q2 Board Update Financial Review, dated 8/13/09 (OVER023288-OVER023323) OBJECTED TO | | |
| 410 | Oversee.net Financial Performance Update, February 2009, dated 4/13/09 (OVER021284-OVER021306) OBJECTED TO | | |
| 411 | Oversee.net Presentation titled "Summary of Performance" (OVER021415-OVER021439) OBJECTED TO | | |
| 412 | Oversee.net Presentation titled "Jan 09 Summary of Performance" (OVER021463-OVER021480) OBJECTED TO | | |
| 413 | Oversee.net Presentation titled "Summary of Performance" (OVER021504-OVER021526) OBJECTED TO | | |
| 414 | Oversee.net MBR Financial Review, September 2010, dated 10/20/10 (OVER021929-OVER021953) OBJECTED TO | | |
| 415 | Oversee.net Presentation titled "Summary of Performance" (OVER022509-OVER022531) OBJECTED TO | | |
| 416 | Oversee.net Financial Overview - Q4 2008 Board of Directors Meeting, dated 2/11/09 (OVER022563-OVER022589) OBJECTED TO | | |

FIRST AMENDED JOINT EXHIBIT LIST
-33-

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 417 | Oversee.net Financial Overview - Q4 2008 Board of Directors Meeting, dated 2/11/09 (OVER023274-OVER023287) OBJECTED TO | | |
| 418 | Oversee.net Board of Directors' Meeting 2009 Preliminary Results, dated 1/20/10 (OVER023367-OVER023410) OBJECTED TO | | |
| 419 | Oversee.net Board of Directors' Meeting 2009 Preliminary Results, dated 1/20/10 (OVER023487-OVER023530) OBJECTED TO | | |
| 420 | Compilation of domain names (MCAHN009259-MCAHN009300) OBJECTED TO | | |
| 421 | Net income spreadsheet for Moniker and Snapnames, 2008-2010 (OVER019109) OBJECTED TO | | |
| 422 | Net income spreadsheet, 1/1/08-12/31/08 (OVER019140) OBJECTED TO | | |
| 423 | Oversee.net MIP Calculations Change Log (OVER019163-OVER019174) OBJECTED TO | | |
| 424 | E-mail from Jeff Kupietzky to Monte Cahn re: VS Summary Wk 43.xls dated 10/27/08 (MCAHN003907) | | |
| 425 | E-mail from Jeff Kupietzky to David Coombs and Stacey Peterson re: Aftermarket and Registrar restructuring – Sales and Services dated 12/9/08 (MCAHN003909) | | |
| 426 | Moniker Sales Compensation Plan Changes Effective October 1, 2008 dated 9/22/08 (MCAHN003910-MCAHN003912) | | |
| 427 | E-mail chain from Jeff Kupietzky to Monte Cahn re: 2009 Bonus dated 2/2/10 (MCAHN003930-MCAHN003931) | | |
| 428 | E-mail chain from Monte Cahn to Jeff Kupietzky re: Revised Comp Plan dated 1/15/10 (MCAHN003932-MCAHN003934) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 429 | E-mail chain from Jeff Kupietzky to Monte Cahn re: 3 opptys dated 5/7/09 (MCAHN003967-MCAHN003969) | | |
| 430 | E-mail chain from Jeff Kupietzky to Monte Cahn and Peter Celeste re: Employee Issue Regarding Bonuses dated 2/3/09 (MCAHN004006-MCAHN004007) | | |
| 431 | E-mail chain from Jeff Kupietzky to Monte Cahn re: Comments on New Comp Plan dated 10/22/08 (MCAHN004010-MCAHN004011) | | |
| 432 | E-mail chain from Peter Celeste to Monte Cahn re: Your Q2 Commission dated 9/14/09 (MCAHN004154-MCAHN004157) | | |
| 433 | E-mail chain from Peter Celeste to Monte Cahn re: Follow Up from Our Call dated 8/23/09 (MCAHN004160-MCAHN004161) OBJECTED TO | | |
| 434 | E-mail chain from Peter Celeste to Monte Cahn re: Comp Plan dated 2/7/09 (MCAHN004246-MCAHN004249) OBJECTED TO | | |
| 435 | E-mail from Victor Pitts to Monte Cahn, Michael White and Michele Van Tilborg re: Elliott ask 5 with…Brandon Abbey of Escrow.com dated 12/23/09 (MCAHN004732-MCAHN004734) | | |
| 436 | Oversee.net Financial Review March & Q1 2009 Board of Directors Meeting, dated 5/12/09 (OVER021371-OVER021394) | | |
| 437 | E-mail dated 12/16/09 from Jeff Kupietzky to DL-staff, DL-staff Portland and DL-staff Florida re: What's Happening - December (MCAHN003949-MCAHN003953) OBJECTED TO | | |
| 438 | Complaint, dated 5/3/11 | | |
| 439 | First Amended Complaint, dated 6/21/11 | | |
| 440 | Second Amended Complaint, dated 9/6/11 | | |
| 441 | Third Amended Complaint, dated 11/21/11 | | |
| 442 | List of Press Releases ending 9/30/08 (OVER023891-OVER023892) | | |

