William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual, | Case No. CV11-03800 SVW (AGRx) |
| Plaintiff, | |
| v. | **DEFENDANT OVERSEE.NET'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF THE DEPOSITION OF WILLIAM J. GROSS** |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | |
| Defendants. | DATE:   January 24, 2012<br>TIME:   9:30 A.M.<br>PLACE: Crtrm. 6 |
| | Complaint Filed:   May 3, 2011<br>Pretrial Conf. Date: January 10, 2012<br>Trial Date:   January 24, 2012 |

OVERSEE'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF DEPOSITION OF WILLIAM J. GROSS

Defendants Oversee.net ("Oversee") submits the following evidentiary objections to Plaintiff's designations of the deposition of William J. Gross.

## OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF THE DEPOSITION OF WILLIAM J. GROSS

| Designations in Gross Deposition | Objection |
| --- | --- |
| Page 118, line 12-Page 119, line 25; Page 120, line 9-24; Page 121, line 18-23 | Witness' understanding or interpretation as to what may constitute amendment or breach of MIP is irrelevant, as it calls for legal conclusion to be determined by the Court.  Fed. R. Evid. 401. |

Dated:  January 23, 2012

WILLENKEN WILSON LOH & LIEB LLP

By:/s/ William A. Delgado
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: January 23, 2012          WILLENKEN WILSON LOH & LIEB LLP

By: */s/ William A. Delgado*
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

---

DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF DEPOSITION OF WILLIAM J. GROSS
2