William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>   Defendants. | Case No. CV11-03800 SVW (AGRx)<br><br>**DEFENDANT OVERSEE.NET'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF THE DEPOSITION OF JEFF KUPIETZKY**<br><br>DATE:  January 24, 2012<br>TIME:  9:30 A.M.<br>PLACE: Crtrm. 6<br><br>Complaint Filed:   May 3, 2011<br>Pretrial Conf. Date: January 10, 2012<br>Trial Date:        January 24, 2012 |

OVERSEE'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF DEPOSITION OF JEFF KUPIETZKY

Defendants Oversee.net ("Oversee") submits the following evidentiary objections to Plaintiff's designations of the deposition of Jeff Kupietzky.

## OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF THE DEPOSITION OF JEFF KUPIETZKY

| Designations in Kupietzky Deposition | Objection |
|---|---|
| Page 257, line 14-Page 258, line 10 | Lack of foundation and speculation as to Mr. Williamson's intent.  Fed. R. Evid. 602. |
| Page 280, line 5-16 | Lack of foundation and speculation as to motivations of subordinates.  Fed. R. Evid. 602 |
| Page 289, line 11-25 | Lack of foundation and speculation as to intentions of emails' authors.  Fed. R. Evid. 602.  Testimony regarding contents of email violates best evidence rule, as content speaks for itself.  Fed. R. Evid. 1002. |
| Page 300, line 11-Page 301, line 7 | Lack of foundation and speculation as to Craig Snyder's beliefs and intentions Fed. R. Evid. 602 |

1 | Dated: January 23, 2012     WILLENKEN WILSON LOH & LIEB LLP

By: */s/ William A. Delgado*
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  January 23, 2012                       WILLENKEN WILSON LOH & LIEB LLP

By: */s/ William A. Delgado*
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG