William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>        Defendants. | Case No. CV11-03800 SVW (AGRx)<br><br>**DEFENDANT OVERSEE.NET'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF THE DEPOSITION OF ROBERT MORSE, JR.**<br><br>DATE:    January 24, 2012<br>TIME:    9:30 A.M.<br>PLACE:   Crtrm. 6<br><br>Complaint Filed:    May 3, 2011<br>Pretrial Conf. Date: January 10, 2012<br>Trial Date:          January 24, 2012 |

OVERSEE'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF DEPOSITION OF ROBERT MORSE, JR.

Defendants Oversee.net ("Oversee") submits the following evidentiary objections to Plaintiff's designations of the deposition of Robert Morse, Jr.

## OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF THE DEPOSITION OF ROBERT MORSE, JR.

| Designations in Morse Deposition | Objection |
| --- | --- |
| Page 18, line 9-14 | Witness' understanding or interpretation of MIP's potential impact on Mr. Cahn is irrelevant. Fed. R. Evid. 401.  Testimony regarding contents of MIP violates best evidence rule.  Fed. R. Evid. 1002. |
| Page 57, line 1-17; Page 57, line 25-Page 58, line 1. | Testimony regarding what document states in regards to Mr. Celeste's performance violates best evidence rule, as document speaks for itself.  Fed. R. Evid. 1002. |
| Page 81, line 24-Page 82, line 12. | Testimony regarding what document states in regards to target and actual financial performance violates best evidence rule, as document speaks for itself.  Fed. R. Evid. 1002. |

Dated:  January 23, 2012            WILLENKEN WILSON LOH & LIEB LLP


By:*/s/ William A. Delgado*
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: January 23, 2012          WILLENKEN WILSON LOH & LIEB LLP


By: */s/ William A. Delgado*
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG