1 William A. Delgado (Bar No. 222666)
  wdelgado@willenken.com
2 Leemore Kushner (State Bar No. 221969)
3 lkushner@willenken.com
  WILLENKEN WILSON LOH & LIEB LLP
4 707 Wilshire Blvd., Suite 3850
5 Los Angeles, CA 90017
  Tel: (213) 955-9240
6 Fax: (213) 955-9250
7
8 Attorneys for Defendants
  OVERSEE.NET, JEFFREY KUPIETZKY,
9 and LAWRENCE NG
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MONTE CAHN, an individual, | Case No. CV11-03800 SVW (AGRx) |
|---|---|
| Plaintiff, | **DEFENDANT OVERSEE.NET'S NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS** |
| v. | |
| OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10 | |
| Defendants. | Complaint Filed: May 3, 2011<br>Pretrial Conf. Date: January 10, 2012<br>Trial Date: January 24, 2012 |

1  TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE THAT Defendant Oversee.net hereby lodges with the
4  Court original or certified copies of the entire deposition transcripts as designated
5  below:
6      1.    Monte Cahn, conducted on November 15, 2011 (certified copy);
7      2.    Monte Cahn, conducted on November 15, 2011, designated as
8  Confidential – Attorney's Eyes Only (certified copy);
9      3.    William J. Gross, Esq., conducted on December 5, 2011 (certified copy);
10     4.    Robert L. Morse Jr., conducted on January 5, 2012 (original);
11     5.    Robert L. Morse Jr., conducted on January 5, 2012, designated as
12 Confidential – Attorney's Eyes Only (original).
13     The transcripts of William J. Gross, Esq. and Robert L. Morse Jr. are designated
14 in accordance with paragraph C.7.a. of the Court's Civil Trial Preparation Order.

Dated: January 24, 2012        WILLENKEN WILSON LOH & LIEB LLP

By: /s/ Leemore Kushner
Leemore Kushner
Attorneys for Defendants OVERSEE.NET,
JEFFREY KUPIETZKY, and LAWRENCE NG