ORIGINAL



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>Defendants. | Case No. CV-11-03800 SVW (AGRx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT OVERSEE.NET'S APPLICATION TO FILE UNREDACTED VERSION OF TRIAL BRIEF UNDER SEAL<br><br>Complaint Filed:     May 3, 2011<br>Pretrial Conf. Date: January 10, 2012<br>Trial Date:          January 24, 2012 |



[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

## [PROPOSED] ORDER

The Court has considered Defendant Oversee.net's Application to File Unredacted Trial Brief Under Seal. The referenced document contains confidential business information of Defendant, a private company. The Court finds that if such business information were made publicly available, it would harm Defendant's competitive standing. *Nixon v. Warner Commns., Inc.*, 435 U.S. 589, 598-99 (1978) (district court has discretion to protect against judicial records being used as sources of business information to the detriment of a litigant).

COMPELLING REASON APPEARING THEREFOR, IT IS HEREBY ORDERED that Defendant Oversee.net's Application to File Unredacted Trial Brief Under Seal is GRANTED. The Clerk of the Court shall file under seal and prohibit public access thereto through the ECF system the following documents:

1. The Unredacted Version of the Trial Brief.

IT IS HEREBY ORDERED that Oversee.net shall have three (3) business days to file a redacted version of the Trial Brief through the CM/ECF system.

DATED: 1/19/12

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE