UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-03800-SVW -AGR | Date | February 2, 2012 |
|---|---|---|---|
| Title | Monte Cahn v. Oversee.net et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER ON MOTION TO COMPEL [234]

    On January 18, 2012, Defendant Oversee.net filed its objections to a January 5, 2012 Order (Dkt. No. 218) from Magistrate Judge Rosenberg in which Judge Rosenberg ordered Oversee to produce "the responsive information necessary for the Management Incentive Plan ("MIP") calculation for those customers who were (1) existing customers of DomainSponsor as of the date of the MIP acquisition and whose business with DomainSponsor expanded after January 1, 2008." Oversee filed its Objections, arguing that it should not have to produce such information based on its interpretation of the MIP. On January 25, 2012, this Court stayed Judge Rosenberg's Order. (Dkt. No. 260). Plaintiff then filed his Response to Oversee's Objections on February 1, 2012. (Dkt. No. 271).

    The Court believes that it would benefit from more thorough briefing on the issue of contract interpretation that led to the parties' discovery dispute. Accordingly, the Court will consider a Motion for Partial Summary Judgment before determining whether to lift the stay on Judge Rosenberg's January 5, 2012 Order.

:

Initials of Preparer     PMC