The full content of this file cannot be displayed with your current PDF viewer. Please update to the latest possible version to view this document.