**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
　E-Mail: barber@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
　E-Mail: watnick@lbbslaw.com
SONJA HARRINGTON, SB# 261053
　E-Mail: sharrington@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for MONTE CAHN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MONTE CAHN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and Does 1 through 10,<br><br>　　　　Defendants. | CASE NO. CV11-03800 SVW (AGRx)<br><br>The Honorable Stephen V. Wilson<br><br>**MONTE CAHN'S NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION [FILED UNDER SEAL]**<br><br>Date: April 23, 2012<br>Time: 1:30 p.m.<br>Place: Crtrm. 6<br><br>Complaint Filed:　　May 3, 2011 |

MONTE CAHN'S NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 23, 2012, at 1:30 p.m. in the Courtroom 6 of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, CA 90012, Plaintiff Monte Cahn ("Cahn") will, and hereby does, move this Court for Summary Judgment on the issue of Oversee's treatment of TrafficClub "customers".

Cahn is asserting claims against Defendants Oversee.net ("Oversee"), Jeff Kupietzky and Lawrence Ng for breach of contract, accounting, fraud and conversion. Cahn is entitled to summary adjudication as to the issue of Oversee's breach of the MIP as it relates to the TrafficClub Business Segment for the following reasons:

1. Oversee breached the MIP by eliminating TrafficClub and rendering performance under the MIP impossible; and
2. Oversee breached section 9 of the MIP by making a material change to the MIP without Cahn's consent; and
3. Oversee breached the implied covenant of good faith and fair dealing under the MIP by depriving Cahn of the benefit of the bargain; and
4. Oversee breached section 14(a) of the MIP by failing to track TrafficClub under the MIP; and
5. Oversee breached section 2 of the MIP by failing to certify whether Cahn's performance goals had been attained; and
6. Oversee breached the MIP by failing to properly credit Cahn for the DomainSponsor customers that he expanded pursuant to Oversee's directive.

This Motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure and is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities attached hereto, the Separate Statement of Uncontroverted Facts and Conclusions of Law, the Declaration of Kenneth D. Watnick, the

1 | Declaration of Monte Cahn, the Court's file in this action, all matters of which this
2 | Court must or may take judicial notice, and on such further evidence and argument
3 | that Cahn may present before or at the hearing on this matter.
4 |     This motion is made pursuant to the Court's February 2, 2012 Order [Doc.
5 | No. 272].

7 | DATED: March 19, 2012    JOHN L. BARBER
8 |     KENNETH D. WATNICK
    SONJA HARRINGTON
9 |     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

12 |     By:    */s/ Sonja Harrington*
        Sonja Harrington
13 |         Attorneys for Plaintiff MONTE CAHN

**MEMORANDUM OF POINTS AND AUTHORITIES**

# FILED UNDER SEAL