William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>Defendants. | Case No. CV11-03800 SVW (AGRx)<br><br>**DEFENDANT OVERSEE.NET'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE: TRAFFICCLUB**<br><br>DATE:   April 23, 2012<br>TIME:   1:30 p.m.<br>PLACE: Courtroom 6<br><br>Complaint Filed: May 3, 2011 |

Pursuant to Local Rule 56-1, Defendant Oversee.net hereby submits its Separate Statement of Uncontroverted Facts and Conclusions of Law in support of its Motion for Partial Summary Judgment, or in the Alternative, Summary Adjudication:

| **Uncontroverted Facts** | **Evidence** |
|---|---|
| 1. The MIP defines "Gross Profit" as "total revenues from customers of the TrafficClub Business Segment less all cost of goods sold relating thereto (including revenue share payments); provided, however, in the case of Shared Customers, Gross Profit shall be determined by multiplying (i) the Gross Profit from such Shared Customers by (ii) the Applicable Shared Customer Percentage." | 1. Oversee.net 2007 Management Incentive Plan ("MIP") at Section 15(k) (Trial Exhibit 1). |
| 2. The MIP defines "TrafficClub Customers" as "(i) those existing customers of Moniker's TrafficClub Business Segment as of the adoption date of this Plan that were not customers of the Company on the date of this Plan or at any time during the twelve (12) months prior to the date of this Plan, (ii) any new customers of any domain monetization business of Moniker or the Company added after the adoption date of this Plan which (A) were not customers of the | 2. MIP, Section 15(aa). |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | Company at any time during the twelve (12) months prior to becoming a customer of the domain monetization business of Moniker or the Company and (B) became customers of the Company or Moniker substantially as the result of the efforts of Monte Cahn or another employee of the Company performing services for Moniker and (iii) those customers of Moniker's TrafficClub Business Segment as of the date of this Plan that were also customers of DomainSponsor (such customers in this clause (iii) referred to as, 'Shared Customers')." | |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | 3.  The MIP's definition of "TrafficClub Customers" does not include a category for "Enhanced Customers" (i.e., people and companies who, at the time the MIP was adopted, were customers of DomainSponsor only and whose business with DomainSponsor Cahn expanded through his substantial efforts). | 3.  MIP, Section 15(aa). |
| 23<br>24<br>25 | 4.  The definition of "TrafficClub Customers" in earlier drafts of the MIP did not include "Enhanced Customers." | 4.  Trial Exhibits 115, 116, 118, 122. |
| 26<br>27 | 5.  The MIP was written to take into account the potential transition of | 5.  Direct Examination of Jeffrey Kupietzky (Docket No. 246) at ¶ 71. |
| 28 | | |

| | |
|---|---|
| TrafficClub customers into DomainSponsor®. | |
| 6.  The definition of "TrafficClub Customers" in the MIP was never amended to include "Enhanced Customers." | 6.  Declaration of Jeffrey Kupietzky, dated March 7, 2012, at ¶ 15. |

Dated:  March 19, 2012            WILLENKEN WILSON LOH & LIEB LLP


By:/s/ William A. Delgado
William A. Delgado,
Attorneys for Defendants OVERSEE.NET, JEFFFREY KUPIETZKY, and LAWRENCE NG

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: March 19, 2012         WILLENKEN WILSON LOH & LIEB LLP

By: */s/ William A. Delgado*
William A. Delgado,
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG