William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV11-03800 SVW (AGRx)<br><br>**DEFENDANT OVERSEE.NET'S EVIDENTIARY OBJECTIONS IN OPPOSITION TO PLAINTIFF MONTE CAHN'S MOTION FOR SUMMARY ADJUDICATION**<br><br>**Date:   April 23, 2012**<br>**Time:  1:30 p.m.**<br>**Place: Courtroom 6**<br><br>Assigned to the Hon. Stephen V. Wilson<br><br>Complaint Filed: May 3, 2011 |

Defendant Oversee.net submits the following evidentiary objections to the Declaration of Kenneth Watnick, filed in support of Monte Cahn's Motion for Summary Adjudication:

| **Portion of Watnick Declaration** | **Objection** |
|---|---|
| Exhibit 7. | Hearsay. Fed. R. Evid. 801, 802. |
| Exhibit 15. | Incorporated from Oversee's Evidentiary Objections to the Direct Examination of Monte Cahn, filed January 20, 2012 (Docket No. 242). |

Dated: April 2, 2012         WILLENKEN WILSON LOH & LIEB LLP

By: */s/ William A. Delgado*
William A. Delgado
Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: April 2, 2012                    WILLENKEN WILSON LOH & LIEB LLP


By: */s/ William A. Delgado*
    William A. Delgado
    Attorneys for Defendants
    OVERSEE.NET, JEFFREY
    KUPIETZKY, and LAWRENCE NG