William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Leemore Kushner (State Bar No. 221969)
lkushner@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>                    Plaintiff,<br><br>      v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>                    Defendants. | Case No. CV-11-03800 SVW (AGRx)<br><br>**DECLARATION OF WILLIAM A. DELGADO IN OPPOSITION TO CAHN'S MOTION FOR SUMMARY ADJUDICATION**<br><br>**Date:   April 23, 2012**<br>**Time:  1:30 p.m.**<br>**Place: Courtroom 6**<br><br>Complaint Filed: May 3, 2011<br>Pretrial Date:      January 10, 2012<br>Trial Date:          January 24, 2012 |

# DECLARATION OF WILLIAM A. DELGADO

I, William A. Delgado, do hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court and a member of Willenken Wilson Loh & Lieb LLP, counsel of record for Defendants Oversee.net ("Oversee"), Jeff Kupietzky and Lawrence Ng in the above captioned case. I have personal knowledge of the facts stated herein and, if called as a witness, I could competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of Trial Exhibit 72, admitted into evidence on January 25, 2012.

3. Attached as Exhibit B is a true and correct copy of Trial Exhibit 73, admitted into evidence on January 25, 2012.

4. Attached as Exhibit C are true and correct copies of relevant excerpts from the Confidential Deposition Transcript of Monte Cahn, taken November 15, 2011. These particular excerpts are not confidential in nature.

5. Attached as Exhibit D is a true and correct copy of Trial Exhibit 394, admitted into evidence on January 25, 2012.

6. Attached as Exhibit E is a true and correct copy of Trial Exhibit 76, admitted into evidence on January 24, 2012.

7. Attached as Exhibit F is a true and correct copy of Trial Exhibit 305, authenticated in the Declaration of Jeffrey Kupietzky, dated March 27, 2012, contemporaneously filed herewith.

8. Attached as Exhibit G is a true and correct copy of Trial Exhibit 7, authenticated in the Declaration of Jeffrey Kupietzky, dated March 27, 2012, contemporaneously filed herewith.

9. Attached as Exhibit H are true and correct copies of relevant excerpts from the Non-confidential Deposition Transcript of Monte Cahn, taken November 15, 2011.

10. Attached as Exhibit I is a true and correct copy of Trial Exhibit 463, authenticated in the Declaration of Jeffrey Kupietzky, dated March 27, 2012, contemporaneously filed herewith.

11. Attached as Exhibit J are true and correct copies of relevant excerpts of the Deposition Transcript of Jeffreky Kupietzky, taken October 26, 2011.

12. Attached as Exhibit K is a true and correct copy of Trial Exhibit 323, authenticated in the Declaration of Jeffrey Kupietzky, dated March 27, 2012, contemporaneously filed herewith.

13. Attached as Exhibit L is a true and correct copy of Trial Exhibit 324, authenticated in the Declaration of Jeffrey Kupietzky, dated March 27, 2012, contemporaneously filed herewith.

14. Attached as Exhibit M is a true and correct copy of Trial Exhibit 472, authenticated in the Declaration of Jeffrey Kupietzky, dated March 27, 2012, contemporaneously filed herewith.

15. Attached as Exhibit N is a true and correct copy of Trial Exhibit 496, admitted into evidence January 24, 2012.

16. Attached as Exhibit O are true and correct copies of relevant excerpts of the Deposition Transcript of Stephen O'Neill, taken November 7, 2011.

17. Attached as Exhibit P is a true and correct copy of Trial Exhibit 18, authenticated in the Declaration of Jeffrey Kupietzky, dated March 27, 2012, contemporaneously filed herewith.

18. Attached as Exhibit Q is a true and correct copy of Trial Exhibit 9, authenticated in the Declaration of Jeffrey Kupietzky, dated March 27, 2012, contemporaneously filed herewith.

19. In November 2009, Manila and Netsphere filed suit against Oversee.net ("Oversee") in Los Angeles Superior Court ("*Manila Industries et al. v. Oversee.net*") because a third party had converted Manila's domain names and had used Oversee to

monetize the domain names. Manila and Netsphere sought to recover that monetization revenue from Oversee. Oversee retained me to represent it in that matter.

20. On June 29, 2010, I attended a mediation before Hon. Stephen Haberfeld (Ret.) in the *Manila Indus. et al. v. Overse.net* lawsuit together with Jeffrey Kupietzky, Oversee's Chief Executive Officer at the time, and Todd Greene, Oversee's General Counsel. Monte Cahn was not in attendance nor did we call him for his input.

21. We met with representatives of Manila/Netsphere, including Munish Krishan, Ravi Puri, and John MacPete from the law firm of Locke Lord LLP, Manila/Netsphere's outside counsel.

22. The mediation commenced at the offices of JAMS in downtown Los Angeles which is located in the same building as my law firm. At approximately 6:30 p.m., the parties decided to continue negotiations without the assistance of Judge Haberfeld and, so, moved the negotiation session to my law firm offices. By 6:30 p.m., Mr. Greene and Mr. Kupietzky had left for the day so I was the only representative for Oversee that was physically present, but I remained in telephonic communication with both Mr. Kupietzky and Mr. Greene throughout the evening as the parties continued to exchange settlement proposals.

23. The parties reached an agreement in principle approximately at midnight.

24. As a result of the mediation, Oversee and Manila/Netsphere subsequently entered into a settlement agreement which resolved the *Manila Indus. et al. v. Overse.net* lawsuit.

//

//

25. At the same time that Oversee settled the litigation, Manila entered into certain agreements with Oversee and its wholly-owned subsidiaries Moniker Online Services, LLC and SnapNames.com, Inc. that provided for the registration of domain names through the Moniker registrar and the monetization of domain names through DomainSponsor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of April, 2012, at Los Angeles, California.

*/s/William A. Delgado* .
William A. Delgado

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  April 2, 2012                         WILLENKEN WILSON LOH & LIEB LLP


By: */s/ William A. Delgado*                    .
　　William A. Delgado
　　Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG