# EXHIBIT C

Cahn, Monte    November 15, 2011

Page 68

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   MONTE CAHN, an individual,    )
                                   )
 5                 Plaintiff,      )
                                   )
 6          vs.                    )  No. CV11-03800SVW
                                   )       (AGRx)
 7   OVERSEE.NET, a California     )
     corporation; JEFF KUPIETZKY,  )
 8   an individual, LAWRENCE NG, an)
     individual; and DOES 1 through)
 9   10,                           )
                                   )
10                 Defendants.     )
     _____)

11

12

13

14

15          Confidential Videotaped Deposition of

16      MONTE CAHN, taken on behalf of Defendants, at 707

17      Wilshire Boulevard, Suite 3850, Los Angeles,

18      California, commencing at 9:51 a.m. Tuesday,

19      November 15, 2011, before BETH ACHESON, Certified

20      Shorthand Reporter No. 12766.

21

22

23

24

25
```

Cahn, Monte      November 15, 2011

Page 84

11:35:37  1              MR. WATNICK:   Thank you.

11:35:39  2              THE WITNESS:   I'm sorry.  Can you just ask the

11:35:41  3      second question again now?

11:35:43  4      BY MR. DELGADO:

11:35:43  5         Q   Sure.  Do you know whether the pay-per-click

11:35:45  6      monetization industry grew or declined between 2006 and

11:35:52  7      2009?

11:35:55  8         A   I believe it grew in 2006 and 2007.  I don't

11:35:59  9      know what it did in 2008 and 2009.

11:36:10 10         Q   Do you know how long it took to prepare this

11:36:13 11      document?

11:36:17 12         A   I don't recall.  I didn't -- again, I didn't

11:36:20 13      write the document.  It was prepared by the -- by the

11:36:23 14      banker and that group, and it was a -- you know, again,

11:36:30 15      I think there was a number of different revisions of

11:36:32 16      the document.

11:36:33 17         Q   Well, the front cover says -- this is the May

11:36:36 18      2001 version.  Do you know how far in advance of May

11:36:41 19      2007 you started working with them to start to generate

11:36:44 20      this?

11:36:45 21         A   I think in January.

11:36:46 22         Q   Okay.  Do you know if there was a version that

11:36:48 23      existed before the May 2007 version?

11:36:52 24         A   I would assume so because there is several

11:36:56 25      versions of this.  You know, when I say "several,"

Page 85

11:36:59  1   there's more than two versions of this or maybe more

11:37:03  2   than three.

11:37:14  3               MR. DELGADO:   Let's mark this next exhibit as

11:37:17  4   73.

11:37:18  5               (Defendants' Exhibit 73 was marked for

11:37:18  6               identification by the court reporter.)

11:37:19  7               THE WITNESS:   Are we done with this one?

11:37:25  8   BY MR. DELGADO:

11:37:25  9        Q    For now.

11:37:26 10               MR. WATNICK:   Let's take the confidential

11:37:29 11   designation off.

11:37:38 12               MR. DELGADO:   Actually, we'll stay on because

11:37:39 13   this is marked confidential as well.  I just had an

11:38:08 14   extra copy.

11:38:09 15               THE WITNESS:   Do I use this one?

11:38:11 16   BY MR. DELGADO:

11:38:11 17        Q    Yeah.  Work off the exhibit.

11:38:14 18               MR. WATNICK:   Okay.  Oversee has designated

11:38:16 19   this document as confidential, so based on Oversee's

11:38:23 20   designation, I guess we're staying on the confidential.

11:38:29 21   BY MR. DELGADO:

11:38:29 22        Q    Take a look.  Familiarize yourself with that

11:38:32 23   document, and my first question is going to be if you

11:38:35 24   can tell me what that document is?

11:38:38 25        A    This is one of the versions of the management

Cahn, Monte      November 15, 2011

Page 86

11:38:41   1   presentation we gave to potential buyers or potential

11:38:45   2   bidders of the business.

11:38:47   3        Q    And who prepared that document?

