# EXHIBIT J

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

```
MONTE CAHN, an individual,      )
                                )
            Plaintiff,          )
    vs.                         )
                                )   Case No.
OVERSEE.NET, a California       )   CV11-03800 SVW
corporation; JEFF KUPIETZKY,    )   (AGRx)
an individual; LAWRENCE NG,     )
an individual, and Does 1       )
through 10,                     )
                                )
            Defendants.         )
_____ )
```

DEPOSITION OF JEFF KUPIETZKY

taken at 221 North Figueroa Street, Suite 1100,

Los Angeles, California, commencing at

10:16 a.m., Wednesday, October 26, 2011,

before Nila Webber, CSR No. 4982.

PAGES 1 - 340

```
02:09  1       Q    Well, you were aware of the Google contract
02:09  2   when you're doing this negotiation and when you're
02:09  3   working on this communication plan, right?
02:09  4       A    I'm aware of a Google contract that Domain
02:09  5   Sponsor had, is that what you're asking?
02:09  6       Q    Yes.
02:09  7       A    Yeah.
02:09  8       Q    And you knew that that contract was going to
02:09  9   create issues with Traffic Club's rotation service?
02:09 10       A    No.
02:09 11       Q    You didn't know that.  It's not something you
02:09 12   would have anticipated?
02:09 13            MR. DELGADO:  Objection, assumes facts not in
02:09 14   evidence.
02:09 15            THE WITNESS:  Google's policies were around how
02:09 16   domain holders were being paid to have access to their
02:09 17   feed.  Their concern was that there's something called
02:09 18   fourth-party payments whereby you, the provider, did
02:09 19   not have a direct relationship with the owner of a
02:09 20   domain name.  That was the concern that was raised in
02:09 21   the beginning of 2008 with Traffic Club.  By Domain
02:10 22   Sponsor owning Traffic Club, that did not pose an issue
02:10 23   to Google on that term.
02:10 24       Q    Did you think -- did you anticipate that
02:10 25   Traffic Club would still have the rotation service
```

```
02:10  1   after the acquisition?
02:10  2       A    Yes.
02:10  3       Q    How long after the acquisition did you
02:10  4   determine that that rotation service would not be
02:10  5   available?
02:10  6       A    Like very soon thereafter.
02:10  7       Q    Like days?
02:10  8       A    Weeks.
02:10  9       Q    Okay.  So -- and this -- you became aware of a
02:10 10   conflict between the rotation service of Traffic Club
02:10 11   and the business segment of Domain Sponsor that you
02:10 12   were in charge of; is that correct?
02:10 13            MR. DELGADO:  Objection, assumes facts not in
02:10 14   evidence.
02:10 15            THE WITNESS:  No.  Actually, it has nothing to
02:10 16   do with that.  Skenzo, which was my understanding of
02:10 17   the primary alternative feed that Traffic Club was
02:10 18   using in its rotation, gave notice to the company that
02:10 19   they would no longer provide their feed.
02:10 20   BY MR. WATNICK:
02:10 21       Q    Did they explain why?
02:11 22       A    No, other than I imagine it was they didn't
02:11 23   want to be supporting Oversee because they saw it as a
02:11 24   competitor.
02:11 25       Q    Did you anticipate that?
```

Page 157

```
02:46  1      A    No, you're confusing the two, so let me help
02:46  2   explain my point of view on this.
02:46  3      Q    Please.
02:46  4      A    A rotator service allows you to take an
02:46  5   acceptable feed or multiple acceptable feeds and
02:46  6   provide a customer with the benefit of all those feeds.
02:46  7           If you, the provider of the rotation, have a
02:47  8   direct relationship with the domain holder, there's no
02:47  9   violation of Google in that as long as those feeds are
02:47 10   all feeds that Google would not have prevented you from
02:47 11   using.
02:47 12           If, however, at the time we were providing
02:47 13   service to Traffic Club, Traffic Club itself did not
02:47 14   own the domain names but somebody else owned it, that
02:47 15   was what Google was concerned about and so that's what
02:47 16   led us to terminate them as a customer.
02:47 17      Q    So when Skenzo terminates the relationship,
02:47 18   Traffic Club basically has no independent existence?
02:47 19      A    There is no need for it because at that point
02:47 20   Domain Sponsor was its only primary feed.
02:47 21      Q    So the Skenzo cancellation was a fairly
02:47 22   significant event to the Traffic Club business segment?
02:47 23      A    I'd say at that time my surprise at Skenzo
02:47 24   being the only provider of note, and that, therefore,
02:48 25   its cancellation was significant.  It was not
```

