# EXHIBIT O

# In The Matter Of:

## Monte Cahn
## v.
## Oversee.net

_____

### O'Neill, Stephen Rue VOL I

### November 7, 2011

_____



**Certified Deposition Reporters**

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

BH CDR Job # **994494**
number of pages 200

*Word Index Included with this Condensed Transcript.*

1    some rooting interest in wanting Monte to prevail.
2    And that's why I thought you might think you were
3    impartial, but --  Let me just ask you whether you
4    want to see Mr. Cahn prevail in this lawsuit?
5         A     I want what's right to prevail.
6         Q     Okay.
7         A     Okay.
8         Q     All right.
9         A     Now, I'm an ex-Marine.  We're different
10   than the rest of the world, okay:  Duty, honor,
11   country, and part of that is integrity, okay.  I
12   came in here to tell the truth and let the chips
13   fall where they may, you know.  It's like I said,
14   you know --  I mean, I could have easily not told
15   you that I asked to get Monte out of the way,
16   right?
17        Q     I appreciate your -- your truthful
18   testimony.
19        A     I mean, I've been as candid as
20   possible.
21        Q     Okay.  Let me ask you about a different
22   topic.
23        A     Sure.
24        Q     ==You --==  ==This morning, you were asked==
25   ==about -- and I'm paraphrasing -- but you were==

```
 1   asked about whether Oversee had the technology to
 2   track the TrafficClub customers after its merger
 3   into DomainSystems (sic).
 4           Do you remember that?
 5      A    Yes.
 6      Q    Okay.  And I think your answer was
 7   that -- that they didn't; is that -- is that
 8   correct?
 9      A    They didn't currently, yes.  As part --
10      Q    And that's what I wanted ask you about,
11   so let me ask you the next question.
12      A    Yeah.  Go ahead.
13      Q    So at the time that they did it, your
14   testimony is they didn't have that technology,
15   correct?
16      A    That's correct.
17      Q    Okay.  But did they create that
18   technology?
19      A    I have no idea.  It would have happened
20   after I left, but it was very easily possible to
21   create.
22      Q    Okay.
23      A    I mean, you have --  Let me continue
24   for a second.  You have a database, okay, that's
25   going to contain this information.  I can sit here
```

1  ==while we're doing this and write a SQL query to==
2  ==pull up anything I want out of that database,==
3  ==okay.== ==So once the integration was initially done,==
4  ==you could slap on a piece to do the reporting, a==
5  ==piece to do the billing, a piece to do whatever==
6  ==you want, right; sort the names, give that guy's==
7  ==money to him, anything you want to do, okay.== ==You==
8  ==know, and you can do it in SQL and it's pretty==
9  ==straightforward.==
10         Q     So -- So --
11         A     It just didn't -- I'm sorry.  It just
12  didn't currently exist.
13         Q     Okay.  So the data was there to do it.
14  There was just no program in place to -- to sort
15  out that information.
16               Is that the --
17         A     The data hadn't gotten there yet.  That
18  was part of -- The integration that we were
19  working on was where were we going to get the
20  data?  Where were we going to put the data?  Was
21  the data going to live at -- at Moniker?  Was the
22  data going to live at Oversee?
23         Q     Slow down.
24         A     I'm sorry.  There was issues related to
25  the integration, going back to are we going to do