FILED
2012 APR -2 PM 4: 05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

lodged order

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: barber@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
  E-Mail: watnick@lbbslaw.com
SONJA HARRINGTON, SB# 261053
  E-Mail: sharrington@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for MONTE CAHN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MONTE CAHN,<br><br>  Plaintiff,<br><br>vs.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and Does 1 through 10,<br><br>  Defendants. | CASE NO. CV11-03800 SVW (AGRx)<br><br>The Honorable Stephen V. Wilson<br>[Magistrate Judge Alicia G. Rosenberg]<br><br>**APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATED TO PLAINTIFF MONTE CAHN'S OPPOSITION TO OVERSEE.NET'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: TRAFFICCLUB**<br><br>Complaint Filed:   May 3, 2011 |

4812-3296-0015.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Monte Cahn ("Cahn") will and hereby does move the Court pursuant to Local Rule 79.5-1 for leave to file under seal the following documents (collectively, "Monte Cahn's Opposition to Oversee's Motion for Partial Summary Judgment and Supporting Documents"):

1. Plaintiff Monte Cahn's Statement of Genuine Disputes in Support of Opposition to Oversee's Motion For Partial Summary Judgment Re: TrafficClub;

2. Plaintiff Monte Cahn's Memorandum of Points and Authorities in Support of His Opposition to Oversee's Motion for Partial Summary Judgment Re: TrafficClub; and

3. Exhibits to the Declaration of Kenneth D. Watnick [Under Seal].

This application to file under seal is made on the grounds Monte Cahn's Opposition to Oversee's Motion for Partial Summary Judgment and Supporting Documents contain and make reference to documents and deposition testimony that were produced and designated as "Confidential" pursuant to the Protective Order in this case dated October 13, 2011. Such documents and deposition testimony are necessary to support Monte Cahn's Opposition to Oversee's Motion for Partial Summary Judgment and Supporting Documents.

Monte Cahn's Opposition to Oversee's Motion for Partial Summary Judgment and Supporting Documents have been filed manually in the manner prescribed by Local Rule 79-5. A Notice of Manual Filing has been electronically filed to identify that Monte Cahn's Opposition to Oversee's Motion for Partial Summary Judgment and Supporting Documents, will be manually filed.

4812-3296-0015.1

2

APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATED TO PLAINTIFF MONTE CAHN'S OPPOSITION TO OVERSEE.NET'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: TRAFFICCLUB

1 | This Notice is based on accompanying Memorandum of Points of Authorities, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and on such argument and evidence as may be presented to the Court.

DATED: April 2, 2012

JOHN L. BARBER
KENNETH D. WATNICK
SONJA HARRINGTON
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Kenneth D. Watnick
Attorneys for MONTE CAHN

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4812-3296-0015.1

3

APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATED TO PLAINTIFF MONTE CAHN'S OPPOSITION TO OVERSEE.NET'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: TRAFFICCLUB

## MEMORANDUM OF POINTS AND AUTHORITIES

On October 13, 2011, the Court granted Defendant Oversee.Net's ("Oversee.Net") ex parte application for a Protective Order ("Protective Order"). [Doc. No. 38.] This Protective Order acknowledges the confidential nature of certain documents to be produced during discovery and expressly provides that any documents designated as "Confidential" during the course of this litigation will be treated as such by all parties.

The Protective Order specifically contemplates that confidential documents would be subject to discovery, and would ultimately be produced and referenced during the course of this litigation. Plaintiff Monte Cahn's Statement of Genuine Disputes in Support of Opposition; Plaintiff Monte Cahn's Memorandum of Points and Authorities in Support of His Opposition to Oversee's Motion for Partial Summary Judgment Re: TrafficClub; Exhibits to the Declaration of Kenneth D. Watnick [Under Seal] (collectively, "Monte Cahn's Opposition to Oversee's Motion for Partial Summary Judgment and Supporting Documents"), contain and make reference to documents and deposition testimony that were marked "Confidential" pursuant to the Protective Order. To avoid any possible violation of the Protective Order, Plaintiff requests that this Court grant Plaintiff's instant application to file Monte Cahn's Opposition to Oversee's Motion for Partial Summary Judgment and Supporting Documents, under seal. Furthermore, those documents and deposition transcripts contained in and referenced by Monte Cahn's Opposition to Oversee's Motion for Partial Summary Judgment and Supporting Documents, are necessary in order to support the parties' respective arguments, and the Court cannot rule on Monte Cahn's Opposition to Oversee's Motion for Partial Summary Judgment and Supporting Documents without this information.

///
///
///

4812-3296-0015.1

4

APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATED TO PLAINTIFF MONTE CAHN'S OPPOSITION TO OVERSEE.NET'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: TRAFFICCLUB

For all these reasons, good cause exists to file Monte Cahn's Opposition to Oversee's Motion for Partial Summary Judgment and Supporting Documents, under seal.

DATED: April 2, 2012

JOHN L. BARBER
KENNETH D. WATNICK
SONJA HARRINGTON
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Kenneth D. Watnick
Attorneys for MONTE CAHN

# FEDERAL COURT PROOF OF SERVICE

CAHN V. OVERSEE - File No. 31555.02

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 2, 2012, I served the following document(s): APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATED TO PLAINTIFF MONTE CAHN'S OPPOSITION TO OVERSEE.NET'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: TRAFFICCLUB

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Attorney for Defendants:
William Delgado
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
E-Mail: WDelgado@willenken.com
(213) 955-8026 ofc.
(213) 250-7900 fax

The documents were served by the following means:

☒ (BY PERSONAL SERVICE) I personally delivered the documents to the persons at the addresses listed above. ☒ For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or individual in charge of the office. ☐ For a party not represented by an attorney, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on April 2, 2012, at Los Angeles, California.

_____
Print

_____
Signature

4812-3296-0015.1                                    6
APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATED TO PLAINTIFF MONTE CAHN'S OPPOSITION TO OVERSEE.NET'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: TRAFFICCLUB

# FEDERAL COURT PROOF OF SERVICE

CAHN V. OVERSEE - File No. 31555.02

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 2, 2012, I served the following document(s): APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATED TO PLAINTIFF MONTE CAHN'S OPPOSITION TO OVERSEE.NET'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: TRAFFICCLUB

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Attorney for Defendants:
William Delgado
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
E-Mail: WDelgado@willenken.com
(213) 955-8026 ofc.
(213) 250-7900 fax

The documents were served by the following means:

☒ (BY MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service. (A proof of service executed by the messenger will be filed in compliance with the Code of Civil Procedure.)

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on April 2, 2012, at Los Angeles, California.

_____
DIANA LARENAS

4812-3296-0015.1

7

APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATED TO PLAINTIFF MONTE CAHN'S OPPOSITION TO OVERSEE.NET'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: TRAFFICCLUB

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW