UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-03800-SVW -AGR | Date | April 20, 2012 |
|---|---|---|---|
| Title | Monte Cahn v. Oversee.net et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER SETTING TRIAL DATE

   The Court hereby sets a court trial date of Tuesday May 29, 2012 at 9:00 a.m. for the remaining issues related to Cahn's first claim for breach of contract.  As the parties are aware, Cahn's First Claim essentially consists of two key issues: (1) whether the Moniker Business Segments achieved any of the Performance Goals under the MIP; and (2) whether Oversee promised Cahn that his Performance Goal under the MIP would be identical to a target used as part of the process for determining bonuses for Oversee legacy management employees.  The Court has already adjudicated the latter issue.
   Accordingly, the parties should be prepared to try the remaining issues on the above date. The parties are reminded to consult the Court's Civil Trial Preparation Order (Dkt. No. 25) for all applicable deadlines and Court Trial procedures.

|  | : |
|---|---|
| Initials of Preparer | PMC |