# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>Defendants. | Case No. CV11-03800 SVW (AGRx)<br><br>**ORDER ON JOINT STIPULATION REQUESTING A CONTINUANCE OF MAY 29, 2012 TRIAL DATE** |

## ORDER

The Court has reviewed the parties' Joint Stipulation Requesting a Continuance of the May 29, 2012 Trial Date. Good cause appearing therefore for the reasons set forth in the Joint Stipulation, the Court continues the deadlines in this matter as follows:

1. The deadlines for filing the pretrial documents, including the direct examination declarations, exhibit list, witness list, memorandum of contentions of fact and law, and proposed findings of fact and conclusions of law, are continued to June 22, 2012.

2. The deadlines for filing objections to the direct examination declarations and the trial brief are continued to June 29, 2012.

3. Trial in this matter on the remaining issues related to Cahn's first claim for breach of contract are continued to Tuesday, July 10, 2012 at 9:00 A.M.

Dated: April 26, 2012  _____
Hon. Stephen V. Wilson
United States District Judge