William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY,
and LAWRENCE NG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual, LAWRENCE NG, an individual; and DOES 1 through 10<br><br>      Defendants. | Case No. CV11-03800 SVW (AGRx)<br><br>**DEFENDANT OVERSEE.NET'S WITNESS LIST FOR JULY 10, 2012 TRIAL**<br><br>Complaint Filed:   May 3, 2011<br>Trial Date:          July 10, 2012 |

DEFENDANT OVERSEE.NET'S WITNESS LIST

125900.1

# WITNESS LIST

1. Jeffrey Kupietzky
2. Lawrence Ng
3. George Strong, Jr. (expert)
4. Robert Morse Jr. (by deposition)*
5. Stephen O'Neill (by deposition)*
6. Sam Tseng*
7. Todd Greene*
8. Mason Cole*
9. Michael White*
10. Elizabeth Murray*
11. Tigran Sinanyan*
12. Brad Wilkinson*
13. Bill Gross (by deposition)*
14. Craig Snyder (by deposition)*
15. Ernst & Young*

Oversee also reserves the right to call any witnesses called by Plaintiff Monte Cahn.

Dated:  June 22, 2012

WILLENKEN WILSON LOH & DELGADO LLP

By: /s/William A. Delgado
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

DEFENDANT OVERSEE.NET'S WITNESS LIST

125900.1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: June 22, 2012

WILLENKEN WILSON LOH & DELGADO LLP

By:*/s/William A. Delgado*
William A. Delgado
Attorneys for Defendants OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG