William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendants
OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.: CV11-03800 SVW (AGRx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION**<br><br>Assigned to the Hon. Stephen V. Wilson |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to a settlement agreement between the parties and Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Monte Cahn and Defendants Oversee.net, Jeffrey Kupietzky, and Lawrence Ng, through their respective undersigned counsel of record, hereby stipulate to the voluntary dismissal of this Action in its entirety against all defendants with prejudice.

Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: July 26, 2012           LEWIS BRISBOIS BISGAARD & SMITH LLP


By: */s/ Kenneth D. Watnick\**
    Kenneth D. Watnick
    Attorneys for Plaintiff
    MONTE CAHN

    *by authorization

Dated: July 26, 2012           WILLENKEN WILSON LOH & DELGADO LLP


By: */s/ William A. Delgado*
    William A. Delgado
    Attorneys for Defendants
    OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: July 26, 2012     WILLENKEN WILSON LOH & DELGADO LLP


By: */s/ William A. Delgado*
    William A. Delgado
    Attorneys for Defendants
    OVERSEE.NET, JEFFREY KUPIETZKY, and LAWRENCE NG