FILED
CLERK U.S. DISTRICT COURT
JUL 25 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE CAHN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OVERSEE.NET, a California corporation; JEFF KUPIETZKY, an individual; LAWRENCE NG, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV11-03800 SVW (AGRx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL OF ACTION<br><br>Assigned to the Hon. Stephen V. Wilson |

### [PROPOSED] ORDER

Pursuant to a stipulation of the parties and Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety.

Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: 7/27/2012

_____
Hon. Stephen V. Wilson
United States District Court Judge