FIRST AMENDED JOINT EXHIBIT LIST
-35-

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 443 | 2009 Oversee.net Press Releases/Moniker PR Highlighted, ending 12/17/09 (OVER023893-OVER023894) | | |
| 444 | Forti Communications Inc. Activity Report - May 1 - May 31, 2009 to Mason Cole for May Project Summary, dated 5/31/09 (OVER023895) | | |
| 445 | Forti Communications Inc. Activity Report - June 1 - June 28, 2009 to Mason Cole for June Project Summary, dated 6/29/09 (OVER023896) | | |
| 446 | Forti Communications Inc. Activity Report - June 29 - July 31, 2009 to Mason Cole for July Project Summary, dated 7/31/09 (OVER023897) | | |
| 447 | Forti Communications Inc. Activity Report - August 1 - August 31, 2009 to Mason Cole for August Project Summary, dated 9/1/09 (OVER023898) | | |
| 448 | Forti Communications Inc. Activity Report - September 1 - September 30, 2009 to Mason Cole for September Project Summary, dated 10/12/09 (OVER023899) | | |
| 449 | Forti Communications Inc. Activity Report - October 1 - October 31, 2009 to Mason Cole for October Project Summary, dated 11/7/09 (OVER023900-OVER023901) | | |
| 450 | Forti Communications Inc. Activity Report - November 1 - November 30, 2009 to Mason Cole for November Project Summary, dated 12/11/09 (OVER023902-OVER023903) | | |
| 451 | Forti Communications Inc. Activity Report - December 1 - December 31, 2009 to Mason Cole for December Project Summary, dated 1/4/10 (OVER023904) | | |
| 452 | 2010 Moniker/Oversee Press Releases, ending 12/21/10 (OVER023905-OVER023908) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 453 | Forti Communications Inc. Activity Report - February 1 - February 28, 2009 to Mason Cole for February Project Summary, dated 3/1/10 (OVER023909) | | |
| 454 | Forti Communications Inc. Activity Report - March 1 - March 31, 2009 to Mason Cole for March Project Summary, dated 4/1/10 (OVER023910-OVER023911) | | |
| 455 | Forti Communications Inc. Activity Report - April 1 - April 30, 2009 to Mason Cole for April Project Summary, dated 5/1/10 (OVER023912-OVER023913) | | |
| 456 | Forti Communications Inc. Activity Report - May 1 - May 31, 2009 to Mason Cole for May Project Summary, dated 6/1/10 (OVER023914-OVER023915) | | |
| 457 | Forti Communications Inc. Activity Report - June 1 - June 30, 2010 to Mason Cole for June Project Summary, dated 7/1/10 (OVER023916-OVER023917) | | |
| 458 | Forti Communications Inc. Activity Report - July 1 - July 31, 2010 to Mason Cole for July Project Summary, dated 8/1/10 (OVER023918-OVER023919) | | |
| 459 | Forti Communications Inc. Activity Report - September 1 - September 30, 2010 to Mason Cole for September Project Summary, dated 10/8/10 (OVER023920) | | |
| 460 | Forti Communications Inc. Activity Report - October 1 - October 31, 2010 to Mason Cole for October Project Summary, dated 11/8/10 (OVER023921-OVER023922) | | |
| 461 | Forti Communications Inc. Activity Report - November 1 - November 30, 2010 to Mason Cole for November Project Summary, dated 12/1/10 (OVER023923-OVER023924) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 462 | Forti Communications Inc. Activity Report - December 1 - December 31, 2010 to Mason Cole for December Project Summary, dated 1/1/11 (OVER023925) | | |
| 463 | E-mail chain ending 1/8/08 from Jeff Kupietzky to Lawrence Ng re: we need to talk (OVER024377) | | |
| 464 | E-mail from Monte Cahn to Lawrence Ng re: important and confidential (OVER024378-OVER024379) | | |
| 465 | E-mail chain ending 2/4/09 from Monte Cahn to Peter Celeste, Jeff Kupietzky and Don Watters re: employee issue regarding bonuses (MCAHN019384-MCAHN019386) | | |
| 466 | E-mail dated 12/15/08 from Monte Cahn to DL-FLL Staff re: Retention Bonus (MCAHN021639) | | |
| 467 | Rebuttal Report of George G. Strong, Jr., dated 12/28/11 | | |
| 468 | Exhibits #1-7 to the Rebuttal Report of George G. Strong, Jr., dated 12/28/11 | | |
| 469 | Moniker Confidential Business Summary (OVER024321-OVER024338) | | |
| 470 | Letter dated 8/3/09 from Peter Celeste to Craig Snyder re: Revised Offer of Employment (OVER023887-OVER023890) | | |
| 471 | E-mail chain ending 1/16/08 from Monte Cahn to Divyank Turakhia, Bhavin Turakhia and Mason Cole re: Quick Update on our discussion (OVER024606-OVER024609) | | |
| 472 | E-mail chain ending 2/12/08 from Monte Cahn to Michael White, Victor Pitts and Eric Harrington re: Pacing – ROUGH!! (OVER024610) | | |