11:38:50   4        A    Jordan Edmiston.

11:38:53   5        Q    Do you know how they prepared it?

11:38:55   6        A    The same way that the memorandum was prepared,

11:38:59   7   with input from Seevast and us, you know, Moniker

11:39:06   8   management and employees -- other employees.

11:39:09   9        Q    And I see your name, Mr. Harrington's name and

11:39:12  10   Ms. White's name appear on the first page of the

11:39:16  11   presentation; right?

11:39:17  12        A    Yes.

11:39:18  13        Q    So fair to say that, at least, the three of

11:39:21  14   you had some input into what this looked like?

11:39:24  15        A    Yes.

11:39:25  16        Q    And in terms of the information that appears

11:39:27  17   here, do you remember whether they just used the

11:39:31  18   information you gave to craft both this document and

11:39:34  19   the exhibit, or did you give them different information

11:39:38  20   for the different documents?

11:39:41  21             MR. WATNICK:  Objection.  Vague.  Compound.

11:39:44  22             THE WITNESS:  There's additional -- there's

11:39:45  23   different information in both documents, so I don't

11:39:51  24   know which percentage of the information came off the

11:39:55  25   memorandum versus the presentation itself.

Cahn, Monte     November 15, 2011

Page 87

11:39:58  1   BY MR. DELGADO:

11:39:58  2       Q   Did you have an opportunity to review and

11:40:01  3   approve this document as well?

11:40:03  4       A   I, obviously, reviewed it because we presented

11:40:06  5   it.

11:40:08  6       Q   But before you were out presenting it, did you

11:40:13  7   have an opportunity to either give it a thumbs-up or a

11:40:17  8   thumbs-down in terms of the information and its

11:40:21  9   accuracy?

11:40:21 10       A   I had some input into it.  Seevast,

11:40:25 11   ultimately, made the decision whether it was an

11:40:28 12   approved document or not.

11:40:30 13       Q   Did you believe any of the information in here

11:40:31 14   was inaccurate?

11:40:33 15           MR. WATNICK:  Objection.  Vague.  Compound.

11:40:35 16           THE WITNESS:  I don't recall that, whether

11:40:36 17   anything in the document was inaccurate.  I think the

11:40:39 18   intent was that everything in the document was intended

11:40:42 19   to be accurate or best estimate of what the business

11:40:45 20   would be able to do.

11:40:47 21   BY MR. DELGADO:

11:40:47 22       Q   This one also has the date of May 2007.  Fair

11:40:52 23   to say that you started working on this document as

11:40:54 24   well in January 2007?

11:40:56 25       A   The initial -- the initial presentation?

AE COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

Cahn, Monte     November 15, 2011

Page 88

11:40:58   1        Q    Yes.

11:40:59   2        A    I think that this maybe would be later because

11:41:01   3    we weren't doing presentations in January.

11:41:04   4        Q    Okay.

11:41:05   5        A    So maybe it would be some months after or

11:41:11   6    maybe a month or two after we started working on this

11:41:15   7    document because presentations started in February I

11:41:18   8    believe.

11:41:19   9        Q    Do you recall to whom the presentation was

11:41:22  10    given?

11:41:22  11        A    This presentation?

11:41:23  12        Q    Yes.

11:41:24  13             MR. WATNICK:  Objection.  Assumes facts not in

11:41:28  14    evidence.

11:41:28  15             THE WITNESS:  Eight to ten potential suitors

11:41:30  16    that I gave to you earlier.

11:41:33  17    BY MR. DELGADO:

11:41:33  18        Q    So when we talked earlier about the

11:41:37  19    presentations you gave, this is the one we were talking

11:41:39  20    about?

11:41:39  21             MR. WATNICK:  Objection.  Vague.

11:41:45  22             THE WITNESS:  Not this exact one -- this --

11:41:49  23    this -- go ahead.  Sorry.

11:41:49  24             THE REPORTER:  Was there another objection

11:41:49  25    besides vague?