Page 158

02:48  1   represented to me, though, when we did our diligence
02:48  2   that that was the case.
02:48  3       Q    When you did your diligence, you didn't just
02:48  4   sit in a room and ask people for information, you went
02:48  5   through the books, right?
02:48  6       A    To the degree at which books were available,
02:48  7   which was a pretty difficult situation with Moniker,
02:48  8   given the entrepreneurial nature of how it was run.  A
02:48  9   significant part of our diligence was based on
02:48 10   Mr. Cahn's representations.
02:48 11       Q    Well, you'd already been burned on the
02:48 12   SnapNames transaction at that point in time, hadn't
02:48 13   you?
02:48 14       A    I wouldn't necessarily characterize it that
02:48 15   way.
02:48 16       Q    Well, you'd already lost the Network Solutions
02:48 17   account?
02:48 18       A    The Network Solutions was not a diligence
02:48 19   thing.  And just to be clear, because I testified about
02:48 20   this earlier, Mr. Ng made a decision knowing that they
02:48 21   were going to pull, to carry on the transaction even
02:48 22   though the transaction had a term component that would
02:48 23   have allowed him not to.
02:48 24       Q    Well, it was your recommendation that the
02:49 25   transaction not go forward because the Network

```
05:02  1   strong abilities to manage his own time and efforts.
05:02  2   BY MR. WATNICK:
05:02  3        Q    In the e-mail on January 8, 2008 from
05:02  4   Mr. Navach to yourself and others, Mr. Navach asks:
05:03  5   Any way that we can portray this that this was not --
05:03  6   any way that we can portray that this was not entirely
05:03  7   a surprise?  Sure doesn't sound like it.  Should have
05:03  8   been -- should have based upon yesterday's e-mail from
05:03  9   Skenzo.  Maybe position a bit more as a conscious
05:03 10   choice to align with a more attractive long-term
05:03 11   partner.  At the very minimum, something that indicates
05:03 12   we expected or were not surprised by this.
05:03 13             Do you see that statement?
05:03 14        A    I see the words on the page.
05:03 15        Q    Was any of that true?
05:03 16        A    I don't know what you mean by that question.
05:03 17        Q    Any of the things -- could you tell the
05:03 18   customers that this was not entirely a surprise, "this"
05:03 19   being the termination by Skenzo?
05:03 20        A    If you're asking me whether or not Mr. Navach
05:03 21   was suggesting that it could have been the case it
05:03 22   wasn't a surprise, yes, there could have been -- people
05:03 23   could have predicted this.
05:03 24        Q    ==I understand.==  ==But from your perspective as==
05:03 25   ==the head of Domain Sponsor, was this a surprise to you==
```

```
05:03  1    that Skenzo had canceled?
05:04  2         A    Yes.
05:04  3         Q    Any thought as to whether Mr. Navach was
05:04  4    proposing to mislead the customers by saying that we
05:04  5    wanted to make a conscious choice to align with a more
05:04  6    attractive long-term partner?
05:04  7         A    I can't comment to what Jeff's intent is.  I
05:04  8    know that any time there's a surprise in the business,
05:04  9    you want to put the best face forward in how you
05:04 10    communicate.
05:04 11         Q    You wanted to spin this to keep the customers?
05:04 12         A    If you want to use that language.  Every
05:04 13    customer communication has a perspective in it.
05:04 14              (Exhibit 16 was marked for
05:05 15              identification and is attached hereto.)
05:05 16    BY MR. WATNICK:
05:05 17         Q    Going back to Exhibit 15 for a moment.
05:05 18              Was there discussion within Oversee about the
05:05 19    effect of the Skenzo change on Mr. Cahn's management
05:05 20    incentive plan?
05:05 21         A    There was not a specific conversation that I'm
05:05 22    aware of.  As you can see from some of this discussion,
05:05 23    there was a lot of things going on right now and our
05:05 24    goal was to get the companies integrated.
05:05 25         Q    Take a look on the Jeff Navach e-mail,
```

```
05:33  1    A    You're referring to No. 5?
05:33  2    Q    Yes.
05:33  3    A    I see No. 5.
05:33  4    Q    Do you see his understanding and concern that
05:33  5    there would be a fallout of customers unless there was
05:33  6    a way to preserve -- not only to preserve revenue but
05:33  7    actually have the ability to increase it?
05:33  8         Do you see that?
05:33  9    A    I do.
05:33 10    Q    What steps did Domain Sponsor take to not
05:33 11    simply preserve revenue but increase it in connection
05:33 12    with the transition or closing of Traffic Club?
05:33 13    A    We assigned account managers to the larger
05:34 14    accounts, we had a call-down program to ensure we
05:34 15    reached out to customers, we did manual optimizations
05:34 16    and consistently tried to manage them the same way we
05:34 17    did our top accounts.
05:34 18    Q    Was that successful?
05:34 19    A    From looking back, we did manage them as best
05:34 20    we could.
05:34 21    Q    Was it successful, though?
05:34 22    A    The overall monetization business for the
05:34 23    industry was down 50 percent from its peak.  So in that
05:34 24    yardstick, nobody was successful.
05:34 25    Q    In January of 2008 the monetization business
```

Page 269

```
05:34  1    had dropped 50 percent?
05:34  2         A    No.  Actually, in the first quarter Traffic
05:34  3    Club did more than it did in the fourth quarter.
05:34  4         Q    Did more than it did in the fourth quarter of
05:34  5    what year?
05:34  6         A    2007.  So prior to the acquisition.
05:34  7         Q    Mr. Cahn also conveys his concerns about the
05:35  8    adult traffic issue.
05:35  9              Do you see that, Item 6?
05:35 10         A    I do.
05:35 11         Q    How was that addressed?
05:35 12         A    That I don't recall.
05:35 13         Q    Was that problem ever solved?
05:35 14         A    We had ongoing conversations between suppliers
05:35 15    of adult traffic, those who monetize adult traffic; I
05:35 16    think in the end it was continuing to be a smaller and
05:35 17    smaller part of the business that we were in.
05:35 18         Q    Well, that was a business decision to make it
05:35 19    a smaller and smaller part of the business?
05:35 20         A    No, it was a reflection of our ability to
05:35 21    compete and a reflection on how we were being managed
05:35 22    by our upstream provider.
05:35 23         Q    Who was that?
05:35 24         A    Google.
05:35 25         Q    So Google impacted the ability to do this
```