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 473 | E-mail dated 2/14/08 from Monte Cahn to Genie White, et al. re: mgt presentation given today (attachment) (OVER024611-OVER024646) | | |
| 474 | In Re: The Marriage of Dana K. Cahn and Monte Cahn, Husband's Answer to Wife's Petition for Dissolution of Marriage and Verified Counterpetition for Dissolution of Marriage and Other Relief, dated 2/3/09 | | |
| 475 | In Re: The Marriage of Dana K. Cahn and Monte Cahn, Petitioner's First Request for Production of Documents, dated 3/16/09 | | |
| 476 | In Re: The Marriage of Dana K. Cahn and Monte Cahn, Respondent/Husband's Response to Petitioner's First Request for Production of Documents, dated 4/27/09 | | |
| 477 | Email dated 9/6/07 from Monte Cahn to Ken Hall, et al. re: financing | | |
| 478 | Email dated 9/14/07 from Ken Hall to Monte Cahn re: follow up | | |
| 479 | Email dated 9/14/07 from Ken Hall to Steven Manket, et al. re follow up | | |
| 480 | Email dated 9/14/07 from Tolman Geffs to Lance Podell re Board Call | | |
| 481 | Email dated 9/19/07 from Monte Cahn to Tolman Geffs, et al. re: how long do they have to respond? | | |
| 482 | Email dated 9/20/07 from Ken Hall to Monte Cahn re: Mercury | | |
| 483 | Email dated 9/27/07 from Lance Podell to Seevast Board, et al. re Gold Deal | | |
| 484 | Email dated 9/28/07 from Monte Cahn to Tolman Geffs re: Gold Deal | | |
| 485 | Email dated 10/1/07 from Tolman Geffs to Lance Podell, et al. re: millennium meeting on Friday? | | |
| 486 | Email dated 10/3/07 from Tolman Geffs to Ken Hall re: Compromise | | |
| 487 | Email dated 10/18/07 from Tolman Geffs to Ken Hall, et al. re: Data Request Accounting 10/18/07 | | |

FIRST AMENDED JOINT EXHIBIT LIST

123140.1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 488 | Email dated 11/9/07 from Tolman Geffs to Ken Hall re: Moniker – Preliminary Jan-Oct 2007 PL for review comment | | |
| 489 | Email dated 11/9/07 from Tolman Geffs to Ken Hall, et al. re: Draft Submittal | | |
| 490 | Email dated 11/11/07 from Tolman Geffs to Ken Hall re: Monker.com/Monte Cahn | | |
| 491 | Email dated 11/11/07 from Tolman Geffs to Monte Cahn, et al. re: Moniker.com/Monte Cahn | | |
| 492 | Email dated 11/20/07 from Tolman Geffs to Morgan Elwyn, et al. re: California counsel | | |
| 493 | Email dated 12/14/07 from Tolman Geffs to Rob Perdue, et al. re: Congrats and Thanks | | |
| 494 | Email dated 2/26/10 from Sam Tseng to Monte Cahn re: Porchester Partners, Inc. | | |
| 495 | Email dated 10/27/07 from Tolman Geffs to Monte Cahn and Ken Hall re: mercury owned domains? | | |
| 496 | Email dated 8/3/08 from Jeff Kupietzky to Monte Cahn re: MIP to Actual – Final (OVER000025-OVER000029) | | |
| 500 | E-mail dated 7/13/07 from Josh Armstrong to Tolman Geffs, Monte Cahn and Ken Hall re: Project Mercury - Revised Bid (attachment) (OVER018705-OVER018712) (same as exhibit 394) | | |
| 501 | Email dated 9/13/07 from Jeff Navach to Tolman Geffs, et al. re: follow up (OVER000286-OVER000287) | | |

DATED: January 23, 2012          LEWIS BRISBOIS BISGAARD & SMITH

By: */s/ Kenneth D. Watnick*                    .

Kenneth D. Watnick
Sonja Harrington
Attorneys for Plaintiff
MONTE CAHN

123140.1

1   DATED:  January 23, 2012          WILLENKEN WILSON LOH & LIEB LLP

2                                            By: */s/ William A. Delgado*                .

3                                            William A. Delgado

4                                            Attorneys for Defendants
                                             OVERSEE.NET, JEFFREY KUPIETZKY, and
5                                            LAWRENCE NG, and Third Party ROBERT L.
                                             MORSE, JR.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

123140.1

1

## <u>CERTIFICATE OF SERVICE</u>

2

3          I hereby certify that I electronically filed the foregoing with the Clerk of the

4   Court using the CM/ECF system which will send notification of such filing to the

5   Electronic Service List for this Case.

6   Dated:  January 23, 2012                    WILLENKEN WILSON LOH & LIEB LLP

7

8                                               By: */s/ William A. Delgado*                    .
                                                William A. Delgado
9                                               Attorneys for Defendants OVERSEE.NET,
10                                              JEFFREY KUPIETZKY, and LAWRENCE NG

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED JOINT EXHIBIT LIST
-42-